| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:

( ) Patents     or     (X) Trademarks

| DOCKET NO:<br>5:16-cv-03404-NC | DATE FILED:<br>June 17, 2016 | UNITED STATES DISCTRICT COURT<br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 |
|---|---|---|

| PLAINTIFF:<br>Twitch Interactive, Inc. | DEFENDANT:<br>Justin Johnston |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | PLEASE SEE ATTACHED COPY OF COMPLAINT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED          INCLUDED BY:
                       ( ) Amendment      ( ) Answer      ( ) Cross Bill      ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

_Susan Y. Soong_
Susan Y. Soong, Clerk

_Diane Miyashiro_
(by) Deputy Clerk, Diane Miyashiro

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy