1  Judith B. Jennison, CA Bar No. 165929
   JJennison@perkinscoie.com
2  Joseph P. Cutler, WA Bar No. 37234 (*pro hac vice*)
   JCutler@perkinscoie.com
3  Holly M. Simpkins, WA Bar No. 33297 (*pro hac vice*)
   HSimpkins@perkinscoie.com
4  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
5  Seattle, WA 98101-3099
   Telephone: 206.359.8000
6  Facsimile: 206.359.9000

7  Andrew N. Klein, CA Bar No. 300221
   AKlein@perkinscoie.com
8  PERKINS COIE LLP
   3150 Porter Drive
9  Palo Alto, CA 94304
   Telephone: 650.838.4300
10 Facsimile: 650.838.4350

11 Attorneys for Plaintiff
   Twitch Interactive, Inc.

12

13                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
14                        SAN JOSE DIVISION

15 TWITCH INTERACTIVE, INC.,                    Case No. 5:16-cv-03404-BLF (NMC)

16               Plaintiff,                     **DECLARATION OF CYRUS HALL IN
                                                SUPPORT OF TWITCH INTERACTIVE,**
17        v.                                    **INC.'S MOTION FOR DEFAULT
                                                JUDGMENT AS TO DEFENDANTS**
18 ERIK BOUCHOUEV, an individual d/b/a          **MICHAEL ANJOMI AND KATHERINE
   TWITCH-BUDDY.COM , TWITCH-                    ANJOMI**
19 VIEWERBOT.COM, TWITCH-
   VIEWERBOT.NET, STREAMBOT.COM,                Hearing Date: Thursday, Oct. 5, 2017
20 and BLACKDESERTBOT.COM; JUSTIN               Time:  9:00 a.m.
   JOHNSTON, an individual d/b/a                Judge:  Hon. Beth L. Freeman
21 TWITCHSTARTER.COM and                         Courtroom:  3, 5th Floor
   TWITCHSTARTER.TV; MICHAEL AND
22 KATHERINE ANJOMI, individuals d/b/a
   as UPITPROMO, INC.; POORIA
23 SHARAFFODIN, an individual d/b/a
   BABATOOLS.COM and STREAM-
24 VIEWERS.COM; MARCO PELAGATTI,
   an individual d/b/a
25 TWITCHSWISS.COM; ALEX
   RENFROW, an individual d/b/a
26 STREAMHOMIES.COM, and DOES 1-
   25,
27
                 Defendants.
28

DECL. OF C. HALL ISO MOTION
FOR DEFAULT JUDGMENT

I, Cyrus Hall, declare as follows:

1.      I am the Senior Manager of Video Distribution at Twitch Interactive, Inc. ("Twitch").  As the Senior Manager of Video Distribution, I am responsible for overseeing the Twitch Video Distribution architecture, including content mapping, content replication, view counting, and anti-abuse measures.  I have been employed at Twitch for more than five years, first as a Software Engineer and then as a Lead Software Engineer, and have spent the better part this time working to improve the quality of Twitch Video.  I make this declaration based upon personal knowledge, and if called as a witness I could and would competently testify thereto.

2.      Twitch is the leading social video platform for broadcasting video game-related content over the Internet.  Twitch allows users to broadcast gaming and other content ("Broadcasters") as part of a social, interactive community.  Game developers, publishers, media outlets, video game enthusiasts, casual gamers, and other content creators utilize Twitch to play, stream, watch and discuss video games.  Users from around the world can watch the broadcasts that interest them ("Viewers"), and chat with the Broadcasters and other users while watching the broadcast.  Every month, Twitch hosts more than 2 million unique Broadcasters and 100 million unique Viewers.

3.      Each Broadcaster has a distinct broadcasting channel page on Twitch ("Channel"), which consists of the Twitch video player—through which Broadcasters can stream live video for other Twitch users to view (or through which users can play that Broadcaster's pre-recorded videos)—alongside a chat window for users to participate in live text chat while watching the broadcast.  Twitch enables Viewers to monitor their favorite streams by "following" broadcasters.

4.      Broadcasters work hard to create attractive Channels and build their personal brands and communities.  They interact with their audience in a variety of ways, for example, by participating in chat, running promotions, and fundraising for charitable causes, all of which creates and fosters authentic, passionate and loyal communities on Twitch.

5.      Twitch measures certain statistics about a Broadcaster's stream, including:  (1) current number of viewers watching the stream; (2) total number of viewers who have watched the stream; and (3) total number of followers.

DECL. OF C. HALL ISO MOTION
FOR DEFAULT JUDGMENT
-1-
CASE NO. 5:16-cv-03404-BLF (NMC)

135674998.4

6.      Statistics such as these affect methods used to calculate the popularity of content on Twitch and present content to other users to discover and watch, so that members of the community are able to share with each other the content that they find most valuable.  As a result, for example, higher viewership numbers may lead to a higher position in the directory of channels broadcasting a particular game on Twitch.

7.      Higher viewership numbers can be used by broadcasters to obtain third-party sponsors for their channel.  A higher position in Twitch's directories can also lead to an increase in organic viewers (that is, viewers who find the channel) for a particular channel, because the channel is surfaced to users who are browsing content on Twitch.  When a Channel is popular (that is, occupies a high position in Twitch's directories), more people visit it, and more people click on the links to third-party sites associated with that Channel.  That can generate more revenue for such a highly-ranked broadcaster.

8.      To encourage and incentivize Broadcasters to create and provide excellent content, Twitch has a Partnership Program which compensates selected broadcasters ("Partnered Broadcasters").  Through this Program, Twitch shares revenue with qualifying Broadcasters, enabling numerous Partnered Broadcasters to earn a living through their exceptional efforts in creating content on Twitch.  While any broadcaster may apply to be a partner, Twitch accepts only broadcasters who meet certain qualifications.  An important factor for acceptance into the Program is a consistently high number of concurrent viewers.  Another factor is a high number of followers.  Twitch designed the Partnership Program this way so that its user community decides what content is valuable.

9.      Partnered Broadcasters have the opportunity to earn revenue through products offered by Twitch.  For example, Viewers can "subscribe" to a Partnered Broadcaster's Channel in order to access special emoticons that the user can then utilize in chat.  Additional benefits can include access to Twitch video on demand.  Similarly, when certain emoticons offered by Twitch are displayed via chat to cheer a Broadcaster, the Broadcaster receives a revenue share.  Partnered Broadcasters also receive a revenue share for advertisements displayed on their Channel via Twitch's video player, or games sold by Twitch from their Channel.  Finally, all Broadcasters on

1   Twitch (not just Partnered Broadcaster) can take advantage of third-party monetization

2   opportunities, such as including branding by third-party sponsors in their video content or on their

3   Channels, or including links to sales of goods on third-party platforms on their Channel page or in

4   their chat.

5       10.     A Partnered Broadcaster can leverage the reputation associated with being

6   partnered to increase his or her organic viewership, increase genuine advertising views of the

7   content on the Partnered Broadcaster's channel (and earn a share of revenues from such

8   advertising views), attract subscribers (and earn revenues from those subscriptions), and boost

9   sponsorship or commercial opportunities.

10      11.     High quality Channels are of paramount importance to Twitch.  When Twitch

11  Channels contain excellent content, Twitch maintains a strong base of users and is an attractive

12  destination for Broadcasters and others to engage with their community and build their brands.  A

13  large and vibrant community is integral to Twitch's ability to generate revenue through

14  advertising, subscriptions, sponsorships, and other paid products.

15      12.     Bots, such as those developed and deployed by Michael Anjomi and Katherine

16  Anjomi, degrade the quality of the content offered on Twitch.  In turn, these bots harm Twitch's

17  carefully cultivated reputation for providing excellent content and undermine the goodwill Twitch

18  has built with consumers, advertisers, and partner companies.

19      13.     Twitch owns rights in the TWITCH trademark (U.S. Registration No. 4275948

20  and U.S. App. Serial No. 86485231) and the TWITCHTV trademark (U.S. Registration Nos.

21  4087877 and 4230874).  True and correct copies of those registrations are attached hereto as

22  Exhibit A.

23

24

25

26

27

28

14.     Twitch also has an application pending with the U.S. Patent and Trademark Office for a registration for the "Glitch Logo" (U.S. App. Serial No. 86485295).  A true and correct copy of that application is attached hereto as Exhibit B, and the Glitch Logo is pictured below.



15.     Twitch has common law rights and international applications or registrations in the TWITCH trademark and the Glitch Logo.

16.     Twitch uses a purple and white color scheme and a distinctive font and logo in connection with its services.  An example of Twitch's font and logo is presented below.



17.     The TWITCH trademark, the TWITCHTV trademark, the Glitch Logo, the color scheme, and stylized logo are valuable assets of Twitch given Twitch's substantial investment in advertising, marketing and promotion featuring these items.

18.     In order to create an account or otherwise use or access Twitch's services, utilize the Twitch developer platform, or use Twitch's brand name, logo, or other intellectual property, a prospective user must agree to be bound by, among other things, Twitch's Terms of Service, Rules of Conduct, API Terms of Service, and Trademark and Brand Asset Guidelines (collectively, the "Terms").  Exhibit C to this declaration is a true and correct copy of the Terms, which were downloaded from the Twitch.tv website on June 10, 2016, and attached to the Complaint as Exhibit A.

DECL. OF C. HALL ISO MOTION
FOR DEFAULT JUDGMENT
-4-
CASE NO. 5:16-cv-03404-BLF (NMC)

135674998.4

19.     According to Twitch's internal records, there is a Twitch.tv account associated with vegaskathy@yahoo.com, which I understand is Kathy Anjomi's email address.

20.     Michael Anjomi and Katherine Anjomi were still selling bot packages from their active websites as of August 21, 2017, more than a year after the filing of this lawsuit and after numerous demands for them to stop.

