Judith B. Jennison, CA Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No. 37234 (*pro hac vice*)
JCutler@perkinscoie.com
Holly M. Simpkins, WA Bar No. 33297 (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, CA Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIK BOUCHOUEV, an individual d/b/a TWITCH-BUDDY.COM , TWITCH-VIEWERBOT.COM, TWITCH-VIEWERBOT.NET, STREAMBOT.COM, and BLACKDESERTBOT.COM; JUSTIN JOHNSTON, an individual d/b/a TWITCHSTARTER.COM and TWITCHSTARTER.TV; MICHAEL and KATHERINE ANJOMI, individuals d/b/a as UPITPROMO, INC.; POORIA SHARAFFODIN, an individual d/b/a BABATOOLS.COM and STREAM-VIEWERS.COM; MARCO PELAGATTI, an individual d/b/a as TWITCHSWISS.COM; ALEX RENFROW, an individual d/b/a STREAMHOMIES.COM, and DOES 1-25,<br><br>        Defendants. | Case No. 5:16-cv-03404-BLF<br><br>**DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Hearing Date: Thursday, Oct. 5, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3, 5th Floor |

135709506.2

## <u>DECLARATION OF HOLLY M. SIMPKINS</u>

I, Holly M. Simpkins, declare as follows:

1.      I am an attorney licensed to practice law before the courts of the State of Washington and admitted *pro hac vice* in this matter.  I am Senior Counsel at Perkins Coie LLP, and counsel in this action for Plaintiff Twitch Interactive, Inc. ("Twitch").  I submit this declaration in support of Twitch's Motion for Entry of Default Judgment Against Defendants Michael Anjomi and Katherine Anjomi.  I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2.      Attached hereto as Exhibit A are true and correct copies of screen captures from the following websites:  www.twitchshop.com, www.upitpromo.com, www.streamboosters.com, and www.twitchstreams.org (June 10, 2016).  Unless otherwise indicated, these images were captured on May 10, 2016, and were attached to the Complaint as Exhibit D.

3.      Attached hereto as Exhibit B are true and correct copies of screen captures from the following social media pages:  https://twitter.com/twitchshop, https://twitter.com/upitpromo, https://www.youtube.com/channel/UCz_BZrANP76hHPMbxiCUqYQ (Stream Boosters), and https://www.youtube.com/channel/UCxLoZfvsmXHQVNQ21UBPqLQ (Upit Promo).  These images were captured in June 2016, and were attached to the Complaint as Exhibit D-II.

4.      Attached hereto as Exhibit C are true and correct copies of screen captures from the following websites:  www.twitchshop.com, www.upitpromo.com, and www.streamboosters.com.  These images were captured on May 26, 2017.

5.      Attached hereto as Exhibit D are true and correct copies of reports from PayPal, Inc. that display information from three PayPal accounts associated with Defendants Michael Anjomi and Katherine Anjomi.

6.      Attached hereto as Exhibit E is a true and correct copy of a Declaration of Custodian of Records of PayPal, Inc., which verifies that personnel of PayPal, Inc. produced the documents attached hereto as Exhibit D in the ordinary course of their duties at or near the time of the events recorded.

7.      Attached hereto as Exhibit F is a true and correct copy of a redacted Social Security Administration record of the death of Katherine R. Kirkland, which was obtained at my direction from www.westlaw.com on May 26, 2017.  The digits from Katherine R. Kirkland's social security number match the social security number listed on the PayPal account for Katrina Kirkland and Upit Promotions, attached hereto as Exhibit E.

8.      Attached hereto as Exhibit G is a true and correct copy of the Whois domain registration history for Streamboosters.com, which was accessed on December 7, 2016.

9.      Pursuant to the Court's March 27, 2017 order on discovery, we served Requests for Production and Interrogatories on Defendants Michael Anjomi and Katherine Anjomi. Responses to the discovery requests were due on May 1, 2017.  The Anjomis have not served responses or documents in response to these discovery requests.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25 th day of August, 2017, at Seattle, Washington.

/s/ *Holly M. Simpkins*
Holly M. Simpkins

# EXHIBIT A

http://twitchshop.com/shop

# 🎮 TwitchShop

Home   Shop   Guides   Contact

Home > Services

Note: All viewer purchases include chatters

## Weekly Packages


### Basic
# $47
100 viewers
100 followers
500 channel views
1 week, unlimited use
Buy Now!


### Standard
# $90
300 viewers
300 followers
1500 channel views
1 week, unlimited use
Buy Now!


### Pro
# $150
500 viewers
500 followers
2500 channel views
1 week, unlimited use
Buy Now!


### Ultimate
# $250
1000 viewers
1000 followers
5000 channel views
1 week, unlimited use
Buy Now!

## Channel Followers
Gain More Exposure on Twitch


100 Followers $12.99 USD ▼
Buy Now


## Channel Views
Real Channel Views Added To Your Stream

5,000 Views $30.00 USD ▼
Buy Now


## Viewers + Chatters Hourly
Change Quantity of Hours at Checkout!

100 Viewers $3.00 USD ▼
Buy Now


## Beginner Stream Sale
New To Streaming And Want a Boost?!

100 Live Viewers For 5 Hours + 1000 Followers + 5k Channel Views
**Limited Time Only $60**

Buy Now


## Monthly packages
Includes viewers, chatters, followers, and channel views.

*50 Viewers for 1 Month, *150 ▼
Buy Now


## Custom Purchases
All Special Deals are paid Here!

Buy Now


## TwitchShop.com

All Sales Final. No Refunds. This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

    

©2015 TwitchShop. All rights reserved.

Privacy Policy | Terms of Service


💬 Live Chat [online]

higaj 3:38:34 PM 5/10/2016

http://twitchshop.com/



### About us

TwitchShop.com is the #1 way to boost your stream. We offer packages that can boost your live viewers, channel views, and followers.



### Shop

Our shop features the best stream boosting services for any streamer playing any game. We can help boost your channel's ranking to the top.



### 24/7 Service

We offer around the clock customer service to process all orders as fast as possible. If you ever have any questions feel free to contact our live support.

## Check out our shop and grow your stream today!

**Browse the shop**

## Features



### Live Viewers

We provide live viewers for your stream, of which, you are in control of with our premium web panel. This way you can grow your audience fast. Decide how much live viewers you want and when you want it.



### Chatters

Live viewers without chatters in your viewer list to accompany them would be suspicious. That's why we provide complimentary chatters with all live viewers! The amount of chatters and if they talk is up to you. We recommend you submit your own phrase list to even control what they say!



### Followers

Followers really help improve the image of "popularity" on your stream. We have legitimate accounts, all with avatars and bio descriptions, to follow your stream. We add them slowly over a few days, for the most organic appearance possible.



### Channel Views

Channel views also help improve the image of "popularity" on your stream. We add channel views from all over the world, and not just one specific region like most of our competitors do.



### Online Web Panel

We are the world's first stream bot service to have a web panel that allows you to control everything yourself. No need to download anything! Control everything on any PC, tablet, or smartphone!



### Safe & Anonymous

This service was designed with privacy in mind. We have rules and security measures. Please read our Privacy Policy for more information.



### 24x7 Live Chat Support

We are the only stream boosting service in the world that offers 24x7 live chat and email support. Need help right now? We have you covered! Don't be fooled by competitors whose live chat is online only 1-2 hours per day.



### Highest Quality Guaranteed

We offer the highest quality services, and we guarantee it. We use only private and dedicated proxies, tunnels, and VPN's. Almost all of our competitors use public proxies, which makes it very easy to detect. We don't, and never will.



### Unlimited Time

Most stream boosting services only offer viewers by the hour. We offer unlimited usage packages, so you can use the service as much as you want, even 24x7!

## TwitchShop.com

All Sales Final. No Refunds. This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

 

©2015 TwitchShop. All rights reserved.     Privacy Policy | Terms of Service

💬 Live Chat [online]

higaj 3:30:04 PM 5/10/2016



**UPIT Promotions**
BRINGING THE AUDIENCE TO YOU

HOME    WHO WE ARE    WHAT WE DO    GET UPPED    TESTIMONIALS

# WHO WE ARE

Upit Promotions is a company that advances the visibility, marketability, and popularity of broadcasters cross-platform. We provide an elite service that combines consultation, optimization, and promotion to not only make the quality of broadcasting easier, but to also put your stream in the faces of larger audiences world wide in real time.



Our team is comprised of information technology experts who are also highly qualified and experienced broadcasters who have been in the business since the launch of Justin.tv in March of 2007. Upit Promotions team members are well versed in marketing and advertisement practices as well as search engine optimization (SEO). We employ the best techniques to grow your brand name on social networks in conjunction with your content. We have gone to great lengths to provide the best services possible for a growing market.

*PRO EVOLUTION SOCCER 5*



HOME   WHO WE ARE   WHAT WE DO   GET UPPED   TESTIMONIALS

## WHAT WE DO

### Live Streams:

*Do you have great content but aren't getting many viewers? If you could have an experienced promotions company behind you that would put your content in front of hundreds or thousands of viewers, do you feel you could be successful?*

Upit Promotions already works with some of the biggest names in live streaming. We use our position combined with tools such as social networking to put **you** in front of viewers. Our competitors do this at either a fee of a percentage of your stream income and only work with streamers who are already in the partner program, or their services cost a fortune! We do things differently. We work with all streamers, regardless whether the streamer is a "partner" or not. We also don't take a percentage of your stream income. We work hard to make sure our prices are the absolute lowest and we're able to help as many streamers as possible.

*We **guarantee** results.*

That's right, we **guarantee** results. We get results, and we care about your success.

Skeptical? Think it's too good to be true? Visit TwitchShop.com, our website dedicated to services for live streamers, and speak with an Upit rep on the live chat system and ask for a demo.

### Twitter / Facebook / YouTube:

*You want to increase your followers on Twitter? "Likes" on Facebook? Views on your YouTube videos? We can help.*

Whether it's Twitter, Facebook, or YouTube, we will put you and/or your content in front of people **over and over** until they **love** it. Seriously.

Fill out the contact form on the "Get Upped" page to get started. You tell us what your wants or dreams are, and our experts are up to the challenge of achieving them. And yes, we still **guarantee** results.

© 2013 Upit Promotions [Terms of Service]



# STREAMBOOSTERS

🏠 Home    ▶ Shop    🎮 Stream Tips    ❓ FAQ    👤 Contact

# ARE YOU READY FOR A NEW ADVENTURE?

Then go and treat yourself with our Pro Gamer package.

## FEATURED PACKAGES

### Part Time
**$26.99**



- 👁 100 Live Viewers
- 💬 50+ Chatters
- 👥 100 Followers
- 📺 500 Channel Views
- 📅 1 Week, Unlimited Use

**Purchase**

### Full Time
**$62.99**



- 👁 300 Live Viewers
- 💬 150+ Chatters
- 👥 300 Followers
- 📺 1,500 Channel Views
- 📅 1 Week, Unlimited Use

**Purchase**

### Pro
**$99.99**



- 👁 500 Live Viewers
- 💬 250+ Chatters
- 👥 500 Followers
- 📺 2,500 Channel Views
- 📅 1 Week, Unlimited Use

**Purchase**

### Mega Boss
**$154.99**



- 👁 1,000 Live Viewers
- 💬 500+ Chatters
- 👥 1,000 Followers
- 📺 5,000 Channel Views
- 📅 1 Week, Unlimited Use

**Purchase**

**View All Packages**



Need Channel Views?
Check out our shop here!

## ABOUT OUR SERVICES

### SERVICE PERKS

**Talking Chatters**

Our service includes chatters. Yes, you heard that right. Users will show up in your viewer list. Live viewers without chatters in your viewer tend to accompany them would be suspicious. That's why we provide complimentary chatters with all live viewers! The amount of chatters and if they talk is up to you. We recommend you submit your own phrase list to even control what they say!

**Online Web Panel**

We are the world's first stream bot service to have a web panel that allows you to control everything yourself. No need to download anything! You can control everything on your PC, tablet, or smartphone!

**Followers and Channel Views**

Followers and Channel Views really help improve the image of "popularity" on your stream. We have legitimate accounts, all with avatars and bio descriptions, to follow your stream. We add both followers and channel views slowly over a few days, for the most organic appearance possible. Larger orders can take longer.

**24x7 Live Chat Support**

We are the only stream boosting service in the world that offers 24x7 live chat and email support. Need help right now? We have you covered! Don't be fooled by competitors whose live chat is online only 1-2 hours per day.

**100% UpTime!**

We give you a guarantee that our service is never going down. That means 100% uptime! Whenever you want to stream, you can, without any worries.

**The Best Bang For Your Buck**

Most of our competitors charge more than us, for lower quality services. We do a high volume of services, so we're able to offer you the cheapest prices on the market. For promo codes, follow @upitpromo!

## WE ACCEPT THE FOLLOWING PAYMENT PROCESSORS

PayPal   MasterCard   VISA   DISCOVER

## PRICING FAQS

**Is this service right for me?**

We take pride in our work and want to provide a marketing service that you believe is worth your hard earned money. That is why we work hard to provide services to make you well known on Twitch, see your return on investment, and come back for more in the future.

**Is purchase price refundable?**

If you have an issue with your purchase, contact us and we will do our best to resolve the issue or give you a refund. Chargebacks will not be tolerated under any circumstances. Initiating a PayPal chargeback will prevent you from ever purchasing our services again.

**Is purchasing viewers a safe practice?**

Yes. It is not only safe, but it has become a norm among streamers who want to make a serious impact. Instead of constantly clicking and posting on forums or reddit threads, let a professional marketing agency like Stream Boosters do all the hard work for you so you can focus on streaming!

**What is the best way to contact support?**

The best way to contact us is via our live chat support in the bottom right of every page. We are here 24 hours a day, 7 days a week, and even on holidays. Live chat will always be the best way to receive support. However, if you need another way to reach us, feel free to send us an email via the Contact Us page.

**Why should I buy viewers?**

The more viewers you have on your channel, the higher your channel will rank in your game's listings, and the more exposure to new viewership your channel will receive. Having more viewers also increases how likely a viewer is to follow you and return back to your stream. The more viewers that return back, the more likely it is that you will become a partner with Twitch. So by buying Twitch viewers, you put yourself one huge step closer to success.

**What if I did not get my order?**

We're human too. Mistakes rarely happen here, but they do. Speak with a live chat rep on our live chat support, and have your transaction ID and order number ready. You can also email us via the Contact Us page and we'll gladly resolve the issue.

### SITE MAP
Home
Shop
Stream Tips
FAQ
Contact

### DISCLAIMER
This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

💬 Live Chat [online]

Case 5:19-cr-00227-EEF-MLH Document 44-1 Filed 04/15/21 Page 10 of 79

Packages | Live Viewers | Followers | Channel Views | Phrase Lists | Custom Content | 🛒 View Cart | Account ▾

## Browse Products & Services

Packages | Live Viewers | Followers | Channel Views | Phrase Lists | Custom Content | View Cart

—————— (8 Available) ——————
We offer viewers by the hour (a la carte), or unlimited usage packages. By the hour, you will buy the time as you need it.
Unlimited usage packages (by the week/month) allow you to use the service as much as you want for the duration.
NOTE: Once you add an item to your cart, you can then check the quantity of the item.

