Judith B. Jennison, CA Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No. 37234 (*pro hac vice*)
JCutler@perkinscoie.com
Holly M. Simpkins, WA Bar No. 33297 (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, CA Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIK BOUCHOUEV, an individual d/b/a TWITCH-BUDDY.COM , TWITCH-VIEWERBOT.COM, TWITCH-VIEWERBOT.NET, STREAMBOT.COM, and BLACKDESERTBOT.COM; JUSTIN JOHNSTON, an individual d/b/a TWITCHSTARTER.COM and TWITCHSTARTER.TV; MICHAEL and KATHERINE ANJOMI, individuals d/b/a as UPITPROMO, INC.; POORIA SHARAFFODIN, an individual d/b/a BABATOOLS.COM and STREAM-VIEWERS.COM; MARCO PELAGATTI, an individual d/b/a as TWITCHSWISS.COM; ALEX RENFROW, an individual d/b/a STREAMHOMIES.COM, and DOES 1-25, <br><br> Defendants. | Case No. 5:16-cv-03404-BLF <br><br> **DECLARATION OF LAUREN WATTS STANIAR IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br> Hearing Date: Thursday, Oct. 5, 2017 <br> Time: 9:00 a.m. <br> Judge: Hon. Beth L. Freeman <br> Courtroom: 3, 5th Floor |

**DECLARATION OF LAUREN WATTS STANIAR**

I, Lauren Watts Staniar, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am employed at the firm Perkins Coie LLP, and I am familiar with the above-captioned case. I submit this declaration in support of Twitch's Motion for Entry of Default Judgment Against Defendants Michael Anjomi and Katherine Anjomi. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. Attached hereto as Exhibit A is a table that summarizes information contained in an Excel spreadsheet that Perkins Coie (on behalf of Twitch) obtained from PayPal as part of limited discovery in this case. This Excel spreadsheet is too voluminous to be "conveniently examined in court," Fed. R. Evid. 1006, and contains personal identifying information for third-party purchasers of Defendants' products. If the Court desires, Twitch can produce this spreadsheet for the Court to examine in camera, or however else the Court deems appropriate.

3. I created Exhibit A using the "Pivot Table" function in Microsoft Excel. The table shows payments into and out of a PayPal account associated with Upit Promotions (upitpromo@gmail.com) and Michael Anjomi. This table shows payments to and from three email addresses: upitpromo@gmail.com (the email address linked to the PayPal account); apoctv@gmail.com, an email address associated with Michael Anjomi; and vegaskathy@yahoo.com, an email address associated with Katherine Anjomi. To better convey the data in summary form, I categorized the invoices into the six groups displayed in Exhibit A. I did this by deleting the unique numerical figure that accompanies each invoice in the original data set. For example, "Stream Boosters - Invoice #107676" became "Stream Boosters Invoice," "Stream Boosters / Upit Promotions - Invoice #3474" became "Stream Boosters / Upit Promotions Invoice," and so on.

4. Exhibit A shows that over the past several years, the Anjomis have disbursed hundreds of thousands of dollars from the PayPal account to their personal accounts: For example, they sent a total of $725,915.60 to apoctv@gmail.com, an email address linked with a

PayPal account owned by Michael Anjomi, and $74,996.84 to an account linked to vegaskathy@gmail.com, Katherine Anjomi's email address.

5. Exhibit A also shows that 99.4 percent of the deposits into this account are invoices from Stream Boosters, Stream Boosters / Upit Promotions, Twitchshop / Upit Promotions, or Upit Promotions.

6. We used Exhibit A and the underlying dataset to estimate the Anjomis' profits for purposes of the damages calculation in this case. According to the summary page provided by PayPal for the Upit Promotions PayPal Account (which is attached as Exhibit D to the Declaration of Holly M. Simpkins, filed concurrently), the Anjomis received about $1,445,288 into the Upit Promotions PayPal account between 2013 and April 2017. Note that the "Total Amount Received" into the account, as reflected by Exhibit D to the Simpkins Declaration, is slightly lower (by about $10,000) than the total payments to upitpromo@gmail.com reflected in Exhibit A attached hereto. This discrepancy results from varying exchange rates between the US dollar and foreign currency. We used as our baseline figure for purposes of the overall damages calculation the lower figure reflected in Exhibit D to the Simpkins Declaration. As shown by Exhibit A attached hereto, all but $129,149 of $1,445,288 total amount received was associated with Stream Boosters, Upit Promotions, and Twitch Shop invoices. The remaining transactions are unassociated. Four of the unassociated deposits—totaling $10,108—are from apoctv@gmail.com, Michael Anjomi's email address, so we excluded these from the damages calculation. There are other deposits that are unassociated, but consistent with the apparent purpose of the account (that is, to collect payments from infringing websites), Twitch presumes that these payments are bot sales proceeds.

7. There were 7,200 deposits totaling about $145,000 into the Upit Promotions PayPal account between January 2017 and April 2017.

1
2         I declare under penalty of perjury under the laws of the United States that the foregoing is
3   true and correct.
4         Executed this 25th day of August, 2017, at Seattle, Washington.
5
                                                         /s/ *Lauren Watts Staniar*
6                                                            Lauren Watts Staniar

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF L. WATTS STANIAR        -3-
ISO MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:16-cv-03404-BLF
136511782.1

# EXHIBIT A

| Row Labels | Sum of Gross | Count of Date |
|---|---:|---:|
| **apoctv@gmail.com** | **-$725,915.60** | **62** |
| **upitpromo@gmail.com** | **$1,455,478.16** | **85682** |
|     Shopping Cart | $1,557.00 | 140 |
|     Stream Boosters Invoice | $1,263,556.95 | 79190 |
|     Stream Boosters / Upit Promotions Invoice | $44,838.62 | 4655 |
|     Stream+Boosters Invoice | $4,048.66 | 244 |
|     StreamBoosters Invoice | $30.00 | 2 |
|     Twitch Shop / Upit Promotions Invoice | $6,157.08 | 567 |
|     Upit Promotions Invoice | $6,141.10 | 561 |
|     (blank) | $129,148.75 | 323 |
| **vegaskathy@yahoo.com** | **-$74,996.84** | **24** |
| **Grand Total** | **67994.65** | **90171** |