Judith B. Jennison, CA Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler, WA Bar No. 37234 (*pro hac vice*)
JCutler@perkinscoie.com
Holly M. Simpkins, WA Bar No. 33297 (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, CA Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIK BOUCHOUEV, an individual d/b/a TWITCH-BUDDY.COM , TWITCH-VIEWERBOT.COM, TWITCH-VIEWERBOT.NET, STREAMBOT.COM, and BLACKDESERTBOT.COM; JUSTIN JOHNSTON, an individual d/b/a TWITCHSTARTER.COM and TWITCHSTARTER.TV; MICHAEL AND KATHERINE ANJOMI, individuals d/b/a as UPITPROMO, INC.; POORIA SHARAFFODIN, an individual d/b/a BABATOOLS.COM and STREAM-VIEWERS.COM; MARCO PELAGATTI, an individual d/b/a as TWITCHSWISS.COM; ALEX RENFROW, an individual d/b/a STREAMHOMIES.COM, and DOES 1-25, <br><br> Defendants. | Case No. 5:16-cv-03404-BLF (NMC) <br><br> [PROPOSED] **ORDER GRANTING TWITCH INTERACTIVE, INC.'S ADMINISTRATIVE MOTION TO SUBMIT MOTION FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING** |

# [PROPOSED] ORDER

After reviewing Plaintiff Twitch Interactive, Inc.'s ("Twitch's") Administrative Motion to Submit Motion for Entry of Default Judgment Without Hearing, any additional papers filed in support of and in opposition to the Motion, and the files in this action, the Court hereby **GRANTS** the Motion.

The clerk shall vacate the hearing date currently set for December 7, 2017, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  October 31, 2017

_____
Hon. Beth Labson Freeman
United States District Judge