//

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California this 25th day of August, 2017.

_____
Cyrus Hall

# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# TWITCH

**Reg. No. 4,275,948**

**Registered Jan. 15, 2013**

**Int. Cls.: 9, 38 and 45**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JUSTIN.TV, INC. (DELAWARE CORPORATION)
#800
23 GEARY ST.
SAN FRANCISCO, CA 94108

FOR: COMPUTER SOFTWARE FOR BROADCASTING, ELECTRONIC TRANSMISSION, AND STREAMING OF GAMING DIGITAL MEDIA CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-25-2012; IN COMMERCE 7-25-2012.

FOR: STREAMING OF AUDIO, VISUAL AND AUDIOVISUAL GAMING CONTENT VIA A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION AND STREAMING OF GAMING DIGITAL MEDIA CONTENT FOR OTHERS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FOR LIVESTREAMING GAMING CONTENT, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-5-2012; IN COMMERCE 6-5-2012.

FOR: ONLINE SOCIAL NETWORKING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-5-2012; IN COMMERCE 6-5-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,087,877.

SER. NO. 85-727,657, FILED 9-12-2012.

REBECCA SMITH, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# TWITCHTV

**Reg. No. 4,087,877**

**Registered Jan. 17, 2012**

**Int. Cls.: 38 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JUSTIN.TV, INC. (DELAWARE CORPORATION)
47 LUSK ST.
SAN FRANCISCO, CA 94107

FOR: STREAMING OF AUDIO, VISUAL AND AUDIOVISUAL GAMING CONTENT VIA A GLOBAL COMPUTER NETWORK; ELECTRONIC TRANSMISSION AND STREAMING OF GAMING DIGITAL MEDIA CONTENT FOR OTHERS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FOR LIVESTREAMING GAMING CONTENT, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-6-2011; IN COMMERCE 6-6-2011.

FOR: ONLINE SOCIAL NETWORKING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-6-2011; IN COMMERCE 6-6-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-346,820, FILED 6-15-2011.

ASMAT KHAN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# TWITCHTV

**Reg. No. 4,230,874**

**Registered Oct. 23, 2012**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

JUSTIN.TV, INC. (DELAWARE CORPORATION)
#800
23 GEARY ST.
SAN FRANCISCO, CA 94108

FOR: COMPUTER SOFTWARE FOR BROADCASTING, ELECTRONIC TRANSMISSION, AND STREAMING OF GAMING DIGITAL MEDIA CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-26-2011; IN COMMERCE 10-26-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-346,803, FILED 6-15-2011.

ASMAT KHAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> **First Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon May 29 03:21:44 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



**Goods and Services**   IC 009. US 021 023 026 036 038. G & S: Computer software for broadcasting, transmitting, receiving, accessing, viewing, uploading, downloading, sharing, integrating, encoding, decoding, displaying, formatting, organizing, storing, caching, transferring and streaming of data, text, games, game content, digital media, images, music, audio, video, movies and animations; application programming interface (API) software for broadcasting, transmitting, receiving, accessing, viewing, uploading, downloading, sharing, integrating, encoding, decoding, displaying, formatting, organizing, storing, caching, transferring and streaming of data, text, games, game content, digital media, images, music, audio, video, movies and animations; computer software for electronic mail, messaging, chat and social networking; computer software for creating, displaying and sharing emoticons; software for purchasing and subscribing to digital media content; computer software development tools; software for developing and publishing applications for interactive streaming; software development kits (SDK's) for developing software for broadcasting, transmitting, receiving, accessing, viewing, uploading, downloading, sharing, integrating, encoding, decoding, displaying, formatting, organizing, storing, caching, transferring and streaming of data, text, games, game content, digital media, images, music, audio, video, movies and animations; software that enables users to designate specific content for future viewing; software for television (TV) programming; electronic game, music and movie streaming devices; computer hardware; computer hardware with specialized features for enhanced game playing; game consoles and controllers; game software; computer game software; electronic game software; video game software; computer software for management and storage of digital media; character and voice recognition software; computer software for creating, placing, transmitting and measuring the effectiveness of advertisements; computer software for accessing, browsing and searching online databases; computer software for filtering internet searches; software, namely, parental control software for use in restricting access to online videos and games; audio recordings featuring music; video recordings featuring sports, e-sports, games, video games, video game playing, video game players, video game competitions, action, adventure, animation, art, biography, children's programming, comedy, crime, drama, family, fantasy, film-noir, history, horror, martial arts, music, mystery, religion, romance, science fiction, suspense, technology, thrillers, war, westerns and young adult programming; downloadable music files; downloadable movies and documentaries featuring sports, e-sports, games, video games, video game playing, video game players, video game competitions; downloadable movies in the fields of action, adventure, animation, art, biography, children's programming, comedy, crime, drama, family, fantasy, film-noir, history, horror, martial arts,

music, mystery, religion, romance, science fiction, suspense, technology, thrillers, war, westerns and young adult programming; electronic publications featuring books, magazines, newspapers, periodicals, newsletters, journals and manuals featuring e-sports, video gaming, video games and video game players recorded on computer media; software that allows gamers to live broadcast their games from a gaming console, or to watch games being played by others

IC 035. US 100 101 102. G & S: Advertising and marketing; promoting the goods and services of others; retail store services featuring books and magazines; online retail store services featuring books and magazines; retail store services featuring clothing; retail store services featuring gaming videos, gaming hardware and game software; retail store services featuring downloadable audio, video, multimedia, emoticons, badges, images and chat colors; retail store services featuring virtual goods and merchandise for use by members of an online community in connection with a designated website featuring streaming video games and related content; retail store services featuring enhancements and components for computer game software and video games; retail store services featuring consumer electronics, computer and communications hardware, software and electronic publications; promotional sponsorship of games, gamers, and gaming events; arranging sponsorships for others; administration and coordination of team leagues in the field of video gaming; administration and coordination of recreational opportunities for individuals who wish to participate in team leagues; providing a searchable website, portal, forum, application, and database where advertisers, marketers, and content providers can reach, engage, and interact with online users for the purposes of promotion or advertising; promoting the goods and services of others through placing advertising in conjunction with gaming; design of advertisements and advertising material for others

IC 038. US 100 101 104. G & S: Streaming of digital media content on the Internet; streaming of games on the Internet; streaming of audio, video and audiovisual material on the Internet; video on demand transmission services; providing user access to digital data and content in a data network; providing a website for live streaming gaming content, music, audio, video and animations; providing access to game-related information, audio, music, video and animation via websites; online forums for transmission of messages among computer users ; providing internet chat rooms; audio broadcasting; video broadcasting; electronic mail and messaging services; communications services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; broadcasting and webcasting services; music and movie streaming and broadcasting services; transmission of news

IC 041. US 100 101 107. G & S: Entertainment services, namely, providing online games; entertainment services, namely, providing online videos featuring games being played by others; entertainment services, namely, live performances by musical groups; entertainment services, namely, live performances by video game players; entertainment services, namely, providing a web site where users can access and view gaming-related information, music, videos, movies and animation; providing information and news relating to gaming and music; blogs featuring articles on gaming and gaming-related activities; arranging and conducting competitions for video game players; entertainment services, namely, providing non-downloadable prerecorded music, information in the field of music, and commentary and articles about music, all via a global computer network; providing online non-downloadable videos featuring music; live music concerts; music production and publishing; entertainment services, namely, organizing and producing gaming and music events; organizing, conducting and operating video game tournaments; organizing video gaming leagues; organization of gaming competitions, namely, organizing electronic, computer and video game competitions; providing online news, information and commentary in the fields of e-sports, video gaming, video games and video game players; entertainment services, namely, providing on-line video games via social networks; providing enhancements within online video games, namely, enhanced levels of game play; publishing of game software; entertainment services, namely, providing virtual environments in which users can interact through social games for recreational purposes; entertainment services, namely, providing virtual environments in which users can interact for recreational, leisure, or entertainment purposes; organizing educational and entertainment conferences for software developers in the field of software development and gaming; organizing conferences in the field of gaming, video gaming and digital content; education and training services in the field of software development; publishing of books, electronic books, magazines, periodicals, literary works, visual works, audio works, and audiovisual works; publishing of online works of others featuring user-generated text, audio, video, and graphics; providing online publications in the nature of books, magazines, periodicals, journals, blogs and articles in the field of e-sports, video gaming, video games and video game players; entertainment services, namely, providing online, non-downloadable virtual clothing, colors, badges, tools and weapons for use in virtual environments created for entertainment purposes; providing an online

website portal for consumers to play on-line computer games and electronic games and share game enhancements and game strategies; providing educational training, namely, online tutorials in the field of video gaming and video games; entertainment services, namely, providing online non-downloadable music tailored to viewer's programming preferences; arranging of contests and sweepstakes; entertainment services, namely, providing non-downloadable movies and documentaries; providing information, news and commentary in the field of gaming and entertainment; providing an Internet website portal featuring content in the field of video games and video game players