**900 Viewers / 1 Hour ($9)**
This package allows you to send 900 live viewers to your channel for 1 hour.
$9.00 USD
Order Now »

**900 Viewers / 96 Hours ($9)**
This package allows you to send 900 live viewers to your channel for 96 hours. (30% off normal rate)
$34.99 USD
Order Now »

**900 Viewers / 1 Week ($74.99)**
This package allows you to send 900 live viewers to your channel for 1 week.
$74.99 USD
Order Now »

**900 Viewers / 1 Month ($74.99)**
This package allows you to send 900 live viewers to your channel for 1 month.
$74.99 USD
Order Now »

**900 Viewers / 1 Month ($74.99 Subscription)**
This item automatically renews monthly.
This package allows you to send 900 live viewers to your channel for 1 month.
$74.99 USD Monthly
Order Now »

—————— (8 Available) ——————

**250 Viewers / 1 Hour ($2)**
This package allows you to send 250 live viewers to your channel for 1 hour.
$2.00 USD
Order Now »

**250 Viewers / 96 Hours ($5)**
This package allows you to send 250 live viewers to your channel for 96 hours. (30% off normal rate)
$9.99 USD
Order Now »

**250 Viewers / 1 Week ($64.99)**
This package allows you to send 250 live viewers to your channel for 1 week.
$64.99 USD
Order Now »

**250 Viewers / 1 Month ($64.99)**
This package allows you to send 250 live viewers to your channel for 1 month.
$64.99 USD
Order Now »

**250 Viewers / 1 Month ($64.99 Subscription)**
This item automatically renews monthly.
This package allows you to send 250 live viewers to your channel for 1 month.
$64.99 USD Monthly
Order Now »

—————— (8 Available) ——————

**500 Viewers / 1 Hour ($5)**
This package allows you to send 500 live viewers to your channel for 1 hour.
$5.00 USD
Order Now »

**500 Viewers / 96 Hours ($12.50)**
This package allows you to send 500 live viewers to your channel for 96 hours. (30% off normal rate)
$12.50 USD
Order Now »

**500 Viewers / 1 Week ($62.49)**
This package allows you to send 500 live viewers to your channel for 1 week.
$62.49 USD
Order Now »

**500 Viewers / 1 Month ($87.49)**
This package allows you to send 500 live viewers to your channel for 1 month.
$87.49 USD
Order Now »

**500 Viewers / 1 Month ($87.49 Subscription)**
This item automatically renews monthly.
This package allows you to send 500 live viewers to your channel for 1 month.
$87.49 USD Monthly
Order Now »

—————— (8 Available) ——————

**650 Viewers / 1 Hour ($6)**
This package allows you to send 650 live viewers to your channel for 1 hour.
$6.00 USD
Order Now »

**650 Viewers / 96 Hours ($15)**
This package allows you to send 650 live viewers to your channel for 96 hours. (30% off normal rate)
$16.00 USD
Order Now »

**650 Viewers / 1 Week ($79.99)**
This package allows you to send 650 live viewers to your channel for 1 week.
$79.99 USD
Order Now »

**650 Viewers / 1 Month ($79.99)**
This package allows you to send 650 live viewers to your channel for 1 month.
$279.99 USD
Order Now »

**650 Viewers / 1 Month ($279.99 Subscription)**
This item automatically renews monthly.
This package allows you to send 650 live viewers to your channel for 1 month.
$279.99 USD Monthly
Order Now »

—————— (8 Available) ——————

**750 Viewers / 1 Hour ($7)**
This package allows you to send 750 live viewers to your channel for 1 hour.
$7.00 USD
Order Now »

**750 Viewers / 96 Hours ($45)**
This package allows you to send 750 live viewers to your channel for 96 hours. (30% off normal rate)
$18.00 USD
Order Now »

**750 Viewers / 1 Week ($64.99)**
This package allows you to send 750 live viewers to your channel for 1 week.
$64.99 USD
Order Now »

**750 Viewers / 1 Month ($274.99)**
This package allows you to send 750 live viewers to your channel for 1 month.
$274.99 USD
Order Now »

**750 Viewers / 1 Month ($274.99 Subscription)**
This item automatically renews monthly.
This package allows you to send 750 live viewers to your channel for 1 month.
$274.99 USD Monthly
Order Now »

—————— (8 Available) ——————

**1000 Viewers / 1 Hour ($6)**
This package allows you to send 1000 live viewers to your channel for 1 hour.
$6.00 USD
Order Now »

**1000 Viewers / 96 Hours ($30)**
This package allows you to send 1000 live viewers to your channel for 96 hours. (30% off normal rate)
$54.00 USD
Order Now »

**1000 Viewers / 1 Week ($447.49)**
This package allows you to send 1000 live viewers to your channel for 1 week.
$447.49 USD
Order Now »

**1000 Viewers / 1 Month ($449.99)**
This package allows you to send 1000 live viewers to your channel for 1 month.
$449.99 USD
Order Now »

**1000 Viewers / 1 Month ($449.99 Subscription)**
This item automatically renews monthly.
This package allows you to send 1000 live viewers to your channel for 1 month.
$449.99 USD Monthly
Order Now »

—————— (8 Available) ——————

**1500 Viewers / 1 Hour ($9)**
This package allows you to send 1500 live viewers to your channel for 1 hour.
$9.00 USD
Order Now »

**1500 Viewers / 96 Hours ($99)**
This package allows you to send 1500 live viewers to your channel for 96 hours. (30% off normal rate)
$99.00 USD
Order Now »

**1500 Viewers / 1 Week ($649.99)**
This package allows you to send 1500 live viewers to your channel for 1 week.
$649.99 USD
Order Now »

**1500 Viewers / 1 Month ($749.99)**
This package allows you to send 1500 live viewers to your channel for 1 month.
$749.99 USD
Order Now »

**1500 Viewers / 1 Month ($749.99 Subscription)**
This item automatically renews monthly.
This package allows you to send 1500 live viewers to your channel for 1 month.
$749.99 USD Monthly
Order Now »

[Load More]

### Site Map
Home
Shop
Stream Tips
FAQ
Contact

### Disclaimer
This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2016 © Streamboosters | Terms of Service | Privacy Policy

💬 Live Chat (offline)

# Browse Products & Services

## "Starter" Package (1 Month)



**50 Viewers** for 1 Month, unlimited usage
**100+ Chatbots**
**5000 Channel Views**

Add to Cart

## "Starter" Package (3 Month Subscription)

**50 Viewers** for 1 Month, unlimited usage
**100+ Chatbots**
**5000 Channel Views**

Add to Cart

## "Part Time" Package (1 Month)

**100 Viewers** for 1 Month, unlimited usage
**150+ Chatbots**
**7,500 Channel Views**

Add to Cart

## "Part Time" Package (3 Month Subscription)

**100 Viewers** for 1 Month, unlimited usage
**150+ Chatbots**
**7,500 Channel Views**

Add to Cart

## "HALF OF SHARE THIS" Package (1 Month)

**150 Viewers** for 1 Month, unlimited usage
**200+ Chatbots**
**10,000 Channel Views**

Add to Cart

## "HALF OF SHARE THIS" Package (3 Month Subscription)

**150 Viewers** for 1 Month, unlimited usage
**200+ Chatbots**
**10,000 Channel Views**

Add to Cart

## "Full Time" Package (1 Month)

**200 Viewers** for 1 Month, unlimited usage
**250+ Chatbots**
**12,500 Channel Views**

Add to Cart

## "Full Time" Package (3 Month Subscription)

**200 Viewers** for 1 Month, unlimited usage
**250+ Chatbots**
**12,500 Channel Views**

Add to Cart

## "Pro" Package (1 Month)

**250 Viewers** for 1 Month, unlimited usage
**300+ Chatbots**
**15,000 Channel Views**

Add to Cart

## "Pro" Package (3 Month Subscription)

**250 Viewers** for 1 Month, unlimited usage
**300+ Chatbots**
**15,000 Channel Views**

Add to Cart

## "Boss" Package (1 Month)

**500 Viewers** for 1 Month, unlimited usage
**550+ Chatbots**
**17,000 Channel Views**

Add to Cart

## "Boss" Package (3 Month Subscription)

**500 Viewers** for 1 Month, unlimited usage
**550+ Chatbots**
**17,000 Channel Views**

Add to Cart

## "Mega Boss" Package (1 Month)



**1,000 Viewers** for 1 Month, unlimited usage
**1,050+ Chatbots**
**20,000 Channel Views**

Add to Cart

## "Mega Boss" Package (3 Month Subscription)

**1,000 Viewers** for 1 Month, unlimited usage
**1,050+ Chatbots**
**20,000 Channel Views**

Add to Cart

## "EXTREME" Package (1 Month)

**2,000 Viewers** for 1 Month, unlimited usage
**2,050+ Chatbots**
**25,000 Channel Views**

Add to Cart

## "EXTREME" Package (3 Month Subscription)

**2,000 Viewers** for 1 Month, unlimited usage
**2,050+ Chatbots**
**25,000 Channel Views**

Add to Cart

## "Part Time" Package (1 Week)

**100 Viewers** for 1 Week, unlimited usage
**150+ Chatbots**
**7,500 Channel Views**

Add to Cart

## "HALF OF SHARE THIS" Package (1 Week)

**150 Viewers** for 1 Week, unlimited usage
**200+ Chatbots**
**10,000 Channel Views**

Add to Cart

## "Full Time" Package (1 Week)

**200 Viewers** for 1 Week, unlimited usage
**250+ Chatbots**
**12,500 Channel Views**

Add to Cart

## "Pro" Package (1 Week)

**250 Viewers** for 1 Week, unlimited usage
**300+ Chatbots**
**15,000 Channel Views**

Add to Cart

## "Mega Boss" Package (1 Week)

**1,000 Viewers** for 1 Week, unlimited usage
**1,050+ Chatbots**
**20,000 Channel Views**

Add to Cart



 Home   Shop   Stream Tips   ? FAQ   Contact

## STREAM TIPS

### TWITCH BOOSTING GUIDE //Apr. 8, 2015



Take a moment to look at the current channels that are live and broadcasting on Twitch. You might notice the channels with the largest amount of viewers are always listed at the front of the directory. Where are all the new, budding streamers -- the ones with low view-counts, the people who actually need exposure in order to grow within the community? Well, they are hidden at the bottom of the website's directory listing, without any support from Twitch to guide them.....

Read More

### MORE GUIDES COMING SOON... //Mar. 1, 2015



Lorem ipsum dolor sit amet, consectetur adipiscing elit. Donec a diam lectus. Sed sit amet ipsum mauris. Maecenas congue ligula ac quam viverra nec consectetur ante hendrerit. Donec et mollis dolor. Praesent et diam eget libero egestas mattis sit amet vitae augue...

Read More

### MORE GUIDES COMING SOON... //Mar. 1, 2015



Lorem ipsum dolor sit amet, consectetur adipiscing elit. Donec a diam lectus. Sed sit amet ipsum mauris. Maecenas congue ligula ac quam viverra nec consectetur ante hendrerit. Donec et mollis dolor. Praesent et diam eget libero egestas mattis sit amet vitae augue...

Read More

## SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

## DISCLAIMER

This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

Live Chat [online]

https://streamboosters.com/sites

higaj 5:05:05 PM 5/10/2016

 **STREAMBOOSTERS**

🏠 Home   ▶ Shop   💬 Stream Tips   ? FAQ   👤 Contact

# FAQ



**Q:** I'm skeptical. How do I know your services actually work?

**Q:** Are the viewers real humans or bots?

**Q:** How can you guarantee that using your service won't get my channel banned?

**Q:** I purchased followers / channel hits, why don't I see all of them on my channel yet?

**Q:** If my followers disappear or get banned/blocked, will you replace them?

**Q:** How long will it take for me to get my viewers after I purchase?

**Q:** I bought viewers but I haven't received any yet, what do I do?

**Q:** What is the Control Panel?

**Q: Could you guys help me become partnered with my stream provider?**

**A:** Yes. Simply by using our service you take one step closer to a partnership. If you want advice on exactly how to reach your goal, speak to one of our live chat reps. They can advise you on exactly what to get and do.

**Q:** Can I upgrade my current package?

---

## SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

## DISCLAIMER

This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

💬 **Live Chat [online]** 

https://streamboosters.com/faq



🏠 Home   ▶ Shop   💬 Stream Tips   ? FAQ   👤 Contact

# FAQ



**Q:** I'm skeptical. How do I know your services actually work?

**Q:** Are the viewers real humans or bots?

**Q: How can you guarantee that using your service won't get my channel banned?**

**A:** We've been in business for just over 2 years. In this time, we've provided services for over 6,000 streamers. Out of those streamers, not a single one has received a suspension, ban, or even a message from their stream service provider due to our service. The security of our services and customers is of the utmost importance to us. We take every precaution possible, and will continue to strive to provide the safest service possible.

**Q:** I purchased followers / channel hits, why don't I see all of them on my channel yet?

**Q:** If my followers disappear or get banned/blocked, will you replace them?

**Q:** How long will it take for me to get my viewers after I purchase?

**Q:** I bought viewers but I haven't received any yet, what do I do?

**Q:** What is the Control Panel?

**Q:** Could you guys help me become partnered with my stream provider?

**Q:** Can I upgrade my current package?

## SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

## DISCLAIMER

This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

💬 Live Chat [online] 

https://streamboosters.com/faq

 **STREAMBOOSTERS**

🏠 Home    ▶ Shop    💬 Stream Tips    ? FAQ    👤 Contact

# FAQ



**Q:** I'm skeptical. How do I know your services actually work?

**Q:** Are the viewers real humans or bots?

**A:** Bots. The bots are a means to get exposure. The more viewers you have on your channel (humans or bots), the higher ranked you will be on your stream site, and the more human viewers will come watch your stream! With our service, you will see rapid growth on your stream.
SB viewer bots --> Higher viewer count --> Higher ranking --> More human viewers

**Q:** How can you guarantee that using your service won't get my channel banned?

**Q:** I purchased followers / channel hits, why don't I see all of them on my channel yet?

**Q:** If my followers disappear or get banned/blocked, will you replace them?

**Q:** How long will it take for me to get my viewers after I purchase?

**Q:** I bought viewers but I haven't received any yet, what do I do?

**Q:** What is the Control Panel?

**Q:** Could you guys help me become partnered with my stream provider?

**Q:** Can I upgrade my current package?

## SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

## DISCLAIMER

This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

💬 Live Chat [online]

KLEIA 12:14:17 PM 6/10/2016



# EXHIBIT B

## TwitchShop .com
@twitchshop

TwitchShop.com ~ Top quality Twitch viewer boosting, followers, and channel views!

🖤 United States

🔗 twitchshop.com

🗓 Joined April 2014

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

You may also like · Refresh

 **Andrew Gomes**
@Chaos_Gaming25

 **Alexander Carter**
@al_theamazing

 **Zoey Zaraf**
@QueenKumidogu

 **Michael pham**
@MikeKpham

 **Madcat529**
@madcat529

### Trends

**#GERPOL**
150K Tweets

**Jo Cox**
565K Tweets

**#Sarafina**

Tweets    Tweets & replies

📌 Pinned Tweet

 **TwitchShop .com** @twitchshop · 11 Jun 2015
We Offer Viewer Packages, Follower Packages, Channel View Packages! Order Today @ TwitchShop.com

 **TwitchShop .com** @twitchshop · 8 Oct 2015
Want to win free #Twitch boosting??

(Increased live viewers & chatters)

Tweet about us with our site linked and you're eligible to win!!

   🔁 1    ♥ 1

 **TwitchShop .com** @twitchshop · 8 Oct 2015
Want to win some free boosting? (Increased live viewers & chatters) Post a tweet about us with our site linked and you're eligible to win!!

   🔁 1

 **TwitchShop .com** @twitchshop · 9 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!



44.3K Tweets

**John McCain**
20.7K Tweets

**#BlackGuyNerds**
12.8K Tweets

**Northern Ireland**
84.4K Tweets

**Milik**
34.5K Tweets

**Mario Gomez**
Started trending in the last hour

**#ThursdayThoughts**
40.2K Tweets

**Lewandowski**
33.3K Tweets

## Followers Also

## Channel Views

## Order @ TwitchShop.com

## Ask For A Demo on Site!!!



**TwitchShop .com** @twitchshop · 9 Aug 2015
## Get Live Viewers Sent

## To Your Twitch Channel!!

## Followers Also

## Channel Views

## Order @ TwitchShop.com

## Ask For A Demo on Site!!

  1

TwitchShop .com Retweeted
**Jarmo** @Chocobotamer · 9 Aug 2015
#LIVE with #Terraria #expertmode ! Oh shit, gon get owned D: #twitch
#stream twitch.tv/Chocobotamer Open game to all!