IC 042. US 100 101. G & S: Electronic storage of electronic media, namely, images, text, video, and audio data; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for broadcasting, transmitting, receiving, accessing, viewing, uploading, downloading, sharing, integrating, encoding, decoding, displaying, formatting, organizing, storing, caching, transferring and streaming of data, text, games, game content, digital media, images, music, audio, video and animations; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for electronic mail, messaging, chat and social networking; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for creating, displaying and sharing emoticons; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for purchasing and subscribing to digital media content; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for software development; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for developing and publishing applications for interactive streaming; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software to enable users to designate specific content for future viewing; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for television (TV) programming; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for management and electronic storage of digital media; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for character and voice recognition; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for creating, placing, transmitting and measuring the effectiveness of advertisements; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for accessing, browsing and searching online databases; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for filtering internet searches; software as a service services (SAAS), and providing temporary use of online non-downloadable software featuring software for parental control enabling access to games, including electronic, computer and video games; computer software consulting services in the field of gaming technology and graphics software; computer programming services; providing temporary use of non-downloadable computer software for enhancing computer performance, for operation of integrated circuits, semiconductors, computer chipsets and micro-processors, and for gaming purposes; providing temporary use of non-downloadable computer software for computer graphics; providing temporary use of non-downloadable game software; platform as a service (PAAS) featuring computer software platforms for gaming and graphic design; providing virtual computer systems and virtual computer environments through cloud computing; providing cloud computing services; computer services, namely, cloud hosting provider services; providing virtual computer systems, graphics processing units (GPUs), and virtual computer environments through cloud computing; design and development of computer hardware, software and peripherals for others; Application service provider (ASP), namely, hosting computer software applications of others; hosting of third party digital content in the nature of photos, videos, audio, music, text, data, images, software, applications, games, web sites and other electronic works on the Internet; hosting of digital content on the Internet; computer hardware, software, application, and network consulting services; digital and electronic file data transfer from one computer format to another; provision of Internet and computer network search engines; graphic design services; software as a service (SAAS) services featuring software for facilitating audio, video and digital content creation, subscription services and one-time purchases; creating an online community for computer users to participate in discussions, obtain feedback, form virtual communities, and engage in social networking; software maintenance, installation and update services; providing temporary use of non-downloadable analytics software, namely, software that provides statistics about the behavior of viewers of online advertising, videos, movies, music, pictures, images, text, photos, games, and other content; software as a service that allows gamers to live broadcast their games from a gaming console, or to watch games being played by others

| | |
|---|---|
| | IC 045. US 100 101. G & S: Online social networking services; online social networking services, namely, facilitating social introductions or interactions among individuals; online social networking services in the fields of entertainment, gaming and application development; providing information about online social networks where users participate in online gaming, online video games and online video gaming applications; providing an Internet website portal for engaging in online social networking; providing information, news, commentary in the field of online social networking |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 01.15.17 - Balloons, thought or speech; Clouds, thought or speech; Thought or speech clouds |
| **Serial Number** | **86485295** |
| **Filing Date** | December 18, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 24, 2016 |
| **Owner** | (APPLICANT) Twitch Interactive, Inc. CORPORATION DELAWARE 225 Bush Street San Francisco CALIFORNIA 94104 |
| **Attorney of Record** | James F. Struthers |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized comment bubble. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT C

KLEIA 8:48:46 AM 6/10/2016



# Terms of Service

Last modified on **1/15/2015**

About

Advertise

Developers

Partners

Platforms

Jobs

Help

**Legal**

Terms of Service

API Terms of Service

Privacy Policy

DMCA Guidelines

Ad Choices

Terms of Sale

Trademark Guidelines

Rules of Conduct

Photosensitive Seizure Warning

## 1. Introduction; Your Agreement to these Terms of Service.

PLEASE READ THESE TERMS OF SERVICE CAREFULLY, INCLUDING THE MANDATORY ARBITRATION PROVISION WHICH (IF YOU ARE RESIDENT IN THE USA OR ELSEWHERE IN THE WORLD, BUT NOT IF YOU ARE A CONSUMER IN THE EUROPEAN UNION) REQUIRES THAT DISPUTES ARE RESOLVED BY FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL AND NOT A CLASS-WIDE OR CONSOLIDATED BASIS.

Welcome to the game video management and streaming platform operated by Twitch Interactive, Inc. (" **Twitch** ") consisting of the web site available at the URL http://www.twitch.tv and all related services, software applications and networks that allow for the authorized streaming and distribution of game video content over the internet (the " **Twitch Service** "). The Twitch Service also includes any other sites or services that link to these terms of service (the " **Terms of Service** "). Other services offered by Twitch may be subject to separate terms (in which case we will let you what terms will apply to those services).

The following Terms of Service for the Twitch Service is a legal contract between you, an individual user of at least 13 years of age (see section 2 below about minors using Twitch) or a single entity ("you"), and Twitch regarding your use of the Twitch Service.

Twitch may offer certain additional services for which you can agree to pay fees to Twitch. The applicable terms will be made available on the applicable Twitch web page and will supplement these Terms of Service. If you register and/or use any such paid fee services, you will be asked to agree to and comply with the Twitch Terms of Sale. The Twitch Terms of Sale is hereby incorporated by reference (this means legally that they form a part of these Terms of Service).

DOWNLOADING FROM OR USING THE TWITCH SERVICE, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTOOD, AND AGREE TO BE BOUND BY THESE TERMS OF SERVICE. IF AT ANY TIME YOU DO NOT AGREE TO THESE TERMS OF SERVICE, PLEASE IMMEDIATELY TERMINATE YOUR USE OF THE TWITCH SERVICE OR, IF YOU ARE A CONSUMER RESIDENT IN THE EUROPEAN UNION, CONTACT US AT LEGAL@TWITCH.TV TO DISCUSS ANY CONCERNS YOU MAY HAVE REGARDING THESE TERMS OF SERVICE.

IF YOU ARE USING OR OPENING AN ACCOUNT WITH TWITCH ON BEHALF OF A COMPANY, ENTITY, OR ORGANIZATION (COLLECTIVELY, A " **SUBSCRIBING ORGANIZATION** ") THEN YOU REPRESENT AND WARRANT THAT YOU: (I) ARE AN AUTHORIZED REPRESENTATIVE OF THAT SUBSCRIBING ORGANIZATION WITH THE AUTHORITY TO BIND SUCH ORGANIZATION TO THESE TERMS OF SERVICE; (II) HAVE READ THE FOREGOING TERMS; (III) UNDERSTAND THESE TERMS OF SERVICE; AND (IV) AGREE TO THESE TERMS OF SERVICE ON BEHALF OF SUCH SUBSCRIBING ORGANIZATION.

## 2. Use of Twitch by Minors and Blocked Persons.

The Twitch Service is not available to any users previously removed from the Twitch Service by Twitch. If you are between 13 and the age of legal majority in your country of residence), you may only use the Twitch Service under the supervision of a parent or legal guardian who agrees to be bound by these Terms of Service. BY DOWNLOADING, INSTALLING OR OTHERWISE USING THE TWITCH SERVICE, YOU REPRESENT THAT YOU ARE AT LEAST 13 YEARS OF AGE AND HAVE NOT BEEN PREVIOUSLY SUSPENDED OR REMOVED FROM THE TWITCH SERVICE.

The Twitch Service is also not available to any users previously suspended or removed from the Twitch Service by Twitch (see section 16 below for more about suspension or removal).

## 3. Privacy Policy.

Your privacy is important to Twitch. Please see our Privacy Policy for information relating to how we collect, use, and disclose your personal information.

## 4. License

Twitch Services, including, without limitation, Twitch's logos, the visual interfaces, graphics, design, compilation, information, software, computer code (including source code or object code), services, text, pictures, information, data, sound files, other files and the selection and arrangement thereof (collectively, the " **Materials** ") are protected by United States copyright, trade dress, patent, and trademark laws, international conventions, and all other relevant intellectual property and proprietary rights, and applicable laws (including in your country of residence). All Materials contained on the Twitch Service are the proprietary property of Twitch or its subsidiaries or affiliated companies and/or third-party licensors. All trademarks, service marks, and trade names are proprietary to Twitch or its affiliates and/or third-party licensors. Twitch reserves all rights not expressly granted in these Terms of Service.

Unless otherwise expressly stated in writing by Twitch, you are granted a limited, non-sublicensable license (i.e. a personal and limited right) to access and use the Twitch Service for your personal or internal business use only.

This license is subject to these Terms of Service and does not include any of the following: (a) any resale or commercial use of the Twitch Service or the Materials; (b) the distribution, public performance or public display of any Materials (except for Broadcaster Content by the Broadcaster posting the Broadcaster Content – this is all explained further below); (c) modifying or otherwise making any derivative uses of the Twitch Service or the Materials, or any portion of caching) of any portion of the Twitch Service, the Materials or any information contained in them, except as expressly permitted on the Twitch Service; or (f) any use of the Twitch Service or the Materials except for their intended purposes. Any use of the Twitch Service or the Materials except as specifically authorized in these Terms of Service, without the prior written permission of Twitch, is strictly prohibited and your failure to comply with them may have legal consequences which may include violating applicable laws, including copyright and trademark laws and applicable communications regulations and statutes. Unless explicitly stated in these Terms of Service, nothing in them shall be interpreted as conferring any license to intellectual property rights, whether by estoppel, implication or other legal

interpreted as conferring any license to intellectual property rights, whether by estoppel, implication or other legal principles. This license can be terminated (see further section 15).

**5. Individual Features and Services.**

When using the Twitch Service, you will be subject to any additional posted guidelines or rules applicable to specific services and features which may be posted online and notified to you from time to time (the "**Guidelines**"). All these Guidelines are hereby incorporated by reference into these Terms of Service (i.e. they are made part of these Terms of Service).

**6. Modification of these Terms of Service.**

Twitch reserves the right, at our discretion, to change, modify, add, or remove portions of these Terms of Service at any time (for example to reflect updates to the Twitch Service or to reflect changes in the law). If Twitch changes these Terms of Service, we will provide you notice of these changes, such as by sending an email, posting a notice on the Twitch Service or updating the "Last Updated" date above. Please check these Terms of Service and any Guidelines periodically for those changes. Your continued use of the Twitch Service after the posting of changes constitutes your binding acceptance of such changes. For any material changes to these Terms of Service, the amended terms will automatically be effective thirty days after they are initially posted on the Twitch Service unless you contact us to discuss any questions or comments during that time period. We will always make a reasonable effort to notify you if we do change these Terms of Service.