@TwitchSharing

   5

**TwitchShop .com** @twitchshop · 9 Aug 2015
**Get Live Viewers Sent**

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!



TwitchShop .com Retweeted



**slashwhatever** @slashwhatever · 9 Aug 2015
Birthday Stream!:

🔁 1



**TwitchShop .com** @twitchshop · 9 Aug 2015
## Chat is Back online

# Twitchshop.com

♡ 1



**TwitchShop .com** @twitchshop · 7 Aug 2015
HAPPY FRIDAY!

Get A Boost This WEEKEND!

Order Live Viewers

Followers

Channel Views

@ TwitchShop.com

Gain EXPOSURE!



**TwitchShop .com** @twitchshop · 7 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!



**TwitchShop .com** @twitchshop · 7 Aug 2015
Go Check Out



**TwitchShop .com** @twitchshop · 6 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!



**TwitchShop .com** @twitchshop · 6 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!



**TwitchShop .com** @twitchshop · 5 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!



**TwitchShop .com** @twitchshop · 5 Aug 2015
Mention Code : 20F10

Mention to our live chat and receive
10 hours of 100 viewers

for only 20$

Thats 10$ off!!

TwitchShop.com



**TwitchShop .com** @twitchshop · 5 Aug 2015
Mention Code : 20F10

Mention to our live chat and receive
10 hours of 100 viewers

for only 20$

Thats 10$ off!

TwitchShop.com

🔁    ⤴     ♥     •••

 **TwitchShop .com** @twitchshop · 5 Aug 2015
Get 1000 Followers!

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!!

TwitchShop.com

Order Now and get 10 Hours

🔁    ⤴     ♥     ⋯

 TwitchShop .com Retweeted
 **ZHeck of #CGN** @iLikeZHeck · 5 Aug 2015
WANT A $20 Game Card?
#follow twitch.tv/regulatorz213
be entered for The Card OF CHOICE
PSN XBOX Stream
Follow Today #CGN
8-8-15 GIVEAWAY

🔁    ⤴     ♥     ⋯

 **TwitchShop .com** @twitchshop · 3 Aug 2015
Get 1000 Followers!

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!!

TwitchShop.com

Order Now and get 10 Hours

🔁    ⤴     ♥     —

 **TwitchShop .com** @twitchshop · 3 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!!

TwitchShop.com

Order Now and get 10 Hours



**TwitchShop .com** @twitchshop · 3 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special

TwitchShop.com

Order Now and get 10 Hours



**TwitchShop .com** @twitchshop · 3 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!!

TwitchShop.com

Order Now and get 10 Hours



**TwitchShop .com** @twitchshop · 2 Aug 2015
Chat is Down while they upgrade it

Thanks

TwitchShop.com

**TwitchShop .com** @twitchshop · 2 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!

TwitchShop.com

Order Now and get 10 Hours





**TwitchShop .com** @twitchshop · 2 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!

TwitchShop.com

Order Now and get 10 Hours!!!!



**TwitchShop .com** @twitchshop · 2 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!

TwitchShop.com

Order Now and get 10 Hours!!!



TwitchShop .com Retweeted
**Joseph** @MrFontizzle · 2 Aug 2015
Stream Till I Drop kinda day:



**TwitchShop .com** @twitchshop · 2 Aug 2015
Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!

TwitchShop.com

Order Now and get 10 Hours!!

**TwitchShop .com** @twitchshop · 2 Aug 2015
Get 1000 Followers



Get 1000 Followers

5k Channel Views

100 Live Viewers for 5 Hours!

Stream Special!

TwitchShop.com

Order Now and get 10 Hours!



**TwitchShop .com** @twitchshop · 2 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!



**TwitchShop .com** @twitchshop · 2 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!



**TwitchShop .com** @twitchshop · 1 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!!

TwitchShop .com Retweeted



**Stacks4daze** @Clawsoa · 1 Aug 2015
@twitchshop very nice to meet you, gave you a follow on Twitter :)

    1     1

 TwitchShop .com Retweeted



**Luis Illingworth** @HeyRaguio · 1 Aug 2015
Yo, I'm streaming some art! Come and hang out :D

    1



**TwitchShop .com** @twitchshop · 1 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!!



**TwitchShop .com** @twitchshop · 1 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!



**TwitchShop .com** @twitchshop · 1 Aug 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!



**TwitchShop .com** @twitchshop · 31 Jul 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!!



**TwitchShop .com** @twitchshop · 31 Jul 2015
## Get Live Viewers Sent

## To Your Twitch Channel!!

## Followers Also

## Channel Views

## Order @ TwitchShop.com

## Ask For A Demo on Site!!

2



**TwitchShop .com** @twitchshop · 31 Jul 2015
Get Live Viewers Sent

To Your Twitch Channel!!

Followers Also

Channel Views

Order @ TwitchShop.com

Ask For A Demo on Site!



**TwitchShop .com** @twitchshop · 31 Jul 2015
First 5 Buys Starting Now Will Be:

Entered to Win

100 Live Viewers for a MONTH! (135$)

https://twitter.com/upitpromo



Home    Moments                                   Search Twitter          Q       Have an account? Log in

TWEETS      FOLLOWING      FOLLOWERS      LIKES
170         48             5,275          9                              2- Follow

## Upit Promotions
@UpitPromo

Bringing the audience to you. ~ We help
streamers grow! ~ Shop @
StreamBoosters.com

♀ Cayman Islands
𝒮 streamboosters.com
📅 Joined March 2013

📷 Photos and videos



## New to Twitter?

Sign up now to get your own
personalized timeline!

**Sign up**

You may also like · Refresh

  **Sandra Major**
@lesucreaufour

  **Jesper H-Nielsen**
@JesperHelgren

  **Gothamist** ✓
@Gothamist

  **New York Magazine** ✓
@NYMag

  **MTA** ✓

Tweets      Tweets & replies      Media

Upit Promotions @UpitPromo · May 11
Get Twitch.tv  Live Viewers & Followers
NOW

## StreamBoosters.com

## Ask Live Chat for a Demo #twitch



↩    ⟲ 1      ♥ 2      •••

Upit Promotions @UpitPromo · May 11
Get Live Viewers & Followers

@ Your Twitch.tv Stream NOW

@MTA

## Trends

**#AlphaBOUNCE**
Seamless design and innovation. The
running shoe of the future.
Promoted by adidas Running

**#filibuster**
179K Tweets

**#hollywoodlifeisgarbage**
26.1K Tweets

**Taylor Swift**
206K Tweets

**#AskTheGays**
17.2K Tweets

**#My3WordLoveAffair**
Started trending in the last hour

**#FRAALB**
547K Tweets

**Jayson Werth**
Just started trending

**Albania**
171K Tweets

**Heathens**
36.3K Tweets

**Rhythm Heaven Megamix**
Started trending in the last hour

© 2016 Twitter  About  Help  Terms
Privacy  Cookies  Ad info

# Order @ StreamBoosters.com

# Ask Live Chat for a Demo! #twitch

 1    2    •••

 **Upit Promotions** @UpitPromo · Apr 28
Need more #Twitch viewers & followers?
StreamBoosters.com

        2    •••

## Promoted Tweet

**MealPass** @mealpassapp · 10h
Get lunch from the best restaurants in
NYC for less than $6 a day! Join MealPass
today! bit.ly/1twfhfs



GIF

Promoted

        3    11    •••

 **Upit Promotions** @UpitPromo · Feb 11
CP is back online! Sorry for the (short) downtime. Luckily it's a very
rare occurrence for us to even have 5 minutes of downtime :)

        •••

 **Upit Promotions** @UpitPromo · Feb 11
CP is offline. A major switch failure in datacenter, and we're waiting for
it to be fixed. Shouldn't be long (it's out of our hands though)

        •••

 **Upit Promotions** @UpitPromo · Feb 2
We have a new package in our shop! Help us pick a name for it.
Whoever suggests the name that we decide to use, will win a surprise
gift!



**Upit Promotions** @UpitPromo · 28 Sep 2015
Sorry for the short downtimes last 2 days. Had at least 6 DDoS attacks. Some kiddie & his botnet are nerd raging... #twitch #streamboosters

**Upit Promotions** @UpitPromo · 19 Sep 2015
Sneak Peak: Soon we'll be testing our "Kappa Deals" on Twitter... uber deals/sales that are time sensitive and quantity limited! #twitch

**Upit Promotions** @UpitPromo · 19 Sep 2015
Great response so far on Custom Chatters! We're stoked you guys are loving them!! #streamboosters #twitch #boosting

**Upit Promotions** @UpitPromo · 19 Sep 2015
"Custom Chatters" have launched! A new section for them can be found in the shop. These are a *must-have* for all serious streamers!!

**Upit Promotions** @UpitPromo · 18 Sep 2015
Our very highly anticipated "Custom Chatters" are almost done with internal/private testing and will be soon put up for sale in the shop!

**Upit Promotions** @UpitPromo · 18 Sep 2015
Sorry for the short downtime, yet another DDoS attack... Now mitigated.  Thanks for your patience.

**Upit Promotions** @UpitPromo · 12 Aug 2015
Custom made game-specific phrase lists are now added to the shop! Once purchased, the list is permanently added to your CP account.

Promoted Tweet



**Domo** @Domotalk · May 23
Still reporting with spreadsheets? See how to give better access & get better insights here: domo.com/solution/excel …





**Promoted**

↩  ⇄ 73   ♥ 99   •••

---

⟳ Upit Promotions Retweeted

**cash gold** @cashgold4 · 18 Jul 2015
@UpitPromo Even though I missed the giveaway for 10 hours you guys still rock! Easy control panel to control views and friendly support :)

↩  ⇄ 1   ♥   •••

---

**Upit Promotions** @UpitPromo · 5 Jul 2015
Wow, are we the only #Twitch service who give followers that last forever? Constantly hearing about our competitors dropping followers...sad

↩  ⇄   ♥ 1   •••

---

⟳ Upit Promotions Retweeted

**Ian** @Hardpoint_Taken · 10 Jun 2015
@UpitPromo I love the fast interaction with your customers!

↩  ⇄ 1   ♥   •••

---

⟳ Upit Promotions Retweeted

**m** @GhostyToastie · 28 Apr 2015
@UpitPromo You guys Rock seriously best program i ever used in my life! My Thanks!

↩  ⇄ 1   ♥ 2   •••

---

**Upit Promotions** @UpitPromo · 24 Apr 2015
Channel views added to all weekly packages. Never underestimate the importance of channel views!! #streamboosters streamboosters.com

↩  ⇄   ♥ 1   •••

---

Upit Promotions followed Sampai @ E3, Kenny Roy, John Romero and 14 others

⊕ Follow          ⊕ Follow

**Sampai @ E3**
@Sampai

Sampai will notice you
Twitch.TV/SuushiSam
Instagram.com/YourSampai
Facebook.com/YourSampai

**Kenny Roy**
@kennyroy

Game Dev, Scorpio, Squirrel Wrangler



**Upit Promotions** @UpitPromo · 17 Apr 2015
NOTICE: We're doing maintenance on the CP Tuesday, April 21st
starting at 2 AM PST (GMT-8), and it will take 2-3 hours. (CP offline
during)

Upit Promotions Retweeted

**Desmond** @DesmondMK4 · 10 Apr 2015
@UpitPromo my favorite thing about Unit promo is how fairly priced
and good the service is vs competitors.

↩     ↻ 1     ♥ 1     •••                    View conversation

**Upit Promotions** @UpitPromo · 9 Apr 2015
GIVEAWAY: First 3 people to tweet @ us
your favorite thing about our services each
get 100 viewers for 10 hours! (must RT
this also) #twitch

↩     ↻ 6     ♥ 4     •••

**Upit Promotions** @UpitPromo · 9 Apr 2015
All monthly packages now include channel views for FREE! (No
change to the prices of the packages) Happy streaming!
#streamboosters

**Upit Promotions** @UpitPromo · 7 Apr 2015
Our new highly anticipated Twitch
Boosting Guide is now online! Read it!
streamboosters.com/_twitch-boosti…
#streamboosters

↩     ↻ 1     ♥ 1     •••

**Upit Promotions** @UpitPromo · 22 Mar 2015
B-Day Discount #3! Use code "bday03" to get 10% off any and all 10
hour live viewer packages! Time to stock up, enjoy this one :)

↩     ↻     ♥ 1     •••

**Upit Promotions** @UpitPromo · 22 Mar 2015
B-Day Discount #2! Use code "bday02" to get 20k channel views for
$10 when you buy any item $15+ (Must have 20k channel views in
your cart)

↩     ↻     ♥ 1     •••



**Upit Promotions** @UpitPromo · 22 Mar 2015
Two new bday promo codes coming tonight! #streamboosters

**Upit Promotions** @UpitPromo · 9 Mar 2015
Just did a big infrastructure upgrade on the channel views system!
Channel views will now deliver more quickly :) #upitpromo
#streamboosters

**Upit Promotions** @UpitPromo · 5 Mar 2015
B-Day Discount #1! Use code "bday01" to get 1k followers for $1 when
you order any item $15+ (must have 1k followers in your cart) #bday

**Upit Promotions** @UpitPromo · 5 Mar 2015
StreamBoosters is now 2 years old! Watch our Twitter throughout this
month for special flash deals/discounts ! #streamboosters #upitpromo

Upit Promotions Retweeted
**El Heredero Oficial** @elherederomusic · 3 Mar 2015
"UP Your Twitch streaming stats in ranking whit streamboosters.com
for good price."

**Upit Promotions** @UpitPromo · 2 Mar 2015
New site launched as of last night. Hope you guys like it...

**Upit Promotions** @UpitPromo · 23 Jan 2015
Website is online. Thank you for your patience.

**Upit Promotions** @UpitPromo · 23 Jan 2015
Site will be back online soon. Sorry for downtime.

**Upit Promotions** @UpitPromo · 10 Jan 2015
Talking chatters are back and live on the CP (Control Panel) right now!!

**Upit Promotions** @UpitPromo · 24 Dec 2014
Orders made now and over the next 4 hours are receiving special
"bonuses".... It's Christmas time here at StreamBoosters!

**Upit Promotions** @UpitPromo · 20 Dec 2014
[NOTICE] The site is getting DDoS attacked, and will be offline until
fully mitigated. Sorry for the inconvenience. CP is online though!



Upit Promotions followed prawn head, miek russ, Emmett Shear and 3 others

**prawn head**
@James_turnerz
@sodapoppintv's broooo (1M)

👤 Follow

**miek russ**
@MiekRussPls
um teh bezt.

👤 Follow

**Upit Promotions** @UpitPromo · 18 Dec 2014
"TWITCH HOLIDAY SALE!" Buy any item $15+ and use promo code
"holidays01" to get 1,000 followers for $1 ! (Must have 1k followers in
ur cart)

**Upit Promotions** @UpitPromo · 18 Dec 2014
"HOLIDAY SALE!" Buy any item priced $15+ and use promo code
"holidays01" to get 1k followers for $1 ! (Must have 1k followers in your
cart)

**Upit Promotions** @UpitPromo · 2 Dec 2014
Between now and the end of December, we will be having special
'StreamBoosters Holiday Sales'. Watch our tweets for info and promo
codes!