**7. Digital Millennium Copyright Act.**

Please note that since we respect game designer, game publisher, music, and other Content (as defined below) owner rights, it is Twitch's policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act ("DMCA"). If you believe that your copyrighted work has been copied in a way that constitutes infringement, and is accessible on the Twitch Service, or that your intellectual property rights have been otherwise violated, please notify Twitch's copyright agent for notice of claims of copyright or other intellectual property infringement (a "Notification"). As such, if you believe that material or content residing on or accessible through the Twitch Service infringes a copyright, or any other intellectual property right over which you have control, you may file a notification of such infringement with our Designated Agent as set forth below.

Name of Designated Agent: Elizabeth Baker - General Counsel

Address of Designated Agent: 225 Bush Street, 6th Floor, San Francisco, CA 94104 E-mail Address of Designated Agent: dmca@twitch.tv

Please see 17 U.S.C. §512(c)(3) for the requirements of a proper notification. You should note that if you knowingly misrepresent in your notification that the material or activity is infringing, you will be liable for any damages, including costs and attorneys' fees, incurred by us or the alleged infringer as the result of our relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing.

**8. Other Intellectual Property Rights Infringement Systems in the EU and Rest of the World.**

If you believe that your copyright or other intellectual property rights have been infringed and they are not subject to US law and jurisdiction (for example, if you consider the infringement is subject to the E-Commerce Directive of the European Union), then we invite you to contact us using the procedure set out at section 7) for the US Digital Millennium Copyright Act to the extent relevant. You can contact dmca@twitch.tv if you wish to discuss this further with us.

**9. Repeat Infringer Policy.**

In accordance with the DMCA and other applicable laws around the world, Twitch has adopted a policy that it will promptly terminate without notice any user's access to the Twitch Service if that user is determined by Twitch to be a "repeat infringer." A repeat infringer includes, without limitation a user who has been notified by Twitch of infringing activity violations more than twice and/or who has had their Broadcaster Content or any other user-submitted content removed from the Twitch Service more than twice. Twitch may also at our sole discretion limit access to the Twitch Service and/or terminate the accounts of any users who infringe any intellectual property rights of others, whether or not there is any repeat infringement.

In addition, Twitch accommodates and does not interfere with standard technical measures used by intellectual property rights owners to protect their works.

**10. Trademarks.**

TWITCH, TwitchTV, the Twitch logos and any other product or service name or slogan contained in the Twitch Service are trademarks of Twitch or our suppliers or licensors and may not be copied, imitated or used, in whole or in part, without the prior written permission of Twitch or the applicable trademark holder. Any authorized use of these trademarks must be in accordance with any guidelines that Twitch may provide you from time to time.

You may not use any metatags or any other hidden text utilizing "Twitch" or any other name, trademark or product or service name of Twitch without our prior written permission. In addition, the look and feel of the Twitch Service, including all page headers, custom graphics, button icons and scripts, is the service mark, trademark and/or trade dress of Twitch and may not be copied, imitated or used, in whole or in part, without our prior written permission. All other trademarks, registered trademarks, product names and company names or logos mentioned in the Twitch Service are the property of their respective owners. Reference to any products, services, processes or other information, by trade name, trademark, manufacturer, supplier or otherwise does not constitute or imply endorsement, sponsorship or recommendation thereof

**11. Broadcasters.**

Twitch allows certain users ("**Broadcaster**") to distribute streaming live and pre-recorded videos of video game related activities.

**1. License from Twitch.**

If you sign up for an account as a Broadcaster, subject to your compliance with these Terms of Service, Twitch hereby grants to you a personal, limited, non-exclusive, non-transferable, freely revocable license to use the Twitch Service for the uploading and distributing of authorized digital content, including videos ("**Broadcaster Content**").

**2. License to Twitch**

Unless otherwise agreed to in a written agreement between you and Twitch that was signed by an authorized

1. By distributing or disseminating Broadcaster Content through the Twitch Service, you hereby grant to Twitch a worldwide, nonexclusive, royalty-free, perpetual, transferable and fully sublicensable right to use, host, convert for streaming, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform, display and otherwise exploit your Broadcaster Content, in any form, format, media or media channels now known or later developed or discovered. You grant Twitch and our sublicensees the right to use the name that you submit in connection with that content, if we or they choose.

2. Except for Broadcaster Content already downloaded by users, the foregoing license granted by you terminates regarding a specific piece of Broadcaster Content once you remove or delete that Broadcaster Content from the Twitch Service.

3. **Broadcaster Content Representations and Warranties.**

You are solely responsible for your Broadcaster Content and the consequences of posting or publishing it. By uploading and publishing your Broadcaster Content, you represent that: (1) you are the original creator, and/or owner of the Broadcaster Content or otherwise have sufficient rights and authority to grant the rights granted herein; (2) your Broadcaster Content does not and will not (a) infringe, violate, or misappropriate any third-party right, including any copyright, trademark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right or (b) slander, defame, or libel any other person; (3) your Broadcaster Content does not contain any viruses, adware, spyware, worms, or other harmful or malicious code or (4) unless you have received prior written authorization, your Broadcaster Content specifically does not contain any prerelease or non-public beta software or game content or any confidential information of Twitch or third parties. Twitch reserves all rights and remedies against any Broadcasters who breach these representations and warranties.

4. **Content is Uploaded at Your Own Risk.**

Twitch uses reasonable security measures in order to attempt to protect Broadcaster Content. However Twitch cannot guarantee that there will be no unauthorized copying or distribution of Broadcaster Content nor will Twitch be liable for any copying or usage of the Broadcaster Content not authorized by Twitch. You hereby release and forever waive any claims you may have against Twitch for any such unauthorized copying or usage of the Broadcaster Content, under any theory. THE SECURITY MEASURES TO PROTECT BROADCASTER CONTENT ASSURANCES THAT SUCH SECURITY MEASURES WILL WITHSTAND ATTEMPTS TO EVADE SECURITY MECHANISMS OR THAT THERE WILL BE NO CRACKS, DISABLEMENTS OR OTHER CIRCUMVENTION OF SUCH SECURITY MEASURES.

5. **Prevention of Unauthorized Use of Broadcaster account.**

Unless expressly permitted in writing by Twitch, you may not sell, rent, lease, share or provide access to your Broadcaster account to any third party, including without limitation charging any remuneration (e.g. money) to any third party for access to administrative rights on your Broadcaster account. Twitch reserves all available legal rights and remedies to prevent unauthorized use of the Twitch Service, including, but not limited to, technological barriers, IP mapping, and in serious cases directly contacting your Internet Service Provider (ISP) regarding such unauthorized use.

6. **Promotions**

Broadcasters and you choose to promote, administer or conduct a promotion on, through or utilizing Twitch (a "Promotion"). If you rules:

1. You may carry out Promotions to the extent permitted by applicable local law and you are solely responsible for ensuring that you and any Promotions comply with any and all applicable local law obligations and restrictions.

2. You, at your expense, will be solely responsible for all aspects of your Promotion, including, without limitation, the execution, administration, and operation of the Promotion; drafting and posting any official rules; selecting winners; issuing prizes; and obtaining all necessary third-party permissions and approvals, including, without limitation, filing any and all necessary registrations and bonds. Twitch has the right to remove your Promotion from the Twitch Service for any reason.

3. Twitch is not responsible for and does not endorse or support any such Promotions. You may not indicate that Twitch is a sponsor or co-sponsor of the Promotion.

4. ALL Broadcasters should display or read out the following when a Promotion is on their channel: *not responsible for them"*.

7. **Endorsements/Testimonials**

You agree that your Broadcaster Content will comply with the FTC's Guidelines Concerning the Use of Testimonials and Endorsements in Advertising (available at http://www.ftc.gov/sites/default/files/attachments/press-releases/ftc-publishes-final-guides-governing-endorsements-testimonials/091005revisedendorsementguides.pdf) ("Guidelines"). For example, if you have been paid or provided with free products in exchange for discussing or promoting a product or service through the Twitch Service, or if you are an employee of a company and you decide to discuss or promote that company's products or services through the Twitch Service, you agree to comply with the Guidelines' requirements for disclosing such relationships. You, and not Twitch, are solely responsible for any endorsements or testimonials you make regarding any product or service through the Twitch Service.

## 12. **Third Party Content.**

provide links to Web pages and content of third parties (collectively the "**Third-Party Content**") as a service to those interested in this information. Twitch does not control, endorse or adopt any Third-Party Content and makes no representation or warranties of any kind regarding the Third-Party Content, including without limitation regarding its accuracy or completeness. Please be aware that we do not create Third Party Content, nor we do not update or monitor it, therefore we are not responsible for any Third Party Content on the Twitch Service. Users use such Third-Party Content at their own risk.

The Twitch Service may include links or references to other web sites or services solely as a convenience to Users (" **Reference Sites** "). Twitch does not endorse any such Reference Sites or the information, materials, products, or services contained on or accessible through Reference Sites. In addition, your correspondence or business dealings with, or participation in promotions of, advertisers found on or through the Twitch Service are solely between you and such advertiser. Access and use of Reference Sites, including the information, materials, products, and services on or available through Reference Sites is solely at your own risk.

**13. Prohibited Conduct.**

The Twitch Service may include interactive areas or services (" **Interactive Areas** "), such as chat areas or web forums, in which you or other users may create, post or store content, messages, materials, data, information, text, music, sound, photos, video, graphics, applications, code or other items or materials on the Twitch Services (" **User Content** " and collectively with Broadcaster Content, " **Content** "). You are solely responsible for your use of such Interactive Areas and use them at your own risk. BY USING THE TWITCH SERVICE, INCLUDING THE INTERACTIVE AREAS, YOU AGREE NOT TO violate any law, contract, intellectual property or other third-party right or commit a tort, and that you are solely responsible for your conduct while on the Twitch Service.