Upit Promotions Retweeted
**Cole** @colelep · 16 Nov 2014
@UpitPromo You bet! You guys have the best service of them all! :D

View conversation

Upit Promotions Retweeted
**Hidehisa Hullbrook** @fesupeholog · 15 Oct 2014
@UpitPromo I love your service!! You guys are the only service that's
truly working right now, props!

Upit Promotions Retweeted
**cash gold** @cashgold4 · 6 Nov 2014
@UpitPromo I would miss this :( But I really love how you guys are
cheap and help the little guys out

View conversation

Upit Promotions Retweeted
**Cole** @colelep · 1 Nov 2014
@UpitPromo I love how you can control everything on your own from



the control panel! :)

🔄 1   ❤ 1   •••   View conversation

**Upit Promotions** @UpitPromo · 1 Nov 2014
First person to RT this and tweet @ us your favorite thing about our service gets 100 viewers for 10 hours :) #giveaway

🔄 2   ❤ 1   •••

**Upit Promotions** @UpitPromo · 10 Oct 2014
Our live viewers service is online and running at 70-100% capacity, depending on the time of day. Will be back at 100% 24x7 in a day or two!

**Upit Promotions** @UpitPromo · 26 Sep 2014
Live viewers are online and running well! Thank you to everyone that was patient the last few hours :)

**Upit Promotions** @UpitPromo · 17 Sep 2014
All Channel Views orders that have been on hold have had +50% to their order added for free. So 10k views order will receive 15k views!

**Upit Promotions Retweeted**

**cash gold** @cashgold4 · 16 Sep 2014
@UpitPromo The best thing about you guys is that your services are available to all pay levels! Means so much!!

🔄 1   ❤   •••   View conversation

**Upit Promotions** @UpitPromo · 17 Sep 2014
All Channel Views orders that have been on hold will now begin being delivered. The new UpitPromo channel views/hits bot is done! :)

**Upit Promotions** @UpitPromo · 2 Sep 2014
Many of you have asked for Hitbox.tv services, and it's likely we'll be offering these in the near future! #hitboxlive

**Hitbox**
Hitbox is a global innovator in gaming and eSports live streaming. With a platform focusing on a delay-free experience between broadcasters and viewers, it ai...
hitbox.tv

**Upit Promotions** @UpitPromo · 30 Aug 2014
Yes, we know the time of the day for the giveaway is bad for most -- Worry not, more giveaways coming! #twitch #streamboosters #upitpromo



🔁 1        💬 2        •••

🔁 **Upit Promotions** Retweeted
**JP Gelormini** @JPGelormini · 30 Aug 2014
@UpitPromo Just used their service today, it is amazing!

↩        🔁 1        💬 1        •••

🔁 **Upit Promotions** Retweeted
**JP Gelormini** @JPGelormini · 30 Aug 2014
@UpitPromo My favorite thing about their service is about being active 24x7. They respond whenever I will be streaming at random times!!

↩        🔁 1        💬 1        •••

**Upit Promotions** @UpitPromo · 30 Aug 2014
First person to tweet at us with their favorite thing about our service gets 10 hrs 100 viewers for free! Must RT this and follow us #twitch

↩        🔁 3        💬 1        •••

👤 Upit Promotions followed Weedyxify, cash gold, Squishy Heals and 3 others

**Weedyxify**
@Weedyxify
Multi Rank1 Hunter

👤 Follow

**cash gold**
@cashgold4

👤 Follow

**Upit Promotions** @UpitPromo · 14 Aug 2014
This is a couple weeks late, but: We now offer intelligently talking chatters with all live viewers packages. Try it out, it's sweet!

↩        🔁        💬 1        •••

**Upit Promotions** @UpitPromo · 26 Jul 2014
StreamBoosters *Admin* CP: streamboosters.com/img/sb-admin_c... - Looks a ton different than what you guys see :p Simple, and functional.

↩        🔁        💬        •••

**Upit Promotions** @UpitPromo · 23 Jun 2014
We are switching hosting today. If anything acts funny on the site, please report it to a live chat agent. Thanks :)

↩        🔁        💬        •••

**Upit Promotions** @UpitPromo · 21 Jun 2014

 Upit Promotions @UpitPromo · 27 Jun 2014
NOTICE: Our site is offline, hosting company is having issues
obviously.  We are looking for a solution ASAP, will keep you all posted.

 Upit Promotions Retweeted
 Zapmaster14 @Zapmaster14 · 15 Jun 2014
@StreamBoosters fixes what Twitch does wrong I truly recommend
their services :)

 Upit Promotions @UpitPromo · 9 Jun 2014
Only 1 thing we don't use in-house coded
tools for, account making.  TwiAC - most
superb tool for this, check out @
goo.gl/CYOQtK

 Upit Promotions @UpitPromo · 28 May 2014
Buy Twitch Viewers, Followers, and
Channel Views @ StreamBoosters.com:
youtu.be/wXhAygaPtIQ?a via @YouTube



**Get Twitch Viewers, Followers, and Channel Views…**
http://www.streamboosters.com is the most professional
and highest quality provider of stream services... all at
the cheapest prices too! Buy Twitch Viewers ...
youtube.com

 Upit Promotions @UpitPromo · 28 May 2014
I added a video to a @YouTube playlist
youtu.be/wXhAygaPtIQ?a Buy Twitch
Viewers, Followers, and Channel Views @
StreamBoosters.com



**Get Twitch Viewers, Followers, and Channel Views…**
http://www.streamboosters.com is the most professional
and highest quality provider of stream services... all at
the cheapest prices too! Buy Twitch Viewers ...
youtube.com

 Upit Promotions @UpitPromo · 18 May 2014
Another promo code because we <3 you guys: streamboosters10 for
10% off any package/item above $3. Limited number of uses, enjoy!
#upitpromo

https://www.youtube.com/channel/UCz_BZrANP76hHPMbxiCUqYQ



HIGAJ 9:23:07 PM 6/15/2016

https://www.youtube.com/channel/UCxLoZfvsmXHQVNQ21UBPqLQ

YouTube Search Sign in

UP IT PROMOTIONS

## Upit Promo

Subscribe 30

Upit Promotions, Stream Boosters, Live Stream Services

### Uploads

Get Twitch Viewers, Followers, and Channel Views @ StreamBoosters.com

2 years ago • 861 views

http://www.streamboosters.com is the most professional and highest quality provider of stream services... all at the cheapest prices too! ...

### Created playlists

Increase Stream Viewers

Get Twitch Viewers, Followers, and Channel Views @ StreamBoosters.com 1:14

View full playlist (1 video)

YouTube Language: English Country: Worldwide Restricted Mode: Off History Help

About Press Copyright Creators Advertise Developers +YouTube

Terms Privacy Policy & Safety Send feedback Try something new!

HIGAJ 9:24:50 PM 6/15/2016

# EXHIBIT C

Open Screenshot



## FEATURED PACKAGES

### Part Time

**$26.99**



👁 100 Live Viewers

💬 50+ Chatters

👥 100 Followers

▶ 500 Channel Views

📅 1 Week, Unlimited Use

**Purchase**

### Full Time

**$62.99**



👁 300 Live Viewers

💬 150+ Chatters

👥 300 Followers

▶ 1,500 Channel Views

📅 1 Week, Unlimited Use

**Purchase**

### Pro

**$99.99**



👁 500 Live Viewers

💬 250+ Chatters

👥 500 Followers

▶ 2,500 Channel Views

📅 1 Week, Unlimited Use

**Purchase**

### Mega Boss

**$154.99**



👁 1,000 Live Viewers

💬 500+ Chatters

👥 1,000 Followers

▶ 5,000 Channel Views

📅 1 Week, Unlimited Use

**Purchase**

**View All Packages**

## Need Channel Views?

## Check out our shop here !

# ABOUT OUR SERVICES

## SERVICE PERKS

 **Talking Chatters**

Our service includes chatters. Yes, you heard that right. Users will show up in your viewer list. Live viewers without chatters in your viewer list to accompany them would be suspicious. That's why we provide complimentary chatters with all live viewers! The amount of chatters and if they talk is up to you. We recommend you submit your own phrase list to even control what they say!

 **Online Web Panel**

We are the world's first stream bot service to have a web panel that allows you to control everything yourself. No need to download anything! You can control everything on any PC, tablet, or smartphone!

 **Followers and Channel Views**

Followers and Channel Views really help improve the image of "popularity" on your stream. We have legitimate accounts, all with avatars and bio descriptions, to follow your stream. We add both followers and channel views slowly over a few days, for the most organic appearance possible. Larger orders can take longer.

 **24x7 Live Chat Support**

We are the only stream boosting service in the world that offers 24x7 live chat and email support. Need help right now? We have you covered! Don't be fooled by competitors whose live chat is online only 1-2 hours per day.

 **100% UpTime!**

We give you a guarantee that our service is never going down. That means 100% uptime! Whenever you want to stream, you can, without any worries.

 **The Best Bang For Your Buck**

Most of our competitors charge more than us, for lower quality services. We do a high volume of services, so we're able to offer you the cheapest prices on the market. For promo codes, follow @upitpromo!



## WE ACCEPT THE FOLLOWING PAYMENT PROCESSORS

## PRICING FAQS

 **Is this service right for me?**

We take pride in our work and want to provide a marketing service that you believe is worth your hard earned money. That is why we work hard to provide services to make you well known on Twitch, see your return on investment, and come back for more in the future.

 **Is purchase price refundable?**

If you have an issue with your purchase, contact us and we will do our best to resolve the issue or give you a refund. Chargebacks will not be tolerated under any circumstances. Initiating a PayPal chargeback will prevent you from ever purchasing our services again.

 **Is purchasing viewers a safe practice?**

Yes. It is not only safe, but it has become a norm among streamers who want to make a serious impact. Instead of constantly clicking and posting on forums or reddit threads, let a professional marketing agency like Stream Boosters do all the hard work for you so you can focus on streaming!

 **What is the best**

 **Why should I**

 **What if I did not**

**way to contact support?**

The best way to contact us is via our live chat support in the bottom right of every page. We are here 24 hours a day, 7 days a week, and even on holidays. Live chat will always be the best way to receive support. However, if you need another way to reach us, feel free to send us an email via the Contact Us page.

**buy viewers?**

The more viewers you have on your channel, the higher your channel will rank in your game's listings, and the more exposure to new viewership your channel will receive. Having more viewers also increases how likely a viewer is to follow you and return back to your stream. The more viewers that return back, the more likely it is that you will become a partner with Twitch. So by buying Twitch viewers, you put yourself one huge step closer to success.

**get my order?**

We're human too. Mistakes rarely happen here, but they do. Speak with a live chat rep on our live chat support, and have your transaction ID and order number ready. You can also email us via the Contact Us page and we'll gladly resolve the issue.



SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

DISCLAI

This website is in no way affil
maintained, sponsored or (
Interactive, Inc. (Twitch.tv) o
subsidiari

zendesk chat

**Live Chat [online]**

Type your message here

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Poli

Open Screenshot





**STREAMBOOSTERS**

🏠 Home   ▶ Shop   💬 Stream Tips   ? FAQ   👤 Contact

# FAQ

**Q:** I'm skeptical. How do I know your services actually work?

**Q:** Are the viewers real humans or bots?

**Q:** How can you guarantee that using your service won't get my channel banned?

**Q:** I purchased followers / channel hits, why don't I see all of them on my channel yet?

**Q:** If my followers disappear or get banned/blocked, will you replace them?

**Q:** How long will it take for me to get my viewers after I purchase?

**Q:** I bought viewers but I haven't received any yet, what do I do?

**Q:** What is the Control Panel?

**Q:** Could you guys help me become partnered with my stream provider?

**Q:** Can I upgrade my current package?

## SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

## DISCLAIMER

This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

💬 Live Chat [online]

Open Screenshot



- o Packages
- Live Viewers
- o Followers
- 🏠 Home Channel Views
- ▶ Shop Phrase Lists
- 💬 Streaming Chatters NEW!
- ❓ FAQ
- 👤 Contact

Toggle nav

- o Account
  - Login
  - Register
  - Forgot Password

# Browse Products & Services

Packages | Live Viewers | Viewers (Custom) | Followers | Channel Views | Phrase Lists | Custom Chatters | View Cart

---------- **INFO** ---------- *(0 Available)*

**CHANNEL HOSTING, AUTO-HOSTING AND TEAM HOSTING MUST BE DISABLED FOR ALL CHANNELS THAT ARE RECEIVING CHANNEL VIEWS. ANY CUSTOMERS FOUND IN VIOLATION OF THIS POLICY WILL HAVE THEIR CHANNEL VIEW DELIVERY SUSPENDED UNTIL THE HOSTING, AUTO-HOSTING, AND/OR TEAM HOSTING HAS CEASED.**

**A SECOND INFRACTION WILL RESULT IN A PERMANENT SUSPENSION OF CHANNEL VIEW DELIVERY AND THERE WILL BE NO REFUNDS GIVEN.**

$0.00 USD

Order Now

**"Starter" Package (1 Month)**

Starter_Package

*50 Viewers for 1 Month, unlimited usage
*25+ Chatters
*150 Followers
*750 Channel Views

This package allows you to send 50 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 150 followers and 750 channel views.
$54.99 USD

Order Now

**"Starter" Package (1 Month) [Subscription]**
*This item automatically renews monthly.*

This package allows you to send 50 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 150 followers and 750 channel views.
$54.99 USD Monthly

Order Now

**"Part Time" Package (1 Month)**

PartTime_Package

*100 Viewers for 1 Month, unlimited usage
*50+ Chatters
*300 Followers
*1,500 Channel Views

This package allows you to send 100 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 300 followers and 1,500 channel views.
$76.99 USD

Order Now

**"Part Time" Package (1 Month) [Subscription]**
*This item automatically renews monthly.*

This package allows you to send 100 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 300 followers and 1,500 channel views.
$76.99 USD Monthly

Order Now

**"HELP US NAME THIS" Package (1 Month)**
***NEW PACKAGE!***

*If you want to help us name this package, come on live chat and tell us the name you suggest!*

*200 Viewers for 1 Month, unlimited usage
*100+ Chatters
*600 Followers
*3,000 Channel Views

This package allows you to send 200 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 600 followers and 3,000 channel views.
$137.99 USD

**"HELP US NAME THIS" Package (1 Month) [Subscription]**
*This item automatically renews monthly.*

This package allows you to send 200 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 600 followers and 3,000 channel views.
**$137.99 USD Monthly**

Order Now

**"Full Time" Package (1 Month)**

FullTime_Package

*300 Viewers for 1 Month, unlimited usage
*150+ Chatters
*900 Followers
*4,500 Channel Views

This package allows you to send 300 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 900 followers and 4,500 channel views.
**$189.99 USD**

Order Now

**"Full Time" Package (1 Month) [Subscription]**
*This item automatically renews monthly.*

This package allows you to send 300 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 900 followers and 4,500 channel views.
**$189.99 USD Monthly**

Order Now

**"Pro" Package (1 Month)**

Pro_Package

*500 Viewers for 1 Month, unlimited usage
*250+ Chatters
*1,250 Followers
*6,250 Channel Views

This package allows you to send 500 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 1,250 followers and 6,250 channel views.
**$283.99 USD**

Order Now

**"Pro" Package (1 Month) [Subscription]**
*This item automatically renews monthly.*

This package allows you to send 500 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 1,250 followers and 6,250 channel views.
**$283.99 USD Monthly**

Order Now

**"Boss" Package (1 Month)**

Boss_Package

*750 Viewers for 1 Month, unlimited usage
*375+ Chatters
*1,500 Followers
*7,500 Channel Views

This package allows you to send 750 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 1,500 followers and 7,500 channel views.
**$379.99 USD**

Order Now

**"Boss" Package (1 Month) [Subscription]**
*This item automatically renews monthly.*

This package allows you to send 750 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 1,500 followers and 7,500 channel views.
**$379.99 USD Monthly**