You agree that you will comply with these Terms of Service and Rules of Conduct and will not:

1. use the Twitch Service for any purposes except to disseminate or receive original or appropriately licensed content and/or to access the Twitch Service;

2. rent, lease, loan, sell, resell, sublicense, distribute or otherwise transfer the licenses granted in these Terms of Service or any Materials (as defined in section 4);

4. impersonate any person or entity, falsely claim an affiliation with any person or entity, or access the Twitch Service accounts of others without permission, forge another persons' digital signature, misrepresent the source, identity, or content of information transmitted via the Twitch Service, or perform any other similar fraudulent activity;

5. delete the copyright or other proprietary rights notices on the Twitch Service or Content;

6. make unsolicited offers, advertisements, proposals, or send junk mail or spam to other Users of the Twitch Service, including, without limitation, unsolicited advertising, promotional materials, or other solicitation material, bulk mailing of commercial advertising, chain mail, informational announcements, charity requests, petitions for signatures, or any of the preceding things related to promotional giveaways (such as raffles and contests), and other similar activities;

7. harvest or collect the email addresses or other contact information of other users from the Twitch Service for the purpose of sending spam or other commercial messages;

8. use the Twitch Service for any illegal purpose, or in violation of any local, state, national, or international law, including, without limitation, laws governing intellectual property and other proprietary rights, and data protection and privacy;

9. defame, harass, abuse, threaten or defraud Users of the Twitch Service, or collect, or attempt to collect, personal information about Users or third parties without their consent;

10. remove, circumvent, disable, damage or otherwise interfere with security-related features of the Twitch Service or Content, features that prevent or restrict use or copying of any content accessible through the Twitch Service, or features that enforce limitations on the use of the Twitch Service or Content;

11. reverse engineer, decompile, disassemble or otherwise attempt to discover the source code of the Twitch Service or any part thereof, except and only to the extent that this activity is expressly permitted by the law of your country of residence;

12. modify, adapt, translate or create derivative works based upon the Twitch Service or any part thereof, except and

13. intentionally interfere with or damage operation of the Twitch Service or any user's enjoyment of them, by any means, including uploading or otherwise disseminating viruses, adware, spyware, worms, or other malicious code;

14. relay email from a third party's mail servers without the permission of that third party;

15. use any robot, spider, scraper, crawler or other automated means to access the Twitch Service for any purpose or bypass any measures Twitch may use to prevent or restrict access to the Twitch Service;

16. manipulate identifiers in order to disguise the origin of any Content transmitted through the Twitch Service;

17. interfere with or disrupt the Twitch Service or servers or networks connected to the Twitch Service, or disobey any requirements, procedures, policies or regulations of networks connected to the Twitch Service;use the Twitch Service in any manner that could interfere with, disrupt, negatively affect or inhibit other users from fully enjoying the Twitch Service, or that could damage, disable, overburden or impair the functioning of the Twitch Service in any

18. use or attempt to use another user's account without authorization from that user and Twitch;

19. attempt to circumvent any content filtering techniques we employ, or attempt to access any service or area of the Twitch Service that you are not authorized to access; or

20. attempt to indicate in any manner that you have a relationship with us or that we have endorsed you or any products or services for any purpose.

Further, BY USING THE TWITCH SERVICE, INCLUDING THE INTERACTIVE AREAS YOU AGREE NOT TO post, upload to, transmit, distribute, store, create or otherwise publish through the Twitch Service any of the following:

1. Content that would constitute, encourage or provide instructions for a criminal offense, violate the rights of any party, or that would otherwise create liability or violate any local, state, national or international law or regulation;

3. Content that is unlawful, libellous, defamatory, obscene, pornographic, indecent, lewd, suggestive, harassing, threatening, invasive of privacy or publicity rights, abusive, inflammatory, fraudulent or otherwise objectionable;

4. Content that impersonates any person or entity or otherwise misrepresents your affiliation with a person or entity;

5. private information of any third party, including, without limitation, addresses, phone numbers, email addresses, Social Security numbers and credit card numbers;

6. viruses, corrupted data or other harmful, disruptive or destructive files; and

7. Content that, in the judgment of Twitch, is objectionable or which restricts or inhibits any other person from using or enjoying the Interactive Areas or the Twitch Service, or which may expose Twitch or our users to any harm or

Twitch takes no responsibility and assumes no liability for any Content posted, stored or uploaded by you or any third party, or for any loss or damage thereto, nor is Twitch liable for any mistakes, defamation, slander, libel, omissions, falsehoods, obscenity, pornography or profanity you may encounter. Your use of the Twitch Service is at your own risk. Enforcement of the user content or conduct rules set forth in these Terms of Service is solely at Twitch's discretion, and failure to enforce such rules in some instances does not constitute a waiver of our right to enforce such rules in other instances. In addition, these rules do not create any private right of action on the part of any third party or any reasonable expectation that the Twitch Service will not contain any content that is prohibited by such rules. As a provider of interactive services, Twitch is not liable for any statements, representations or Content provided by our users in any public forum, personal home page or other Interactive Area. Twitch does not endorse any Content or any opinion, recommendation or advice expressed therein, and Twitch expressly disclaims any and all liability in connection with Content. Although Twitch has no obligation to screen, edit or monitor any of the Content posted in any Interactive Area, Twitch reserves the right, and has absolute discretion, to remove, screen or edit any Content posted or stored on the Twitch Service at any time and for any reason without notice, and you are solely responsible for creating backup copies of and replacing any Content you post or store on the Twitch Service at your sole cost and expense. Any use of the Interactive Areas or other portions of the Twitch Service in violation of the foregoing violates these Terms and may result

## 14. Rights in User Content.

If you submit or post User Content to the Twitch Service you grant Twitch a worldwide, nonexclusive, royalty-free, perpetual, irrevocable and fully sublicensable right to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform and display such User Content in any form, format, media or media channels now known or hereafter developed or discovered. You grant Twitch and our sublicensees the right to use the name that you submit in connection with such content, if we or they choose.

By submitting or posting User Content to the Twitch Service, you agree that: (a) such User Content is non-confidential; (b) you own and control all of the rights to the User Content that you post or you otherwise have all necessary rights to post such User Content to the Twitch Service; (c) the User Content is accurate and not misleading or harmful in any manner, and (d) the User Content, and your use and posting of that User Content in connection with the Twitch Service, does not and will not violate these Terms of Service or any applicable law, rule or regulation in your country or elsewhere.

## 15. Account

1. **Account and Password.**

   You may wish to open a Twitch account with us for a number of reasons, including a more personalised Twitch experience or to upload and/or download or purchase content or any products, services, or information from Twitch.

   In order to open an account, you will asked to provide us with certain information like an account name and password (all of which will be protected by our Privacy Policy).

   Once you have a Twitch account you can purchase products and services (including subscriptions) via Twitch. The Twitch Terms of Sale explain how this works – please read carefully this important document, which is incorporated by reference into these Terms of Service (this means they legally form part of this document).

   While Twitch uses reasonable security precautions, you are solely responsible for maintaining the confidentiality account or password. Please make sure you provide to Twitch on registration and at all other times information which will be true, accurate, current, complete and kept up to date to the best of your ability

   If you have reason to believe that your account is no longer secure (e.g., in the event of a loss, theft or unauthorized disclosure or use of your account ID, password, or any credit, debit or charge card number, if applicable), then you must immediately notify Twitch at legal@twitch.tv.

2. **Third Party Accounts.**

   Twitch may permit you to register for and log onto the Twitch Service via certain third party social networks, such as by using Facebook Connect. If you log in via such social networks, the profile information connected to the account you use to log into the Twitch Service, including your name, may be used by Twitch in order to provide and support your account. You also acknowledge and agree that Twitch may publish information regarding your use of the Twitch Service to and in connection with any such third party social network with which you use the Twitch Service (unless you tell us otherwise).

## 16.   Termination.

Twitch reserves the right, without notice and in our sole discretion, to terminate your license to use the Twitch Service (including to post Broadcaster Content), and to block or prevent your future access to and use of the Twitch Service. This includes Twitch having the ability to terminate or to suspend your access to any purchased products or services, including any subscriptions or Turbo accounts. Your only remedy with respect to any dissatisfaction with (i) the Twitch Service, (ii) any term of these Terms of Service, (iii) any policy or practice of Twitch in operating the Twitch Service, or

(iv) any content or information transmitted through the Twitch Service, is to terminate your account and discontinuing use of any and all parts of the Twitch Service. In serious cases of breach of these Terms of Service (for example, infringement of Twitch's intellectual property rights or actions causing it financial loss), Twitch may consider it appropriate to take legal action against you (though we will try to resolve matters amicably with you if possible).

## 17. Indemnification.

The following section only applies to you if you are resident in the USA or elsewhere in the world (but does not apply if you are a consumer resident in the European Union):

You agree to indemnify, defend, and hold harmless Twitch, its affiliated companies, contractors, employees, agents and its third-party suppliers, licensors, and partners from any claims, losses, damages, liabilities, including legal fees and expenses, arising out of your use or misuse of the Twitch Service, any Content you post, store or otherwise transmit in or through the Twitch Service, your violation of the rights of any third party, any violation by you of these Terms of Service, or any breach of the representations, warranties, and covenants made by you herein. Twitch reserves the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify Twitch, and you agree to cooperate with Twitch's defense of these claims. Twitch will use reasonable efforts to notify you of any such claim, action, or proceeding upon becoming aware of it. If you are a Broadcaster, the forgoing indemnity includes, without limitation, any claims, losses, damages, liabilities, including legal fees and expenses, arising out of your Promotions or Broadcaster Content.