Order Now

**"Mega Boss" Package (1 Month)**

MegaBoss_Package

*1,000 Viewers for 1 Month, unlimited usage
*500+ Chatters
*2,000 Followers
*10,000 Channel Views

This package allows you to send 1,000 viewers to your stream for 1 month, *unlimited usage.*
You will also receive 2,000 followers and 10,000 channel views.
**$459.99 USD**

Order Now

## "Mega Boss" Package (1 Month) [Subscription]
*This item automatically renews monthly.*

This package allows you to send 1,000 viewers to your stream for 1 month, *unlimited usage*.
You will also receive 2,000 followers and 10,000 channel views.
**$459.99 USD Monthly**

Order Now

## "EXTREME" Package (1 Month)

Extreme_Package

*2,000 Viewers for 1 Month, unlimited usage
*1,000+ Chatters
*4,000 Followers
*20,000 Channel Views

This package allows you to send 2,000 viewers to your stream for 1 month, *unlimited usage*.
You will also receive 4,000 followers and 20,000 channel views.
**$759.99 USD**

Order Now

## "EXTREME" Package (1 Month) [Subscription]
*This item automatically renews monthly.*

This package allows you to send 2,000 viewers to your stream for 1 month, *unlimited usage*.
You will also receive 4,000 followers and 20,000 channel views.
**$759.99 USD Monthly**

Order Now

## "Part Time" Package (1 Week)

PartTime_Package

*100 Viewers for 1 Week, unlimited use
*50+ Chatters
*100 Followers
*500 Channel Views

This package allows you to send 100 viewers to your stream for 1 week, *unlimited use*.
You will also receive 100 followers and 500 channel views.
**$26.99 USD**

Order Now

## "HELP US NAME THIS" Package (1 Week)
***NEW PACKAGE!***

*If you want to help us name this package, come on live chat and tell us the name you suggest!*

*200 Viewers for 1 Week, unlimited use
*100+ Chatters
*200 Followers
*1,000 Channel Views

This package allows you to send 200 viewers to your stream for 1 week, *unlimited use*.
You will also receive 200 followers and 1,000 channel views.
**$45.99 USD**

Order Now

## "Full Time" Package (1 Week)

FullTime_Pachage

*300 Viewers for 1 Week, unlimited use
*150+ Chatters
*300 Followers
*1,500 Channel Views

This package allows you to send 300 viewers to your stream for 1 week, *unlimited use*.
You will also receive 300 followers and 1,500 channel views.
**$62.99 USD**

Order Now

## "Pro" Package (1 Week)

Pro_Package

*500 Viewers for 1 Week, unlimited use
*250+ Chatters
*500 Followers
*2,500 Channel Views

This package allows you to send 500 viewers to your stream for 1 week, *unlimited use*.
You will also receive 500 followers and 2,500 channel views.
**$95.99 USD**

Order Now

MegaBoss_Package

*1,000 Viewers for 1 Week, unlimited use
*500+ Chatters
*1,000 Followers
*5,000 Channel Views

This package allows you to send 1,000 viewers to your stream for 1 week, *unlimited use.*
You will also receive 1,000 followers and 5,000 channel views.
$154.99 USD

Order Now

View Cart

**Language:** English ▼

## Site Map

**Home** **Shop** **Stream Tips** **FAQ** **Contact**

## Disclaimer

**This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Tw subsidiaries.**

Copyright 2015 © **StreamBoosters** | **Terms of Service** | **Privacy Policy**

https: streamboosters.com/conents/centcho?a d=5 Fr May 26 2017 09:17:15 GM -0700 (Pacific Day ght Time)



zendesk chat

Live Chat
[online]

Type your message here ➤

Open Screenshot

# 💲TwitchShop

Home    Shop    Guides    Contact

Home > Services

Note: All viewer purchases include chatters

## Weekly Packages

| Basic | Standard | Pro | Ultimate |
|---|---|---|---|
| $47 | $90 | $150 | $250 |
| 100 viewers | 300 viewers | 500 viewers | 1000 viewers |
| 100 followers | 300 followers | 500 followers | 1000 followers |
| 500 channel views | 1500 channel views | 2500 channel views | 5000 channel views |
| 1 week, unlimited use | 1 week, unlimited use | 1 week, unlimited use | 1 week, unlimited use |
| Buy Now! | Buy Now! | Buy Now! | Buy Now! |






### Channel Followers
Gain More Exposure on Twitch

100 Followers $12.99 USD ▼


### Channel Views
Real Channel Views Added To Your Stream

5,000 Views $30.00 USD ▼


### Viewers + Chatters Hourly
Change Quantity of Hours at Checkout!

100 Viewers $3.00 USD ▼


### Beginner Stream Sale
New To Streaming And Want a Boost?!

100 Live Viewers For 5 Hours + 1000
Followers + 5k Channel Views
Limited Time Only $60



### Monthly packages
Includes viewers, chatters, followers, and
channel views.

*50 Viewers for 1 Month, *150 ▼


### Custom Purchases
All Special Deals are paid Here!



Buy Now    💬 Live Chat [online]

## 𝒯𝓌𝒾𝓉𝒸𝒽𝒮𝒽𝑜𝓅.𝒸𝑜𝓂

All Sales Final. No Refunds. This website is in no way
affiliated with, authorized, maintained, sponsored or
endorsed by Twitch Interactive, Inc. (Twitch.tv) or
any of its affiliates or subsidiaries.

f  🐦  g+  ▶  in  ⓟ

©2015 TwitchShop. All rights reserved.

Privacy Policy | Terms of Service



Open Screenshot

 **TwitchShop**

Home    Shop    Guides    Contact



## About us

TwitchShop.com is the #1 way to boost your stream. We offer packages that can boost your live viewers, channel views, and followers.



## Shop

Our shop features the best stream boosting services for any streamer playing any game. We can help boost your channel's ranking to the top.



## 24/7 Service

We offer around the clock customer service to process all orders as fast as possible. If you ever have any questions feel free to contact our live support.

Check out our shop and grow your stream today!

**Browse the shop**

# Features



### Live Viewers

We provide live viewers for your stream, of which, you are in control of with our premium web panel. This way you can grow your audience fast. Decide how much live viewers you want and when you want it.



### Chatters

Live viewers without chatters in your viewer list to accompany them would be suspicious. That's why we provide complimentary chatters with all live viewers! The amount of chatters and if they talk is up to you. We recommend you submit your own phrase list to even control what they say!



### Followers

Followers really help improve the image of "popularity" on your stream. We have legitimate accounts, all with avatars and bio descriptions, to follow your stream. We add them slowly over a few days, for the most organic appearance possible.



### Channel Views

Channel views also help improve the image of "popularity" on your stream. We add channel views from all over the world, and not just one specific region like most of our competitors do.



### Online Web Panel

We are the world's first stream bot service to have a web panel that allows you to control everything yourself. No need to download anything! Control everything on any PC, tablet, or smartphone!



### Safe & Anonymous

This service was designed with privacy in mind. We have rules and security measures. Please read our Privacy Policy for more information.



### 24x7 Live Chat Support

We are the only stream boosting service in the world that offers 24x7 live chat and email support. Need help right now? We have you covered! Don't be fooled by competitors whose live chat is online only 1-2 hours per day.



### Highest Quality Guaranteed

We offer the highest quality services, and we guarantee it. We use only private and dedicated proxies, tunnels, and VPN's. Almost all of our competitors use public proxies, which makes it very easy to detect. We don't, and never will.



### Unlimited Time

Most stream boosting services only offer viewers by the hour. We offer unlimited usage packages, so you can use the service as much as you want, even 24x7!



## TwitchShop.com

All Sales Final. No Refunds. This website is in no way affiliated with, authorized, maintained, sponsored or endorsed by Twitch Interactive, Inc. (Twitch.tv) or any of its affiliates or subsidiaries.

©2015 TwitchShop. All rights reserved.

Privacy Policy | Terms of Service

http://www.twitchshop.com/ Fri May 26 2017 12:02:53 GMT-0700 (Pacific Daylight Time)

Open Screenshot

 **STREAMBOOSTERS**

🏠 Home   ▶ Shop   💬 Stream Tips   ? FAQ   👤 Contact

# STREAM TIPS

## TWITCH BOOSTING GUIDE //Apr. 8, 2015



Take a moment to look at the current channels that are live and broadcasting on Twitch. You might notice the channels with the largest amount of viewers are always listed at the front of the directory. Where are all the new, budding streamers -- the ones with low view-counts, the people who actually need exposure in order to grow within the community? Well, they are hidden at the bottom of the website's directory listing, without any support from Twitch to guide them....

Read More

## MORE GUIDES COMING SOON... //Mar. 1, 2015



Lorem ipsum dolor sit amet, consectetur adipiscing elit. Donec a diam lectus. Sed sit amet ipsum mauris. Maecenas congue ligula ac quam viverra nec consectetur ante hendrerit. Donec et mollis dolor. Praesent et diam eget libero egestas mattis sit amet vitae augue...

Read More

## MORE GUIDES COMING SOON... //Mar. 1, 2015



Lorem ipsum dolor sit amet, consectetur adipiscing elit. Donec a diam lectus. Sed sit amet ipsum mauris. Maecenas congue ligula ac quam viverra nec consectetur ante hendrerit. Donec et mollis dolor. Praesent et diam eget libero egestas mattis sit amet vitae augue...

Read More

# SITE MAP

Home
Shop
Stream Tips
FAQ
Contact

# DISCLAIM

This website is in no way affiliated with
sponsored or endorsed by Twitch Intera
of its affiliates or sub:

zendesk chat

Live Chat
[online]

Copyright 2015 © StreamBoosters | Terms of Service | Privacy Policy

Type your message here

http://www.streamboosters.com/streamtips Fri May 26 2017 11:33:39 GMT-0700 (Pacific Daylight Time)



**UPIT Promotions**
BRINGING THE AUDIENCE TO YOU

HOME    WHO WE ARE    WHAT WE DO    GET UPPED    TESTIMONIALS

## GET UPPED

**For our live stream services, please check out our site
TwitchShop:**



**If you want to contact us directly about anything, fill out this
form:**

Name:

Email *

Message *                    Send

## Get Upped

New Customers please fill out the Get Upped form

Name *

Email *          example@example.com

Name of Brand *

Website

Stream

Twitter

Facebook

Additional Details

**Referred By**

Submit

Send

© 2013 Upit Promotions [Terms of Service]

Open Screenshot



**UPIT Promotions**
BRINGING THE AUDIENCE TO YOU

HOME   WHO WE ARE   WHAT WE DO   GET UPPED   TESTIMONIALS

## WHAT WE DO

### Live Streams:

*Do you have great content but aren't getting many viewers? If you could have an experienced promotions company behind you that would put your content in front of hundreds or thousands of viewers, do you feel you could be successful?*

Upit Promotions already works with some of the biggest names in live streaming. We use our position combined with tools such as social networking to put **you** in front of viewers. Our competitors do this at either a fee of a percentage of your stream income and only work with streamers who are already in the partner program, or their services cost a fortune! We do things differently. We work with all streamers, regardless whether the streamer is a "partner" or not. We also don't take a percentage of your stream income. We work hard to make sure our prices are the absolute lowest and we're able to help as many streamers as possible.

*We **guarantee** results.*

That's right, we **guarantee** results. We get results, and we care about your success.

Skeptical? Think it's too good to be true? Visit TwitchShop.com, our website dedicated to services for live streamers, and speak with an Upit rep on the live chat system and ask for a demo.

### Twitter / Facebook / YouTube:

*You want to increase your followers on Twitter? "Likes" on Facebook? Views on your YouTube videos? We can help.*

© 2013 Upit Promotions [Terms of Service]

Seriously.

Fill out the contact form on the "Get Upped" page to get started. You tell us what your wants or dreams are, and our experts are up to the challenge of achieving them. And yes, we still **guarantee** results.

# EXHIBIT D



# Account Info for Katrina Kirkland

## User Info

| | |
|---|---|
| First Name: | Katrina |
| Middle Name: | |
| Last Name: | Kirkland |
| SSN: | ██████ |
| TIN: | |
| DOB: | ████ 1960 |
| Credit Card Statement Name: | STREAMBOOST |
| Email: | **upitpromo@gmail.com**, distributions.upit@gmail.com, katrina.kirkland.kk@gmail.com |

## Business Info

| | |
|---|---|
| Name: | Upit Promotions |
| URL: | |
| Customer Service Phone: | |

## Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | ██████1663 |
| Account Type: | **Business - Verified - Cat10C** |
| Time Created: | Feb 3, 2013 15:39:19 PST |

## Financials

| | |
|---|---|
| Account Balance: | $10,178.39 USD |
| Total Amount Sent (USD Equiv): | $1,315,018.56 USD |
| Total Amount Received: | $1,445,287.58 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $12,780.86 USD  Last 3 Months: $83,408.85 USD  $40,575.79 USD  $44,402.56 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Release Amount: | $0.00 USD* (0 % - 0 days)     [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| upitpromo@gmail.com | ✔ | ✔ | ✔ |
| distributions.upit@gmail.com | | ✔ | ✔ |
| katrina.kirkland.kk@gmail.com | | ✔ | ✔ |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|
| Michael Anjomi | MICHAELANJOMI | Send Money, Mass Payments, API Activation & Authorization, Request Money, Add Funds, Withdraw Funds, Cancel Payments, View Balance, View Profile, Edit Profile, Refunds, Authorizations and Settlements, Permission To Speak, Edit Recurring Payments Profile | ✔ |

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| **702-283-8642** | Work | Confirmed |
| **702-283-8642** | Mobile | Confirmed |
| 310-467-2447 | Mobile | Confirmed |

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| 2/3/2013 | Upit Promotions  P.O. Box 7382  Beverly Hills, CA 90212  United States | |
| 12/29/2014 | Upit Promotions  Intangible Digital Service  Los Angeles, CA 90001  United States | |

| 4/7/2014 | Upit Promotions<br>3165 Sawtelle Blvd.<br>Apt. 109<br>Los Angeles, CA 90066<br>United States | |
| 2/3/2013 | Upit Promotions<br>P.O. Box 7382<br>Beverly Hills, CA 90212<br>United States | (Home) |
| 5/31/2015 | Michael Anjomi<br>3165 Sawtelle Blvd<br>Apt 109<br>Los Angeles, CA 90066-1419<br>United States | (Third Party Added)<br>(Hidden) |