## 18. Disclaimers; No Warranties.

The following section only applies to you if you are resident in the USA or elsewhere in the world (but does not apply if you are a consumer resident in the European Union):

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW: (A) THE TWITCH SERVICE AND THE CONTENT AND MATERIALS CONTAINED THEREIN ARE PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, EXCEPT AS EXPRESSLY PROVIDED TO THE CONTRARY IN A WRITING BY TWITCH; (B) TWITCH, AND ITS AFFILIATES, PARTNERS, AND SUPPLIERS (" **TWITCH PARTIES** ") DISCLAIM ALL OTHER WARRANTIES, STATUTORY, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT AS TO THE TWITCH SERVICE, INCLUDING ANY INFORMATION, CONTENT OR MATERIALS CONTAINED THEREIN; (C) TWITCH DOES NOT REPRESENT OR WARRANT THAT CONTENT OR MATERIALS ON THE TWITCH SERVICE ARE ACCURATE, COMPLETE, RELIABLE, CURRENT OR ERROR-FREE; (D) TWITCH IS NOT RESPONSIBLE FOR TYPOGRAPHICAL ERRORS OR OMISSIONS RELATING TO TEXT OR PHOTOGRAPHY; AND (E) WHILE TWITCH ATTEMPTS TO MAKE YOUR ACCESS AND USE OF THE TWITCH SERVICE SAFE, TWITCH CANNOT AND DOES NOT REPRESENT OR WARRANT THAT THE TWITCH SERVICE OR OUR SERVER (S) ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, AND THEREFORE, YOU SHOULD USE INDUSTRY-RECOGNIZED SOFTWARE TO DETECT AND DISINFECT VIRUSES FROM ANY DOWNLOAD. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM TWITCH OR THROUGH THE TWITCH SERVICE WILL CREATE ANY WARRANTY NOT EXPRESSLY STATED HEREIN. YOU EXPRESSLY DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS AND SUBCONTRACTORS.

## 19. Limitation of Liability and Damages.

**Users in the USA and rest of the world (non-EU):**

The following section only applies to you if you are resident in the USA or elsewhere in the world (but does not apply if you are a consumer resident in the European Union):

1. **Limitation of Liability.**

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW: (A) IN NO EVENT SHALL TWITCH OR THE TWITCH PARTIES BE LIABLE FOR ANY DIRECT, SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES, OR ANY OTHER DAMAGES OF ANY KIND, INCLUDING BUT NOT LIMITED TO LOSS OF USE, LOSS OF PROFITS OR LOSS OF DATA, WHETHER IN AN ACTION IN CONTRACT, TORT (INCLUDING BUT NOT LIMITED TO INABILITY TO USE THE TWITCH SERVICE, THE CONTENT OR THE MATERIALS, INCLUDING WITHOUT LIMITATION ANY DAMAGES CAUSED BY OR RESULTING FROM RELIANCE BY USER ON ANY INFORMATION OBTAINED FROM TWITCH, OR THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES OR EMAIL, ERRORS, DEFECTS, VIRUSES, DELAYS IN OPERATION OR TRANSMISSION OR ANY FAILURE OF PERFORMANCE, WHETHER OR NOT RESULTING FROM ACTS OF GOD, COMMUNICATIONS FAILURE, THEFT, DESTRUCTION OR UNAUTHORIZED ACCESS TO TWITCH'S RECORDS, PROGRAMS OR SERVICES; AND (B) IN NO EVENT SHALL THE AGGREGATE LIABILITY OF TWITCH, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE, WHETHER ACTIVE, PASSIVE OR IMPUTED), PRODUCT LIABILITY, STRICT LIABILITY OR OTHER THEORY, ARISING OUT OF OR RELATING TO THE USE OF OR INABILITY TO USE THE TWITCH SERVICE EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR ACCESSING THE TWITCH SERVICE DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE DATE OF THE CLAIM OR ONE HUNDRED DOLLARS, WHICHEVER IS GREATER.

2. **Reference Sites.**

THESE LIMITATIONS OF LIABILITY ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY YOU BY OTHERWISE BY THIRD PARTIES OTHER THAN TWITCH AND RECEIVED THROUGH OR ADVERTISED ON THE TWITCH SERVICE OR RECEIVED THROUGH ANY REFERENCE SITES.

3. **Basis of the Bargain.**

YOU ACKNOWLEDGE AND AGREE THAT TWITCH HAS OFFERED THE TWITCH SERVICES, BROADCASTER CONTENT, MATERIALS AND OTHER CONTENT AND INFORMATION, SET ITS PRICES, AND ENTERED INTO THESE TERMS OF SERVICE IN RELIANCE UPON THE WARRANTY DISCLAIMERS AND THE LIMITATIONS OF LIABILITY SET FORTH HEREIN, THAT THE WARRANTY DISCLAIMERS AND THE LIMITATIONS OF LIABILITY SET FORTH HEREIN REFLECT A REASONABLE AND FAIR ALLOCATION OF RISK BETWEEN YOU AND TWITCH, AND THAT THE WARRANTY DISCLAIMERS AND THE LIMITATIONS OF LIABILITY SET FORTH HEREIN FORM AN ESSENTIAL BASIS OF THE BARGAIN BETWEEN YOU AND TWITCH. TWITCH WOULD NOT BE ABLE TO PROVIDE THE TWITCH SERVICE TO YOU ON AN ECONOMICALLY REASONABLE BASIS WITHOUT THESE LIMITATIONS.

4. **Users in the European Union.**

The following section only applies to you if you are a consumer resident in the European Union: Neither Twitch nor its affiliates and partners in all cases, nor you (if you are an individual customer), will be responsible for: (i) losses that were not caused by any breach on their or your part; (ii) any indirect or consequential losses (including loss of profits, revenue, contracts, anticipated savings, data, goodwill or wasted expenditure); or (iii) any indirect or consequential losses that were not foreseeable by both you and us when the Terms of Service were agreed or updated as applicable. If you are a Subscribing Organisation (as defined in section 1 of these Terms of Service) then you are not granted any rights under this section.

20. **Applicable Law and Venue**

PLEASE READ THE FOLLOWING PARAGRAPH CAREFULLY BECAUSE IT REQUIRES YOU TO ARBITRATE DISPUTES WITH TWITCH AND LIMITS THE MANNER IN WHICH YOU CAN SEEK RELIEF FROM TWITCH.

You and Twitch agree to arbitrate any dispute arising from these Terms of Service or your use of the Twitch Service, except that you and Twitch are not required to arbitrate any dispute in which either party seeks equitable and other relief PREVENTS YOU FROM SUING IN COURT OR FROM HAVING A JURY TRIAL. You and Twitch agree that you will notify each other in writing of any dispute within thirty (30) days of when it arises. Notice to Twitch shall be sent to Justin.tv, Inc. d/ba Twitch, Attn. Legal, 225 Bush Street, 6th Floor, San Francisco, CA 94104. You and Twitch further agree: to attempt informal resolution prior to any demand for arbitration; that any arbitration will occur in Santa Clara County, California; that arbitration will be conducted confidentially by a single arbitrator in accordance with the rules of JAMS; and that the state or federal courts in Santa Clara County, California have exclusive jurisdiction over any appeals of an arbitration award and over any suit between the parties not subject to arbitration. Other than class procedures and remedies discussed below, the arbitrator has the authority to grant any remedy that would otherwise be available in court. Any dispute between the parties will be governed by this Agreement and the laws of the State of California and applicable United States law, without giving effect to any conflict of laws principles that may provide for the application of the law of another jurisdiction. Whether the dispute is heard in arbitration or in court, you and Twitch will not commence against the other a class action, class arbitration or other representative action or proceeding.

21. **Miscellaneous.**

1. **Notice.**

Twitch may provide you with notices, including those regarding changes to Twitch's terms and conditions, by email, regular mail or postings on the Twitch Service. Notice will be deemed given twenty-four hours after email is sent, unless Twitch is notified that the email address is invalid. Alternatively, we may give you legal notice by mail to a postal address, if provided by you through the Twitch Service. In such case, notice will be deemed given three days after the date of mailing. Notice posted on the Twitch Service is deemed given 30 days following the initial posting.

2. **Waiver.**

The failure of either you or us to exercise or enforce any right or provision of these Terms of Service will not constitute a waiver of such right or provision. Any waiver of any provision of these Terms of Service will be effective only if in writing and signed by the relevant party.

3. **Severability.**

If any provision of these Terms of Service or any guidelines is held to be unlawful, void, or for any reason the minimum extent necessary and will not affect the validity and enforceability of any remaining provisions.

4. **Assignment.**

These Terms of Service and related Guidelines, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Twitch without restriction. Any assignment attempted to be made in violation of this Terms of Service shall be void.

5. **Survival.**

Upon termination of these Terms of Service, any provision which, by its nature or express terms should survive, will survive such termination or expiration, including, but not limited to, Sections 7, 8, 11(b)(ii), 11(c), 11(d), 12, 15-20.

6. **Headings.**

Service, and will not be deemed to limit or affect any of the provisions of it.

7. 

**Entire Agreement.**

The Terms of Service, together with the Terms of Sale, the Privacy Policy and the Guidance, is the entire agreement between you and Twitch relating to the subject matter herein and will not be modified except in writing, signed or otherwise agreed to by both parties, or by a change to these Terms of Service or Guidelines made by Twitch as set forth in Section 6 above.

8. **Claims.**

If you are a consumer resident in the European Union and you disagree with the above, we encourage you contact us as soon as possible after you start using the Twitch Service at legal@twitch.tv since otherwise they will be binding on you after a reasonable time period (usually 30 days unless there are exceptional circumstances).