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 47.146.40.155 | 97 | Sep 13, 2016 20:17:39 PDT | Apr 7, 2017 01:05:02 PDT | |
| 173.245.66.94 | 1 | Mar 4, 2017 13:55:03 PST | Mar 4, 2017 13:55:03 PST | |
| 71.189.238.19 | 338 | Sep 26, 2015 21:36:17 PDT | Sep 11, 2016 12:46:51 PDT | |
| 23.94.158.156 | 3 | Jan 18, 2016 06:50:58 PST | Jan 18, 2016 06:52:55 PST | |
| 23.242.1.57 | 23 | Oct 20, 2014 15:39:00 PDT | Dec 26, 2015 06:35:18 PST | |
| 98.119.81.122 | 563 | Jan 21, 2015 10:26:18 PST | Sep 23, 2015 18:47:33 PDT | |
| 64.58.144.29 | 2 | May 9, 2015 02:49:34 PDT | May 9, 2015 02:50:27 PDT | |
| 72.34.77.34 | 5 | Jan 21, 2015 17:21:40 PST | Feb 4, 2015 11:23:54 PST | |
| 98.112.136.141 | 296 | Sep 5, 2014 03:02:18 PDT | Jan 20, 2015 10:09:45 PST | |
| 71.95.60.69 | 3 | Jan 18, 2015 18:14:26 PST | Jan 19, 2015 18:01:05 PST | |
| 108.206.68.121 | 1 | Jan 17, 2015 20:18:46 PST | Jan 17, 2015 20:18:46 PST | |
| 184.146.147.165 | 24 | Nov 12, 2014 17:24:53 PST | Nov 30, 2014 10:48:22 PST | |
| 184.164.82.136 | 1 | Nov 28, 2014 07:44:46 PST | Nov 28, 2014 07:44:46 PST | |
| 64.228.94.8 | 1 | Nov 12, 2014 00:47:18 PST | Nov 12, 2014 00:47:18 PST | |
| 65.92.116.142 | 2 | Nov 9, 2014 14:42:51 PST | Nov 9, 2014 20:43:39 PST | |
| 64.228.94.120 | 1 | Nov 8, 2014 15:44:24 PST | Nov 8, 2014 15:44:24 PST | |
| 64.228.94.210 | 3 | Nov 6, 2014 01:07:00 PST | Nov 6, 2014 15:29:01 PST | |
| 64.228.93.170 | 3 | Nov 4, 2014 14:53:36 PST | Nov 4, 2014 17:16:46 PST | |
| 69.158.176.33 | 18 | Oct 28, 2014 11:34:44 PDT | Nov 3, 2014 12:42:01 PST | |
| 64.228.94.219 | 14 | Oct 12, 2014 04:12:35 PDT | Oct 24, 2014 09:56:01 PDT | |
| 184.146.150.204 | 5 | Oct 5, 2014 23:20:57 PDT | Oct 7, 2014 14:00:35 PDT | |
| 64.231.24.78 | 24 | Sep 9, 2014 12:58:48 PDT | Oct 1, 2014 13:25:11 PDT | |
| 71.177.74.137 | 62 | Jul 5, 2014 01:10:33 PDT | Sep 4, 2014 13:24:37 PDT | |
| 184.146.142.147 | 2 | Sep 3, 2014 12:56:13 PDT | Sep 3, 2014 14:15:30 PDT | |
| 174.91.108.220 | 2 | Sep 1, 2014 19:40:27 PDT | Sep 1, 2014 20:09:18 PDT | |
| 174.91.115.226 | 11 | Aug 31, 2014 10:11:47 PDT | Sep 1, 2014 19:15:30 PDT | |
| 76.70.40.206 | 15 | Aug 17, 2014 21:37:12 PDT | Aug 28, 2014 16:01:58 PDT | |
| 76.70.42.240 | 6 | Aug 15, 2014 17:57:35 PDT | Aug 16, 2014 23:21:31 PDT | |
| 64.229.136.188 | 2 | Aug 13, 2014 11:38:24 PDT | Aug 13, 2014 23:19:57 PDT | |
| 76.64.46.32 | 3 | Aug 12, 2014 13:08:42 PDT | Aug 12, 2014 17:19:19 PDT | |
| 104.128.26.135 | 1 | Aug 10, 2014 23:00:40 PDT | Aug 10, 2014 23:00:40 PDT | |
| 206.144.85.101 | 1 | Aug 10, 2014 19:50:52 PDT | Aug 10, 2014 19:50:52 PDT | |
| 76.64.46.39 | 28 | Jul 21, 2014 12:04:03 PDT | Aug 10, 2014 17:56:06 PDT | |
| 23.88.189.129 | 1 | Aug 10, 2014 00:12:01 PDT | Aug 10, 2014 00:12:01 PDT | |
| 103.6.212.170 | 1 | Jul 26, 2014 15:23:38 PDT | Jul 26, 2014 15:23:38 PDT | |
| 174.91.111.181 | 3 | Jul 11, 2014 16:44:09 PDT | Jul 15, 2014 04:22:48 PDT | |

| IP | Count | First | Last | |
|---|---|---|---|---|
| 47.55.205.46 | 8 | Jul 1, 2014 06:41:58 PDT | Jul 6, 2014 15:35:44 PDT | |
| 98.112.136.189 | 22 | Jun 22, 2014 13:12:22 PDT | Jul 1, 2014 09:56:50 PDT | |
| 70.48.210.177 | 1 | Jun 28, 2014 19:46:21 PDT | Jun 28, 2014 19:46:21 PDT | |
| 174.91.111.112 | 17 | Jun 17, 2014 16:25:36 PDT | Jun 27, 2014 18:59:18 PDT | |
| 173.51.189.254 | 101 | Apr 22, 2014 15:35:42 PDT | Jun 19, 2014 05:45:56 PDT | |
| 70.48.209.69 | 3 | Jun 14, 2014 13:15:12 PDT | Jun 15, 2014 20:46:15 PDT | |
| 70.54.36.138 | 2 | Jun 11, 2014 15:47:57 PDT | Jun 13, 2014 16:17:40 PDT | |
| 65.94.60.164 | 35 | May 30, 2014 13:55:50 PDT | Jun 10, 2014 21:12:40 PDT | |
| 64.229.137.243 | 5 | May 28, 2014 10:30:31 PDT | May 29, 2014 21:55:20 PDT | |
| 64.229.139.77 | 2 | May 27, 2014 13:22:56 PDT | May 27, 2014 13:53:13 PDT | |
| 65.94.62.231 | 1 | May 26, 2014 14:25:57 PDT | May 26, 2014 14:25:57 PDT | |
| 65.94.61.239 | 17 | May 16, 2014 15:03:37 PDT | May 22, 2014 20:44:32 PDT | |
| 76.64.47.133 | 12 | Apr 30, 2014 00:09:27 PDT | May 11, 2014 15:23:52 PDT | |
| 98.119.114.244 | 25 | Apr 10, 2014 17:57:54 PDT | Apr 20, 2014 02:00:31 PDT | |
| 98.119.192.116 | 29 | Mar 27, 2014 09:07:20 PDT | Apr 9, 2014 08:46:33 PDT | |
| 23.242.1.75 | 2 | Apr 7, 2014 00:28:16 PDT | Apr 7, 2014 00:59:37 PDT | |
| 75.82.5.17 | 1 | Sep 18, 2013 23:20:41 PDT | Sep 18, 2013 23:20:41 PDT | |
| 75.82.4.199 | 9 | Mar 11, 2013 14:50:40 PDT | Apr 11, 2013 18:39:23 PDT | |
| 75.84.246.201 (Signup) | 4 | Feb 3, 2013 15:39:20 PST | Feb 3, 2013 16:19:11 PST | |

| IP Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (IAV) | J.P. MORGAN CHASE BANK, N.A. | Katrina Kirkland | ▮▮▮▮ | ▮▮▮▮2760 |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|

No Credit cards on file

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| 1-Physical Bus/Prem | | Started | | | | | |

## Secure Card Attributes

| | |
|---|---|
| Billing Address: | |
| Secure Card Numbers: | N/A   [View all card numbers] |
| Backup Funding Source: | N/A |
| Daily Spending Limit | $500 |

## PayPal Cards

### PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |
| Account Status: | |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

**Auctions**

| Auction User ID | Auction Manager User ID |
|---|---|

No Auctions on file

Go to top

**Mobile payments**

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| 310-467-2447 | Activated-Confirmed | Yes | Text message and email | Jan 25, 2015 05:36:54 PST | SMS loop |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.



# Account Info for Katherine Anjomi

## User Info

| | |
|---|---|
| First Name: | Katherine |
| Middle Name: | |
| Last Name: | Anjomi |
| SSN: | |
| TIN: | |
| DOB: | ██████ 1901 |
| Credit Card Statement Name: | ANJOMIAPPRA |
| Email: | **kanjomi@gmail.com**, kathy@anjomiappraisal.com, mmogoods@rocketmail.com |

## Business Info

| | |
|---|---|
| Name: | Anjomi Appraisal Service, Inc |
| URL: | |
| Customer Service Phone: | 702-228-6555  - Unknown Trust |

## Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | ████████ 1231 |
| Account Type: | **Business - Verified - Cat12A** |
| Time Created: | Sep 19, 2006 10:59:26 PDT |

## Financials

| | |
|---|---|
| Account Balance: | $3,590.24 USD  (Primary) |
| | $0.00 HKD |
| | **$3,590.24 USD** * |
| Total Amount Sent (USD Equiv): | $62,940.22 USD |
| Total Amount Received: | $171,177.40 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month:  $0.00 USD Last 3 Months:  $7,500.00 USD $4,000.00 USD $7,500.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Release Amount: | $0.00 USD* (0 % - 0 days)   [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| kanjomi@gmail.com | ✔ | ✔ | ✔ |
| kathy@anjomiappraisal.com | | ✔ | ✔ |
| mmogoods@rocketmail.com | | ✔ | ✔ |
| vegaskathy@yahoo.com | | ✔ | |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| **702-228-6555** | Home  - Deleted | Unconfirmed |
| **702-228-6555** | Work  - Deleted | Unconfirmed |
| **702-228-6555** | Customer Service | Unconfirmed |
| **702-283-8642** | Mobile | Confirmed |

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| 3/30/2017 | Anjomi Appraisal Service, Inc 848 N RAINBOW BLVD # 2291 LAS VEGAS, NV 89107 United States | |

| Date | Name / Address | Notes |
|---|---|---|
| 3/30/2017 | Anjomi Appraisal Service, Inc<br>848 N RAINBOW BLVD \x23 2291<br>LAS VEGAS, NV 89107<br>United States | |
| 3/30/2017 | Anjomi Appraisal Service, Inc<br>848 N RAINBOW BLVD \x23 2291<br>LAS VEGAS, NV 89107-1103<br>United States | |
| 3/30/2017 | Anjomi Appraisal Service, Inc<br>848 N RAINBOW BLVD # 2291<br>LAS VEGAS, NV 89107<br>United States | |
| 11/11/2014 | Anjomi Appraisal Service, Inc<br>515 N Bedford Dr<br>Beverly Hills, CA 90210<br>United States | (CC 1014 Confirmed) |
| 9/12/2015 | Anjomi Appraisal Service, Inc<br>3165 Sawtelle Blvd Apt 109<br>Los Angeles, CA 90066<br>United States | (pDC sent)<br>(CC 0133 Confirmed) |
| 9/28/2011 | Anjomi Appraisal Service, Inc<br>616 Joe Willis St.<br>LAS VEGAS, NV 89144<br>United States | |
| 1/18/2013 | Anjomi Appraisal Service, Inc<br>204 S Camden Drive<br>Beverly Hills, CA 90212<br>United States | (Home) |
| 12/9/2016 | Katherine Anjomi<br>GSP Shipping Centre, 1 Langham Park<br>South Normanton<br>Derbyshire<br>DE55 2GF<br>United Kingdom | (Gift Address)<br>(Hidden) |
| 1/26/2016 | Digital Service<br>Digital Service<br>Los Angeles, CA 90001<br>United States | (Gift Address)<br>(Hidden) |
| 6/27/2010 | anjomi, katherine<br>616 Joe Willis Street<br>Las Vegas, NV 89144<br>United States | (Gift Address)<br>(Hidden) |
| 8/12/2013 | Katherine Anjomi<br>500 S Beverly Drive<br>Suite 500<br>Beverly Hills, CA 90212<br>United States | (Gift Address)<br>(Hidden) |
| 4/3/2012 | Katherine Anjomi<br>421 S Beverly Dr<br>Ste 500<br>Beverly Hills, CA 90212-4408<br>United States | (Gift Address)<br>(Hidden) |
| 6/9/2016 | Wood, Billie<br>3165 SAWTELLE BLVD APT 109<br>Los Angeles, CA 90066<br>United States | (Gift Address)<br>(Hidden) |
| 9/20/2016 | Billie Wood<br>3165 SAWTELLE BLVD APT 109<br>Los Angeles, CA 90066<br>United States | (Gift Address)<br>(Hidden) |
| 5/18/2014 | Michael Anjomi<br>3165 Sawtelle Blvd #109<br>Los Angeles, CA 90066<br>United States | (Gift Address)<br>(Hidden) |
| 4/2/2013 | Kaitlin Fisch c/o Oval Concierge<br>276 1ST AVE | (Gift Address)<br>(Hidden) |

NEW YORK, NY 10009-1819
United States

| | | |
|---|---|---|
| 3/31/2013 | Michael Anjomi<br>204 S. Camden Drive<br>Beverly Hills, CA 90212<br>United States | (Gift Address)<br>(Hidden) |
| 9/18/2012 | William Fisch<br>204 S Camden Dr<br>Beverly Hills, CA 90212-3802<br>United States | (Gift Address)<br>(Hidden) |
| 1/18/2013 | Katherine Anjomi<br>204 S Camden Drive<br>Beverly Hills, CA 90212<br>United States | (Gift Address)<br>(Hidden) |
| 11/22/2015 | Billie Wood<br>11918 Central Ave<br>Apt 241<br>Chino, CA 91710-1965<br>United States | (Gift Address)<br>(Hidden) |
| 7/1/2010 | Michael Anjomi<br>616 Joe Willis St<br>Las Vegas, NV 89144-4404<br>United States | (Third Party Added)<br>(Hidden) |
| 11/3/2010 | Katherine Anjomi<br>616 Joe Willis St<br>Las Vegas, NV 89144-4404<br>United States | (Third Party Added)<br>(Hidden) |
| 9/10/2014 | CARL OLSON<br>447 N RIVERSIDE DR<br># S306<br>IOWA CITY, IA 52246-2316<br>United States | (Third Party Added)<br>(Hidden) |
| 3/2/2014 | Michael Anjomi<br>3165 Sawtelle Blvd<br>Apt 109<br>Los Angeles, CA 90066-1419<br>United States | (Third Party Added)<br>(Hidden) |
| 12/17/2013 | Bill Fisch<br>204 S Camden Dr<br>Beverly Hills, CA 90212-3802<br>United States | (Third Party Added)<br>(Hidden) |
| 10/20/2009 | Katherine Anjomi<br>1409 Meteorite Circle<br>Las Vegas, NV 89128<br>United States | (Third Party Added)<br>(Hidden) |