The following section only applies to you if you are resident in the USA or elsewhere in the world (but does not apply if you are a consumer resident in the European Union):

YOU AND TWITCH AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE TWITCH SERVICE MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

9. **Disclosures.**

The Twitch Service is offered by Twitch Interactive, Inc., located at: 225 Bush Street, 6th Floor, San Francisco, CA 94104 and email: help@twitch.tv. If you are a California resident, you may have this same information emailed to you by sending a letter to the foregoing address with your email address and a request for this information.

10. **Requests for User Information**

All requests for information or documents must be made using the appropriate level of legal process, and must be properly served on Twitch via the Corporation Service Company (CSC), Twitch's national registered agent. Please find below the California address for CSC (the CSC office in your jurisdiction may be located through the Secretary of State's website):

Twitch Interactive, Inc.
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento CA 95833

Please note that Twitch does not accept requests for information or documents, or service of process, via e-mail or fax and will not respond to such requests. All requests must include the information you may have that will help us identify the relevant records (e.g. the Twitch username: http://www.twitch.tv/username), the specific information requested, and its relationship to your investigation. Please also note that limiting your request to the relevant records (e.g. a limited time period) will facilitate efficient processing of your request.

About   Blog   Turbo   Music   Advertise   Developers   Partners   Mobile   Jobs   Help   Terms   Privacy Policy   Ad Choices   Cookie Policy          Language

© 2016 Twitch Interactive, Inc.

https://www.twitch.tv/user/legal

KLEIA 8:51:21 AM 6/10/2016

**twitch**

Search    Browse    Go Turbo    Log In    Sign Up

About

Advertise

Developers

Partners

Platforms

Jobs

Help

**Legal**

Terms of Service

API Terms of Service

Privacy Policy

DMCA Guidelines

Ad Choices

Terms of Sale

Cookie Policy

Trademark Guidelines

**Rules of Conduct**

Photosensitive Seizure Warning

## Rules of Conduct

Last modified on **11/20/2015**

At Twitch, our mission is to provide the best social video platform created by the community where broadcasters and viewers can interact in real time. To achieve this goal, we ask that all users participate in such a way that promotes a safe and positive experience for our global audience.

To protect the integrity of our community, as the provider of the service, we at Twitch reserve the right to suspend any account at any time for any conduct that we determine to be inappropriate or harmful. You are free to appeal your suspension, but we are not required to provide a reason for our decision.

For minor first and second suspensions, your access to the site will be restricted for 24 hours, but there is no fixed time for the length of subsequent suspensions or suspensions for severe violations. We will consider appeals to indefinite suspensions based on our review of your conduct, account standing, and any other information we have. Our Customer Support & Moderation team reviews all requests for reinstatement, and we process these along with all other support requests.

In addition to our Terms of Service, we provide the following list of behaviors that could lead to suspension of your account or channel. These behaviors fall under a common sense philosophy and apply to all video content, audio content, chat messages, channel content, profile content, usernames, and any other conduct on our services. This is considered a living document that we will regularly update based on the evolution of the Twitch community and platform.

## General Conduct

If you find yourself asking whether or not you're crossing the line, chances are you shouldn't do it.

**Breaking the Law**
You must respect all applicable local, national, and international laws while using our services. Any content or activity featuring or encouraging illegal activity is prohibited.

**Suspension Evasion**
All suspensions are binding until expiration or removal upon appeal. Any attempt to circumvent a site-wide or chat suspension by using other accounts, identities, personalities, or presence on another user's account will also result in suspension. Suspension evasion will not only increase the length of suspension, but may lead to an indefinite suspension.

**Self-Destructive Behavior**
Any activity that may endanger your life or lead to your physical harm is prohibited. This includes, but is not limited to: suicide threats, intentional physical trauma, use of illegal drugs, or drinking excessively.

**Targeted Harassment, Threats, and Violence Against Others**
Harassment, defamation, intimidation, raiding with malicious intent, or stalking of other persons or users, including Twitch Staff, Admins, or Global Moderators, is strictly prohibited.

The following are considered zero-tolerance harassment violations, and all accounts associated with such activity will receive an immediate indefinite suspension:

Attempting or threatening to harm or kill another person

Attempting or threatening to DDOS or SWAT another person

Posting someone else's personal information, such as a real name or location, without consent

**Hate Speech and Other Harassment**
Any content that promotes or encourages discrimination, harassment, or violence based on race, ethnicity, gender identity, sexual orientation, age, religion, or nationality is prohibited.

**Impersonation**
Content or activity meant to impersonate an individual or organization is prohibited. Any attempts to misrepresent yourself as a member of Twitch Staff, Admins, or Global Moderators is a zero-tolerance violation and will result in immediate indefinite suspension.

**Spam, Scams, and Other Malicious Conduct**
Any content or activity that disrupts, interrupts, harms, or otherwise violates the integrity of Twitch services or another user's experience or devices is prohibited. Such activity includes:

Posting large amounts of repetitive, unwanted messages or user reports

Distributing unauthorized advertisements

Phishing

Defrauding others

Spreading malware or viruses

Misinformation (such as feigning distress, posting misleading metadata, or intentional channel miscategorization)

Tampering (such as artificially inflating follow or live viewer stats)

Reselling Twitch services or features (such as channel moderation status)

**Pornography and Other Sexually Explicit Conduct**
Any content or activity involving pornography, sexual intercourse, or adult services is prohibited. Conduct involving exploitation of minors will be reported to authorities via the National Center for Missing & Exploited Children.

**Inappropriate Broadcaster Behavior and Attire**
Nudity and conduct involving overtly sexual behavior and/or attire are prohibited.

**Gore and Other Obscene Conduct**
Content that exclusively focuses on extreme or gratuitous gore and violence is prohibited.

**Unauthorized Rebroadcasts & Other Copyright Violations**
Uploading any content that you do not own, do not have the rights to, or are otherwise not authorized to use may make your account liable to DMCA takedown by a rights holder. This includes, but is not limited to: rebroadcasting other Twitch broadcasters, playing pirated games, playing on unauthorized private servers, and uploading content from other sites.

## Gaming Conduct

**Cheating in Online Games**
Any activity, such as cheating, hacking, botting, or tampering, that gives the account owner an unfair advantage in a online multiplayer game, is prohibited. This also includes exploiting another broadcaster's live broadcast in order to harass them in-game, such as stream sniping.

**Broadcasting Sexually Explicit, Adults-Only, or Other Prohibited Games**
Nudity can't be a core focus or feature of the game in question, and modded nudity is disallowed in its entirety. Occurrences of in-game nudity are permitted, so long as you do not make them a primary focus of your broadcast and only spend as much time as needed in the area to progress the game's story.

Games rated Adults Only (AO) by the ESRB are not permitted for broadcast on Twitch. For a complete list of games that are explicitly prohibited, please refer to our List of Prohibited Games.

**Broadcasting Closed Alphas/Betas or Full Games Before Official Release Date**
We ask that you respect all publisher/developer-enforced release dates, embargos, and NDAs by waiting to broadcast these games until everyone else gets to. Unless given prior approval, your channel may be subject to DMCA takedown by a rights holder.

Rights holders should report violations in accordance with our DMCA Guidelines. We ask that users refrain from reporting possible violations via the user report tool.

## Creative Conduct

The primary focus of a Twitch Creative broadcast should be the process of creating an entirely original work or original content that could be copyright-protected. Broadcasts that involve replicas or derivative creations of others' copyrighted content may be subject to DMCA takedown by a rights holder. We encourage you to assess your broadcasts for adherence to copyright laws, including fair use.

**Performances**
Performances are permitted only to the extent that they contribute to the creation of an original work. However, broadcasts that focus entirely on performances of preexisting material are not permitted.

If you wish to perform or sing your own original music on your broadcast, please set your channel to the Music category, rather than the Creative category.

**Assembly, Maintenance, or Reproduction**
Any activity considered to be assembly, reassembly, maintenance, or reproduction of preexisting works is permitted only to the extent that it contributes to the creation of an original work.

**Depictions of Nudity or Extreme Violence**
We ask that you refrain from creating or using depictions of nudity or extreme violence for the time being. We are currently working on site features that will allow for responsible broadcasting and viewing of legitimate artistic depictions of nudity and violence.

**D.I.Y. & Other Permitted Content**

In addition to content that adheres to our Creative Rules of Conduct, we have determined the following type of do-it-yourself activities are also appropriate to broadcast in Creative:

Cooking your own recipes

Building custom PCs

Assembling your Twitch broadcast setup

Furniture hacks/customization

Model making

**For a more comprehensive list of permitted Creative content, please read our Creative FAQ.**

## Music Conduct

Twitch Music broadcasts should focus on the live creation or performance of original music and should not only be an original audio experience, but a visual one too. Whether you're singing, playing an instrument, or composing music, we must be able to hear you and your music and see you or your instruments/tools.

**Recorded Music**

Radio-style broadcasts featuring recorded music with no visual component other than static imagery or music visualizations are reserved only for approved music labels. Music performances such as karaoke, dancing to someone else's music, covering someone else's music, and lip-syncing/impersonating cannot be the focus of your Music broadcasts.

## Content Appropriate for Multiple Categories

Broadcasters are welcome to categorize their channels in any category appropriate for the content of their broadcast. For example, if you are creating game-specific art, you are free to categorize yourself in the associated game directory or Creative category. Similarly, if you are composing music, you are free to categorize yourself in Music or Creative.

## Non-Endemic Content

All content that is neither gaming-related nor permitted in our Creative or Music categories is prohibited from broadcast.



About   Blog   Turbo   Music   Advertise   Developers   Partners   Mobile   Jobs   Help   Terms   Privacy Policy   Ad Choices   Cookie Policy      Language

© 2016 Twitch Interactive, Inc.

https://www.twitch.tv/user/legal?page=rules-of-conduct

KLEIA 8:49:51 AM 6/10/2016

**twitch**

Search    Browse    Go Turbo    Log In    Sign Up

# API Terms of Service

Last modified on **10/25/2014**

By using the Twitch API you agree to the following API Terms of Service and the Twitch Terms of Service.