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 76.171.124.203 | 11 | Jul 19, 2016 11:02:28 PDT | Apr 9, 2017 16:41:19 PDT | |
| 47.146.40.155 | 49 | Sep 13, 2016 15:10:59 PDT | Mar 30, 2017 23:13:52 PDT | |
| 66.135.215.148 | 1 | Mar 27, 2017 17:35:34 PDT | Mar 27, 2017 17:35:34 PDT | |
| 71.189.238.19 | 189 | Sep 30, 2015 16:17:35 PDT | Sep 1, 2016 14:49:46 PDT | |
| 74.125.72.99 | 1 | Aug 15, 2016 16:18:26 PDT | Aug 15, 2016 16:18:26 PDT | |
| 64.187.102.44 | 2 | Apr 19, 2016 03:25:23 PDT | Apr 19, 2016 03:47:08 PDT | |
| 192.3.136.170 | 1 | Apr 17, 2016 01:07:57 PDT | Apr 17, 2016 01:07:57 PDT | |
| 23.232.200.185 | 1 | Feb 25, 2016 14:19:26 PST | Feb 25, 2016 14:19:26 PST | |
| 192.240.253.20 | 2 | Jan 26, 2016 08:30:06 PST | Jan 26, 2016 08:37:38 PST | |
| 107.169.161.144 | 4 | Dec 27, 2015 13:11:24 PST | Dec 27, 2015 13:16:32 PST | |
| 23.242.1.57 | 18 | Jun 29, 2014 08:34:45 PDT | Dec 26, 2015 12:16:30 PDT | |
| 107.153.23.190 | 2 | Dec 11, 2015 12:42:25 PST | Dec 11, 2015 12:47:37 PST | |
| 98.119.81.122 | 36 | Jan 23, 2015 11:51:09 PST | Sep 21, 2015 16:23:35 PDT | |

| IP | Count | First | Last | |
|---|---|---|---|---|
| 104.36.192.56 | 2 | Jan 26, 2015 12:13:02 PST | Jan 26, 2015 12:13:02 PST | |
| 98.112.136.141 | 16 | Sep 8, 2014 15:21:47 PDT | Dec 8, 2014 11:57:02 PST | |
| 204.11.223.73 | 2 | Sep 26, 2014 17:30:57 PDT | Sep 26, 2014 17:30:57 PDT | |
| 71.177.74.137 | 6 | Jul 3, 2014 22:57:52 PDT | Aug 8, 2014 11:58 PDT | |
| 173.51.189.254 | 11 | May 18, 2014 15:52:22 PDT | Jun 19, 2014 05:23:43 PDT | |
| 23.242.1.75 | 27 | Nov 28, 2013 18:03:19 PST | Apr 28, 2014 02:34:23 PDT | |
| 98.119.114.244 | 6 | Apr 14, 2014 14:30:49 PDT | Apr 18, 2014 15:26:22 PDT | |
| 98.119.114.48 | 3 | Feb 24, 2014 00:20:34 PST | Mar 2, 2014 14:36:36 PST | |
| 66.214.90.106 | 4 | Feb 10, 2014 12:44:20 PST | Feb 10, 2014 17:20:14 PST | |
| 50.1.179.81 | 38 | Apr 15, 2013 15:58:12 PDT | Dec 17, 2013 15:05:34 PST | |
| 75.82.5.17 | 9 | Aug 11, 2013 17:30:37 PDT | Nov 9, 2013 18:26:36 PST | |
| 75.84.253.31 | 1 | Jun 23, 2013 19:56:22 PDT | Jun 23, 2013 19:56:22 PDT | |
| 75.82.15.181 | 3 | May 24, 2013 08:58:40 PDT | May 24, 2013 09:05:58 PDT | |
| 75.84.244.180 | 2 | May 2, 2013 18:30:05 PDT | May 2, 2013 18:30:10 PDT | |
| 50.1.179.52 | 34 | Mar 7, 2013 11:02:42 PST | Apr 11, 2013 10:42:33 PDT | |
| 75.82.4.199 | 7 | Feb 17, 2013 14:43:57 PST | Mar 31, 2013 17:14:02 PDT | |
| 50.1.179.50 | 1 | Feb 22, 2013 11:14:11 PST | Feb 22, 2013 11:14:11 PST | |
| 76.214.2.176 | 2 | Feb 8, 2013 12:26:52 PST | Feb 12, 2013 12:27:52 PST | |
| 75.84.246.201 | 8 | Dec 5, 2012 19:21:17 PST | Feb 3, 2013 16:20:14 PST | |
| 76.214.4.13 | 2 | Jan 30, 2013 12:17:37 PST | Feb 1, 2013 17:02:42 PST | |
| 76.214.1.97 | 1 | Jan 18, 2013 11:19:06 PST | Jan 18, 2013 11:19:06 PST | |
| 76.214.9.179 | 1 | Dec 20, 2012 12:11:29 PST | Dec 20, 2012 12:11:29 PST | |
| 76.214.4.43 | 3 | Dec 10, 2012 16:07:50 PST | Dec 11, 2012 15:21:28 PST | |
| 76.214.10.230 | 2 | Dec 4, 2012 15:50:45 PST | Dec 5, 2012 11:07:29 PST | |
| 76.214.1.63 | 4 | Nov 13, 2012 16:47:15 PST | Nov 13, 2012 17:11:24 PST | |
| 76.214.1.74 | 6 | Oct 16, 2012 16:19:18 PDT | Oct 31, 2012 11:10:30 PDT | |
| 198.228.210.74 | 1 | Oct 11, 2012 13:01:27 PDT | Oct 11, 2012 13:01:27 PDT | |
| 76.214.15.40 | 5 | Aug 22, 2012 10:43:51 PDT | Sep 18, 2012 16:57:00 PDT | |
| 75.82.15.164 | 2 | Jul 29, 2012 13:44:48 PDT | Sep 8, 2012 16:30:07 PDT | |
| 76.214.9.35 | 4 | Aug 14, 2012 16:05:40 PDT | Aug 20, 2012 09:25:32 PDT | |
| 209.249.239.253 | 1 | Aug 1, 2012 17:07:13 PDT | Aug 1, 2012 17:07:13 PDT | |
| 76.214.14.248 | 2 | Jul 9, 2012 09:34:22 PDT | Jul 30, 2012 14:50:52 PDT | |
| 68.108.122.229 | 3 | May 30, 2012 12:55:27 PDT | Jul 22, 2012 16:33:22 PDT | |
| 76.214.15.226 | 1 | Jun 21, 2012 11:13:06 PDT | Jun 21, 2012 11:13:06 PDT | |
| 76.214.20.159 | 14 | Apr 30, 2012 10:20:11 PDT | May 30, 2012 12:59:37 PDT | |
| 69.108.73.27 | 3 | May 6, 2012 17:15:34 PDT | May 6, 2012 18:06:54 PDT | |
| 76.214.2.137 | 6 | Mar 30, 2012 16:47:20 PDT | Apr 30, 2012 09:54:55 PDT | |
| 68.96.195.128 | 1 | Apr 26, 2012 15:06:50 PDT | Apr 26, 2012 15:06:50 PDT | |
| 76.214.25.120 | 2 | Mar 29, 2012 11:27:52 PDT | Mar 29, 2012 16:21:45 PDT | |
| 76.214.30.71 | 1 | Mar 27, 2012 15:37:31 PDT | Mar 27, 2012 15:37:31 PDT | |
| 69.108.94.24 | 1 | Mar 24, 2012 08:21:45 PDT | Mar 24, 2012 08:21:45 PDT | |
| 76.214.24.53 | 1 | Mar 23, 2012 16:28:43 PDT | Mar 23, 2012 16:28:43 PDT | |
| 76.214.12.244 | 1 | Mar 22, 2012 11:29:19 PST | Mar 22, 2012 11:29:19 PST | |
| 68.96.199.27 | 1 | Feb 25, 2012 19:38:44 PST | Feb 25, 2012 19:38:44 PST | |
| 68.96.193.193 | 10 | Jan 19, 2012 17:58:00 PST | Feb 5, 2012 10:21:12 PST | |
| 68.96.192.249 | 31 | Dec 2, 2011 15:08:03 PST | Jan 12, 2012 04:45:36 PST | |
| 166.137.143.239 | 1 | Dec 27, 2011 17:45:24 PST | Dec 27, 2011 17:45:24 PST | |
| 68.96.194.174 | 6 | Nov 2, 2011 08:06:36 PDT | Nov 29, 2011 17:04:09 PST | |
| 69.108.79.190 | 4 | Nov 21, 2011 10:36:40 PST | Nov 25, 2011 08:25:31 PST | |

| | | | |
|---|---|---|---|
| 166.205.140.242 | 1 | Nov 22, 2011 13:18:12 PST | Nov 22, 2011 13:18:12 PST |
| 68.96.193.126 | 89 | May 22, 2011 13:33:53 PDT | Oct 17, 2011 17:19:47 PDT |
| 166.205.141.91 | 1 | Oct 15, 2011 10:02:35 PDT | Oct 15, 2011 10:02:35 PDT |
| 72.169.39.241 | 1 | Aug 4, 2011 18:26:13 PDT | Aug 4, 2011 18:26:13 PDT |
| 98.160.253.233 | 27 | May 1, 2011 17:41:23 PDT | May 20, 2011 10:04:50 PDT |
| 68.96.198.148 | 33 | Mar 22, 2011 22:00:11 PDT | Apr 28, 2011 19:08:16 PDT |
| 166.205.11.141 | 1 | Apr 25, 2011 16:06:05 PDT | Apr 25, 2011 16:06:05 PDT |
| 166.205.9.41 | 1 | Apr 18, 2011 08:32:58 PDT | Apr 18, 2011 08:32:58 PDT |
| 24.253.56.238 | 12 | Oct 21, 2010 19:01:40 PDT | Mar 13, 2011 13:59:13 PDT |
| 68.96.192.79 | 6 | Sep 28, 2010 13:45:55 PDT | Oct 15, 2010 23:21:54 PDT |
| 68.96.199.115 | 46 | Feb 24, 2010 17:38:53 PST | Aug 27, 2010 19:59:07 PDT |
| 75.94.53.209 | 3 | Feb 2, 2010 12:43:22 PST | Jul 3, 2010 12:31:07 PDT |
| 68.108.30.195 | 20 | Jan 25, 2010 20:38:43 PST | Feb 24, 2010 17:37:50 PST |
| 68.108.25.48 | 5 | Dec 21, 2009 11:29:54 PST | Jan 12, 2010 17:29:35 PST |
| 68.108.29.44 | 2 | Nov 21, 2009 18:53:28 PST | Nov 23, 2009 19:44:18 PST |
| 68.224.129.54 | 6 | Sep 16, 2009 13:09:21 PDT | Oct 20, 2009 20:23:56 PDT |
| 68.108.28.254 | 31 | Jun 21, 2009 05:06:46 PDT | Sep 5, 2009 11:46:13 PDT |
| 68.224.127.216 | 2 | Aug 7, 2009 13:15:35 PDT | Aug 7, 2009 13:33:07 PDT |
| 24.253.118.162 | 1 | Jul 8, 2009 11:04:48 PDT | Jul 8, 2009 11:04:48 PDT |
| 68.108.25.21 | 1 | Jun 23, 2009 22:55:13 PDT | Jun 23, 2009 22:55:13 PDT |
| 75.40.177.102 | 2 | Jun 3, 2009 07:42:27 PDT | Jun 3, 2009 07:46:31 PDT |
| 68.108.27.184 | 2 | May 31, 2009 10:05:04 PDT | Jun 1, 2009 17:46:32 PDT |
| 209.78.2.184 | 1 | May 27, 2009 05:52:35 PDT | May 27, 2009 05:52:35 PDT |
| 24.253.118.23 | 4 | May 24, 2009 09:52:39 PDT | May 24, 2009 10:06:59 PDT |
| 68.108.140.33 | 1 | Mar 13, 2009 06:53:37 PDT | Mar 13, 2009 06:53:37 PDT |
| 68.224.95.167 | 3 | Feb 24, 2009 06:47:29 PST | Feb 26, 2009 06:51:24 PST |
| 68.96.232.81 | 4 | Jan 10, 2009 20:19:12 PST | Jan 17, 2009 14:52:30 PST |
| 68.224.127.51 | 28 | Mar 5, 2008 08:59:33 PST | Nov 30, 2008 16:15:19 PST |
| 32.159.127.156 | 1 | Oct 21, 2008 14:04:53 PDT | Oct 21, 2008 14:04:53 PDT |
| 68.224.130.95 | 1 | Feb 29, 2008 14:48:45 PST | Feb 29, 2008 14:48:45 PST |
| 68.224.129.177 | 62 | May 14, 2007 10:39:15 PDT | Feb 19, 2008 13:21:13 PDT |
| 71.1.191.206 | 1 | Aug 23, 2007 22:58:23 PDT | Aug 23, 2007 22:58:23 PDT |
| 68.224.129.153 (Signup) | 39 | Sep 19, 2006 10:59:26 PDT | Apr 12, 2007 15:14:56 PDT |
| 71.1.190.14 | 2 | Apr 9, 2007 20:24:24 PDT | Apr 9, 2007 20:25:40 PDT |
| 71.1.190.210 | 1 | Dec 21, 2006 11:24:45 PST | Dec 21, 2006 11:24:45 PST |
| 71.1.190.180 | 1 | Dec 16, 2006 10:20:58 PST | Dec 16, 2006 10:20:58 PST |
| 71.1.190.52 | 1 | Dec 14, 2006 14:25:36 PST | Dec 14, 2006 14:25:36 PST |
| 71.1.191.109 | 1 | Dec 12, 2006 19:47:13 PST | Dec 12, 2006 19:47:13 PST |

| IP Protection | Disabled | [Toggle] |
|---|---|---|

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Savings | Active - Primary | Confirmed (IAV) | JPMORGAN CHASE | Anjomi Appraisal Service, Inc | ███ | ███1803 |
| Checking | Inactive | Confirmed (IAV) | J.P. MORGAN CHASE | Anjomi Appraisal | ███ | ███2760 |

| | | | BANK, N.A. | Service, Inc | | |
|---|---|---|---|---|---|---|
| Checking | Inactive | Confirmed (IAV, Disabled) | Washington Mutual | Anjomi Appraisal Service, Inc | ███████ | ████3963 |
| Checking | Inactive | Confirmed (admin bypass, Disabled) | Bank of America | Anjomi Appraisal Service, Inc | ███████ | ████7250 |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|
| VISA Debit | Active Visa-RC | CVV2 RdChg (Refunded) | Katherine Anjomi | ███████ | 8/2018 | USD | |
| Credit | Active | CVV2 | William Anjomi | ███████ | 9/2019 | USD | |
| VISA Debit | Inactive Visa-RC | CVV2 RdChg (Refunded) | Michael Anjomi | ███████ | 11/2015 | USD | |
| VISA | Inactive | CVV2 | Michael Anjomi | ███████ | 6/2015 | USD | |
| VISA Debit | Inactive | CVV2 | Michael Anjomi | ███████ | 6/2013 | USD | |
| VISA | Inactive | CVV2 | Katherine Anjomi | ███████ | 7/2012 | USD | |
| Debit | Inactive | CVV2 RdChg (Refunded) | Katherine Anjomi | ███████ | 8/2011 | USD | |
| VISA | Inactive | | Katherine Anjomi | ███████ | 8/2012 | USD | |
| VISA Debit | Inactive Visa-RC | CVV2 RdChg (Refunded) | Katherine Anjomi | ███████ | 11/2009 | USD | |

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| 1-Physical Bus/Prem | decrypt err | Active (Reissue Requested) | Mar 4, 2013 | Apr 18, 2011 | Apr 30, 2013 | $400 | 3,000 USD |
| 1-Physical Bus/Prem (DDA) | decrypt err | Closed | Oct 12, 2008 | Jan 6, 2007 | Nov 30, 2008 | $400 | 3,000 USD |
| 2-Physical Bus/Prem (DDA) | decrypt err | Waiting for Activation | Jun 30, 2016 | N/A | Jun 30, 2019 | $400 | 3,000 USD |

## Secure Card Attributes

| | |
|---|---|
| Billing Address: | 204 S Camden Drive Beverly Hills CA 90212 |
| Secure Card Numbers: | Agent Disabled **[View all card numbers]** |
| Backup Funding Source: | |
| Daily Spending Limit | $500 |

## PayPal Cards

## PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |
| Account Status: | |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

## Auctions

| Auction User ID | Auction Manager User ID |
|---|---|
| No Auctions on file | |

Go to top

## Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| 702-283-8642 | Activated-Confirmed | Yes | Text message and email | Feb 25, 2016 14:29:35 PST | SMS loop |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.