About
Advertise
Developers
Partners
Platforms
Jobs
Help

**Legal**

Terms of Service

API Terms of
Service

Privacy Policy

DMCA Guidelines

Ad Choices

Terms of Sale

Cookie Policy

Trademark
Guidelines

Rules of Conduct

Photosensitive
Seizure Warning

## Developer Accounts and Keys.

In order to obtain access to certain features or data within the Twitch API, you must create a developer account. You may be limited by the account creation process to one account per email address. You will be issued one or more unique security keys, secrets, tokens, access codes, passwords and/or other credentials (collectively, "Keys") for accessing certain features of the Twitch API and managing your account. Access may not always be available. You are responsible for maintaining the secrecy and security of your Keys. You are fully responsible for all activities that occur using your Keys, regardless of whether such activities are undertaken by you or a third party. You are responsible for maintaining up-to-date and accurate information (including a current email address and other required contact information) for your account. Failure to do so may jeopardize your right to access all or a portion the Twitch API. Twitch maintains the right to cancel your developer account for any reason or no reason at all, at any time.

## Support.

Twitch has no obligation to provide you or any Twitch users with support. You are solely responsible for providing user support and any other technical assistance for your application. Twitch may redirect users and potential users of your application to your email address associated with your developer account for purposes of answering general application inquiries and support questions.

## Click-throughs.

You won't try to obstruct the click-through to the channel page or the ads on Twitch's proprietary video player ("Twitch Player").

## Branding.

The Twitch logo may be displayed in the Twitch Player or in the application and you agree not to obscure the Twitch logo. You won't put the names or logos for competitive streaming services on top of the Twitch viewer or broadcaster. You agree to comply with Twitch's Brand Asset Guidelines , incorporated herein by this reference.

## Caching.

Your application may employ session-based caching solely of Twitch API results, but you must use commercially reasonable efforts to cause your application to update cached results upon any changes in video metadata. For example, if a video or stream is removed from the Twitch service or a user chooses to "hide" a video or stream, cached results shall be removed from your cache. For the avoidance of doubt, your application shall not be designed to cache Twitch audiovisual content.

## Official endorsement.

You can't claim to be officially endorsed by Twitch, part of Twitch, or to represent Twitch.

## Usage and Quotas.

Twitch may, in its sole discretion, set a rate limit on your Twitch API usage. You shall not attempt to circumvent automated rate limit restrictions.

## Monitoring your use of the Twitch API.

You agree to provide us with access to your application and/or other materials related to your use of the Twitch API as reasonably requested by us to verify your compliance with these terms of service and as may be necessary to audit your use, display and storage of the Twitch content. You agree that we may crawl or otherwise monitor online applications related to your use of the Twitch API and you agree not to block or interfere with such efforts by Twitch.

## Deprecation.

Twitch will announce if it intends to discontinue or make backwards incompatible changes to the Twitch API.

## Banning.

You will delete all Twitch user data if you are banned or your application is shut down.

## Resale.

You will not sell, transfer, or sublicense our code, APIs, or tools to anyone.

## Content and Data Storage Restrictions.

You and your application may not store Twitch content via any method, including short term caching, except as set forth in this paragraph. If you are acquired by or merge with a third party, you can continue to use stored Twitch content within your application as permitted through this paragraph, but you cannot transfer data outside your Application absent

Twitch's express written consent.

User authentication tokens allowing you to access a Twitch account at the direction of a user ("User Authentication Tokens") may be stored indefinitely, but must be deleted, for a particular user, upon the earlier of (a) the user uninstallation of your application or disconnection/delinkage of the application from Twitch, (b) Twitch's request that you delete the User Authentication Tokens, (c) the failure to successfully authenticate the applicable user (e.g., for a user whose Twitch account has terminated, the previously stored User Authentication Tokens will return a message of non-operability via the Twitch API), or (d) one (1) year of non-use by the user within your application. User Authentication Tokens for all users must be deleted upon the earlier of your cessation of use of the Twitch API or termination of these terms of service.

Channel and video-on-demand metadata may be stored for no more than twenty-four (24) hours.

Twitch user data for users not created by your application may be stored for no more than twenty-four (24) hours.

## Prohibitions.

Your application will not, and you will not encourage or create functionality for your users or other third parties to:

interfere or attempt to interfere in any manner with the proper workings of the Twitch API, or create or distribute any application that adversely affects the functionality or performance of Twitch or services provided by Twitch;

sell, lease, lend, convey, redistribute, or sublicense to any third party all or any portion of the Twitch API or the data, content and information made available through the Twitch API (except that you may distribute and display the Twitch audiovisual content and accompanying metadata to your users through your application in a manner that complies with these terms of service);

modify, replace, interfere with or block advertisements placed by Twitch;

separate or isolate the chat functionality from the Twitch audiovisual content made available through the Twitch API;

promote separately the audio or video components of any Twitch audiovisual content made available through the Twitch API;

access any portion of any Twitch audiovisual content by any means other than use of the Twitch Player;

store copies of Twitch audiovisual content;

use the Twitch API intentionally to encourage or promote copyright infringement or the exploitation of copyright-infringing materials;

misrepresent your identity when registering for use of the Twitch API, as applicable, use the developer credentials licensed to a different individual or entity, or mask your usage of the Twitch API

## Privacy.

You must not circumvent the log-in mechanism provided by Twitch that enables Twitch users to log into your application. For information you obtain from users of your application or the Twitch API, you will, at all times, maintain a privacy policy that (a) tells users what information you are going to use and how you will use, display, share or transfer that information, and (b) is in compliance with applicable law. You must clearly post a link to your privacy policy at the point or points such information is collected and you must seek a user's informed written consent at any time that you are collecting and/or will make available to third parties such user's personally identifiable information. At all times you must comply with your privacy policy in the collection, use, display, sharing and storage of such information.

## Publicity.

Twitch may issue press releases discussing any applications built on our platform.

## Competitive applications.

Twitch may create applications that offer similar features and services to, or otherwise compete with, your application.

## Legal compliance.

You will comply with all applicable laws. In particular you will (if applicable) have a policy for removing infringing content and terminating repeat infringers that complies with the Digital Millennium Copyright Act.

## Pricing.

Although we have no current plans to charge for basic access to the Twitch API, we do not guarantee that the Twitch API will always be free.

 About   Blog   Turbo   Music   Advertise   Developers   Partners   Mobile   Jobs   Help   Terms   Privacy Policy   Ad Choices   Cookie Policy         Language

© 2016 Twitch Interactive, Inc.

KLEIA 8:50:37 AM 6/10/2016



Search    Browse    Go Turbo    Log In    Sign Up

About
Advertise
Developers
Partners
Platforms
Jobs
Help

**Legal**

Terms of Service
API Terms of Service
Privacy Policy
DMCA Guidelines
Ad Choices
Terms of Sale
Cookie Policy
**Trademark Guidelines**
Rules of Conduct
Photosensitive Seizure Warning

## Guidelines for Third-party Usage of Twitch Trademarks

Last Revised **11/11/13**

Using a Twitch trademark, in whole or in part, is your acknowledgment that Twitch is the sole owner of the trademark and promise that you will not interfere with our rights in the trademark, including, without limitation, challenging Twitch's use, registration of, or application to register such trademark, alone or in combination with other words, anywhere in the world, and that you will not harm, misuse, or bring into disrepute any Twitch trademark.

**Twitch's trademarks, service marks, trade names, and trade dress are valuable assets.** Following these guidelines helps us protect our valuable trademark rights and strengthen our corporate and brand identities. The goodwill derived from using any part of a Twitch trademark exclusively inures to the benefit of and belongs to Twitch. Except for the limited right to use as expressly permitted under these guidelines, no other rights of any kind are granted hereunder, by implication or otherwise. These guidelines may be updated at any time and it is your responsibility to make sure your use is in compliance. If you have any questions regarding these guidelines please contact brandquestions@twitch.tv.

*If you are a licensee of a Twitch trademark, please consult your agreement as it may contain special terms or terms different than our general guidelines. You are required to follow your licensing agreement regardless of the terms below.*

### What is NOT an Authorized Use?

You may not use a Twitch trademark for any commercial purpose, in whole or in part, or in any manner including, but not limited to:

> for any company, product, service or user name;
> for any endorsement or sponsorship;
> on any merchandise or products manufactured or sold;
> in a way that would suggest endorsement or sponsorship by Twitch;
> in any slogan or tagline;
> in any way that could be interpreted in a disparaging manner;
> as a domain name or any combination of a domain name; or
> as any variation, takeoff, or abbreviation of the original trademark.

This list should only serve as guidance on the use of a Twitch trademark. If you are unsure about the specific nature of your planned use please contact legal@twitch.tv.

### What is an Authorized Use?

You may use a Twitch trademark for any purpose that is not in violation of the above limitations and/or any license agreement you may have with Twitch, including:

> for advertising, promotional or sales materials used in a manner authorized by Twitch;
> for statements of compatibility (ex: "Compatible with Twitch"); or
> for publication, if the use reflects favorably on Twitch, is used specifically in reference to Twitch, or is a disclaimer of sponsorship, affiliation, or endorsement by Twitch.

Proper use of a Twitch trademark must include proper notice and attribution, and must include:

> the appropriate trademark symbol (TM, SM, ®); and
> attribution of Twitch's ownership of its trademark in the following or similar format "____ is a registered trademark of Twitch."

 About  Blog  Turbo  Music  Advertise  Developers  Partners  Mobile  Jobs  Help  Terms  Privacy Policy  Ad Choices  Cookie Policy    Language

© 2016 Twitch Interactive, Inc.

https://www.twitch.tv/user/legal?page=trademark