# Account Info for MIchael Anjomi

## User Info

| | |
|---|---|
| First Name: | MIchael |
| Middle Name: | |
| Last Name: | Anjomi |
| SSN: | ███████ |
| TIN: | |
| DOB: | ███ 1985 |
| Credit Card Statement Name: | APOCTV |
| Email: | **apoctv@gmail.com** |

## Business Info

| | |
|---|---|
| Name: | |
| URL: | |
| Customer Service Phone: | |

## Account Info

| | |
|---|---|
| Account Status: | Open |
| Account #: | ███████8892 |
| Account Type: | **Premier - Verified** |
| Time Created: | Feb 5, 2012 09:23:11 PST |

## Financials

| | |
|---|---|
| Account Balance: | $155,554.75 USD |
| Total Amount Sent (USD Equiv): | $23,209.37 USD |
| Total Amount Received: | $784,079.45 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: $0.00 USD<br>Last 3 Months: $49,000.00 USD<br>$40,000.00 USD<br>$20,000.00 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | $0.00 USD* (0 % - $0.00 USD) [Details] |
| Rolling Reserve Balance: | $0.00 USD* (0 % - 0 days) [Details] |
| Release Amount: | $0.00 USD* (0 % - 0 days)   [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| apoctv@gmail.com | ✔ | ✔ | ✔ |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| **702-343-4155** | Mobile | Confirmed |
| 702-283-8642 | Mobile | Confirmed |

## Addresses

| Date Entered | Address | Use |
|---|---|---|
| 2/12/2014 | MIchael Anjomi<br>204 S. Camden Drive<br>Beverly Hills, CA 90212<br>United States | |
| 2/5/2012 | MIchael Anjomi<br>616 Joe Willis Street<br>Las Vegas, NV 89144<br>United States | (Home) |
| 6/29/2013 | rob d head<br>4522 Pualei<br>eleele, HI 96705<br>United States | (Gift Address)<br>(Hidden) |
| 3/8/2012 | Katherine Anjomi<br>421 S Beverly Dr<br>Ste 500 | (Gift Address)<br>(Hidden) |

| | Beverly Hills, CA 90212-4408<br>United States | |
|---|---|---|
| 3/8/2012 | Katherine Anjomi<br>616 Joe Willis St<br>Las Vegas, NV 89144-4404<br>United States | (Gift Address)<br>(Hidden) |
| 4/25/2013 | anjomi, michael<br>204 S. Camden Drive<br>Beverly Hills, CA 90212<br>United States | (Gift Address)<br>(Hidden) |
| 2/26/2013 | Michael Anjomi<br>204 S Camden Dr<br>Beverly Hills, CA 90212-3802<br>United States | (Gift Address)<br>(Hidden) |
| 8/21/2013 | Bijan Anjomi<br>1434 Hermosa Ave<br>Apt 1<br>Hermosa Beach, CA 90254-3533<br>United States | (Gift Address)<br>(Hidden) |
| 9/7/2014 | Michael Anjomi<br>3165 Sawtelle Blvd<br>Apt 109<br>Los Angeles, CA 90066-1419<br>United States | (Third Party Added)<br>(Hidden) |
| 9/10/2014 | CARL OLSON<br>447 N RIVERSIDE DR<br># S306<br>IOWA CITY, IA 52246-2316<br>United States | (Third Party Added)<br>(Hidden) |

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 47.146.40.155 | 1 | Nov 3, 2016 21:02:28 PDT | Nov 3, 2016 21:02:28 PDT | |
| 71.189.238.19 | 18 | Oct 1, 2016 23:28:51 PDT | Mar 5, 2016 01:15:25 PST | |
| 104.36.192.80 | 4 | Aug 3, 2015 09:54:27 PDT | Feb 17, 2016 10:04:56 PST | |
| 104.36.192.85 | 2 | Aug 8, 2015 17:11:31 PDT | Feb 17, 2016 09:25:03 PST | |
| 104.36.192.81 | 2 | Jul 27, 2015 15:51:18 PDT | Feb 16, 2016 16:03:10 PST | |
| 104.36.192.82 | 5 | Jul 27, 2015 15:13:05 PDT | Feb 16, 2016 15:02:44 PST | |
| 98.119.81.122 | 39 | Jan 23, 2015 10:55:05 PST | Sep 17, 2015 08:40:34 PDT | |
| 104.36.192.83 | 3 | Aug 3, 2015 11:19:30 PDT | Sep 16, 2015 02:09:15 PDT | |
| 104.36.192.84 | 4 | Aug 3, 2015 10:14:42 PDT | Sep 15, 2015 19:54:55 PDT | |
| 104.36.192.86 | 2 | Aug 3, 2015 12:38:43 PDT | Aug 4, 2015 16:05:51 PDT | |
| 104.36.192.87 | 3 | Jul 27, 2015 17:06:07 PDT | Aug 4, 2015 14:40:18 PDT | |
| 104.36.192.56 | 8 | Jan 28, 2015 08:52:45 PST | May 25, 2015 23:41:57 PDT | |
| 104.36.192.57 | 7 | Jan 29, 2015 10:38:43 PST | May 25, 2015 22:09:31 PDT | |
| 98.112.136.141 | 23 | Sep 7, 2014 00:47:44 PDT | Jan 16, 2015 12:17:32 PST | |
| 71.177.74.137 | 5 | Jul 5, 2014 01:19:59 PDT | Sep 3, 2014 15:55:14 PDT | |
| 98.112.136.189 | 6 | Jun 22, 2014 13:15:29 PDT | Jun 29, 2014 23:26:06 PDT | |
| 173.51.189.254 | 19 | Apr 23, 2014 03:23:21 PDT | Jun 18, 2014 08:26:06 PDT | |
| 23.94.159.210 | 1 | Apr 30, 2014 10:55:35 PDT | Apr 30, 2014 10:55:35 PDT | |
| 98.119.114.244 | 2 | Apr 18, 2014 03:49:41 PDT | Apr 20, 2014 02:27:01 PDT | |
| 98.119.192.116 | 2 | Mar 6, 2014 04:11:12 PST | Apr 8, 2014 03:36:03 PDT | |
| 23.242.1.75 | 7 | Dec 1, 2013 15:55:24 PST | Feb 12, 2014 17:49:59 PST | |
| 188.165.197.215 | 1 | Dec 25, 2013 02:06:47 PST | Dec 25, 2013 02:06:47 PST | |
| 75.82.5.17 | 11 | Jul 30, 2013 15:18:02 PDT | Nov 12, 2013 13:49:46 PST | |
| 76.89.202.104 | 1 | Aug 21, 2013 17:16:24 PDT | Aug 21, 2013 17:16:24 PDT | |
| 75.84.240.136 | 2 | Jul 21, 2013 16:04:26 PDT | Jul 23, 2013 11:11:39 PDT | |

| | | | |
|---|---|---|---|
| 75.84.242.115 | 1 | Jul 16, 2013 18:26:56 PDT | Jul 16, 2013 18:26:56 PDT |
| 75.84.244.204 | 3 | Jun 29, 2013 16:35:00 PDT | Jul 9, 2013 04:37:43 PDT |
| 75.82.15.181 | 1 | Jun 5, 2013 17:58:50 PDT | Jun 5, 2013 17:58:50 PDT |
| 75.84.244.180 | 1 | Apr 25, 2013 12:55:58 PDT | Apr 25, 2013 12:55:58 PDT |
| 75.82.4.199 | 13 | Feb 7, 2013 13:42:37 PST | Apr 2, 2013 20:43:13 PDT |
| 75.84.246.201 | 17 | Oct 31, 2012 21:00:18 PDT | Jan 9, 2013 12:36:33 PST |
| 75.82.15.164 | 4 | Jul 1, 2012 19:02:18 PDT | Oct 8, 2012 11:25:24 PDT |
| 68.108.122.229 | 42 | May 22, 2012 12:56:10 PDT | Sep 23, 2012 09:58:23 PDT |
| 76.214.15.40 | 2 | Sep 17, 2012 17:16:31 PDT | Sep 18, 2012 16:55:18 PDT |
| 76.214.9.35 | 2 | Aug 14, 2012 16:09:51 PDT | Aug 14, 2012 16:36:55 PDT |
| 76.214.15.226 | 1 | Jun 21, 2012 11:11:23 PDT | Jun 21, 2012 11:11:23 PDT |
| 69.108.77.134 | 1 | Jun 17, 2012 21:01:56 PDT | Jun 17, 2012 21:01:56 PDT |
| 69.108.85.255 | 1 | Jun 16, 2012 14:43:28 PDT | Jun 16, 2012 14:43:28 PDT |
| 76.214.9.142 | 2 | Jun 11, 2012 14:30:41 PDT | Jun 11, 2012 14:33:28 PDT |
| 70.173.120.99 | 1 | May 11, 2012 23:32:41 PDT | May 11, 2012 23:32:41 PDT |
| 68.96.199.27 | 7 | Feb 22, 2012 03:07:40 PST | Apr 12, 2013 13:58:56 PDT |
| 76.214.2.137 | 6 | Apr 5, 2012 14:41:54 PDT | Apr 11, 2012 12:22:46 PDT |
| 69.108.66.76 | 3 | Mar 8, 2012 21:43:11 PST | Mar 8, 2012 21:53:59 PST |
| 76.214.15.31 | 1 | Feb 20, 2012 11:34:13 PST | Feb 20, 2012 11:34:13 PST |
| 68.96.193.193 (Signup) | 3 | Feb 5, 2012 09:23:11 PST | Feb 20, 2012 11:32:16 PST |

| | | |
|---|---|---|
| IP Protection | Disabled | [Toggle] |

## Restrictions

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|

No restrictions on this account.

## Banks

| Type | Status | Confirmed | Bank Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (IAV) | WELLS FARGO BANK NA (NEVADA) | MIchael Anjomi | ███████ | ████2501 |

## Credit cards

| Type | Status | Confirmed | Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|
| VISA Credit | Inactive | | Michael Anjomi | ████████████ | 5/2019 | USD | |
| Credit | Inactive-Expired | CVV2 | Michael Anjomi | ████████████ | 8/2015 | USD | |
| Debit | Inactive-Expired | CVV2 | MIchael Anjomi | ████████████ | 6/2013 | USD | |

## Debit cards

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| 1-Physical Bus/Prem (DDA) | decrypt err | Closed | Mar 10, 2014 | Apr 23, 2012 | Apr 30, 2014 | $400 | 3,000 USD |

## Secure Card Attributes

| | | |
|---|---|---|
| Billing Address: | | |
| Secure Card Numbers: | N/A | [View all card numbers] |
| Backup Funding Source: | N/A | |
| Daily Spending Limit | $500 | |

## PayPal Cards

## PayPal Cards Account Details

| | |
|---|---|
| PayPal Cards Account Number: | |
| Expiration Date: | |

| | |
|---|---|
| Account Status: | |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

## Auctions

| Auction User ID | Auction Manager User ID |
|---|---|
| No Auctions on file | |

Go to top

## Mobile payments

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| 702-343-4155 | Activated-Confirmed | Yes | Text message and email | Apr 12, 2012 14:00:24 PDT | SMS loop |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.

# EXHIBIT E

**DECLARATION OF**
**CUSTODIAN OF RECORDS**
**OF PAYPAL INC.**

**RE: Twitch Interactive, Inc. v Erik Bouchouev, et al.,; Case No. 5:16-CV-03404**

"I,         Chris Ryder,         certify and declare that:

(i.) I am over the age of 18 years and not a party to this action.

(ii.) My business address is 12312 Port Grace Boulevard, La Vista, NE 68128.

(iii.) I am employed by PayPal, Inc., in the position of Executive Escalations Legal Specialist.

(iv.) I am duly authorized as custodian of the enclosed business records.

(v.)  The records were prepared by PayPal personnel in the ordinary course of their duties at or near the time of the events recorded.

(vi.)  An Authorization to Release Records has been served upon PayPal for production of said business records.

(vii.)  I have delivered the foregoing records to the Authorizing/Authorized party or the attorney for the Authorizing/Authorized party, or his or her representative.

I declare under the penalty of perjury under the laws of the State of Nebraska that the forgoing is true and correct.

_____4/13/2017_____
**Date**

_____
**Chris Ryder**
**Executive Escalations Legal Specialist**

# EXHIBIT F

| SSA Death Record |
| --- |

## Source Information

| | |
| --- | --- |
| **Information Current Through:** | 05/19/2017 |
| **Database Last Updated:** | 05/23/2017 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 05/26/2017 |
| **Source:** | SOCIAL SECURITY ADMIN |

## Information Regarding Deceased

| | |
| --- | --- |
| **Date of Birth:** | ▮/XX/1941 |
| **Date of Death:** | 12/25/2005 |
| **Age at Death:** | 64 |
| **Verification of Death:** | (P) Proof of Death Certificate Observed |

## Identifying Information

| | |
| --- | --- |
| **Name:** | KATHERINE R KIRKLAND |
| **SSN:** | ▮▮▮▮▮ |
| **State Where SSN Issued:** | DELAWARE |

**End of Document**      © 2017 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT G

# Whois History for Streamboosters.com

How does this work?

## Lookup Domain Ownership History

streamboosters.com LOOKUP

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to "streamboosters.com".

Monitor Streamboosters.com

Enter a term to filter on

## Unique Records

collapse all

private

*62 historical records found*

| | |
|---|---|
| 2015-08-27 | more \| changes \| screenshot |
| 2015-07-23 | more \| changes \| screenshot |
| 2015-05-28 | more \| changes \| screenshot |
| 2015-05-25 | more \| changes \| screenshot |
| 2015-05-22 | more \| changes \| screenshot |
| 2015-05-01 | more \| changes \| screenshot |
| 2015-04-15 | more \| changes \| screenshot |
| 2015-03-28 | more \| changes \| screenshot |
| 2015-03-04 | more \| changes \| screenshot |
| 2015-02-16 | more \| changes \| screenshot |
| 2015-02-15 | more \| changes \| screenshot |
| 2015-02-13 | more \| changes \| screenshot |
| 2015-01-21 | more \| changes \| screenshot |
| **2014** | **26 total** |
| 2014-12-25 | more \| changes \| screenshot |
| 2014-12-18 | more \| changes \| screenshot |
| 2014-12-14 | more \| changes \| screenshot |
| 2014-12-11 | more \| changes \| screenshot |
| 2014-12-09 | more \| changes \| screenshot |
| 2014-10-01 | more \| changes \| screenshot |
| 2014-09-28 | more \| changes \| screenshot |
| 2014-09-07 | more \| changes \| screenshot |
| 2014-08-31 | more \| changes \| screenshot |
| 2014-08-28 | more \| changes \| screenshot |

*scroll for more records*

## Whois Record for 2015-08-27

« Previous (2015-07-23) Next (2015-08-28) »

Domain:

streamboosters.com

Record Date: 2015-08-27
Registrar: NAME.COM, INC.
Server: whois.name.com
Created: 2014-04-07
Updated: 2014-12-12
Expires: 2016-04-07

Reverse Whois:

abuse@name.com streambo...@protecteddomainservices.com

```
Domain Name: STREAMBOOSTERS.COM
Registry Domain ID: 1853689131_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2014-12-12T04:31:06-07:00Z
Creation Date: 2014-04-07T11:35:37-06:00Z
Registrar Registration Expiration Date: 2016-04-07T11:35:37-06:00Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Whois Agent
Registrant Organization: Whois Privacy Protection Service, Inc.
Registrant Street: PO Box 639
Registrant City: Kirkland
Registrant State/Province: WA
Registrant Postal Code: 98083
Registrant Country: US
Registrant Phone: +1.4252740657
Registrant Fax: +1.4259744730
Registrant Email: streamboosters.com@protecteddomainservices.com
Registry Admin ID:
Admin Name: Whois Agent
Admin Organization: Whois Privacy Protection Service, Inc.
Admin Street: PO Box 639
Admin City: Kirkland
Admin State/Province: WA
Admin Postal Code: 98083
Admin Country: US
Admin Phone: +1.4252740657
Admin Fax: +1.4259744730
Admin Email: streamboosters.com@protecteddomainservices.com
Registry Tech ID:
Tech Name: Whois Agent
Tech Organization: Whois Privacy Protection Service, Inc.
Tech Street: PO Box 639
Tech City: Kirkland
Tech State/Province: WA
Tech Postal Code: 98083
Tech Country: US
Tech Phone: +1.4252740657
Tech Fax: +1.4259744730
Tech Email: streamboosters.com@protecteddomainservices.com
Name Server: ivy.ns.cloudflare.com
Name Server: hank.ns.cloudflare.com
DNSSEC: Unsigned Delegation
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.17203101849
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

 © 2016 DomainTools

