Judith B. Jennison, CA Bar No. 165929
JJennison@perkinscoie.com
Joseph P. Cutler (*pro hac vice*)
JCutler@perkinscoie.com
Holly M. Simpkins (*pro hac vice*)
HSimpkins@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew N. Klein, CA Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
Twitch Interactive, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TWITCH INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIK BOUCHOUEV, an individual d/b/a TWITCH-BUDDY.COM , TWITCH-VIEWERBOT.COM, TWITCH-VIEWERBOT.NET, STREAMBOT.COM, and BLACKDESERTBOT.COM; JUSTIN JOHNSTON, an individual d/b/a TWITCHSTARTER.COM and TWITCHSTARTER.TV; MICHAEL AND KATHERINE ANJOMI, individuals d/b/a as UPITPROMO, INC.; POORIA SHARAFFODIN, an individual d/b/a BABATOOLS.COM and STREAM-VIEWERS.COM; MARCO PELAGATTI, an individual d/b/a as TWITCHSWISS.COM; ALEX RENFROW/JARED KELLY, an individual d/b/a STREAMHOMIES.COM, and DOES 1-25, <br><br> Defendants. | Case No. 5:16-cv-03404-BLF (NMC) <br><br> **PLAINTIFF TWITCH INTERACTIVE'S NOTICE OF WITHDRAWAL OF MOTION FOR CIVIL CONTEMPT SANCTIONS AGAINST DEFENDANTS MICHAEL ANJOMI AND KATHERINE ANJOMI AND TO MODIFY THE JANUARY 22 INJUNCTION** |

-1-

-2-

# NOTICE OF WITHDRAWAL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-7(e), Plaintiff Twitch Interactive, Inc. ("Twitch") hereby withdraws its Motion for Civil Contempt Sanctions Against Defendants Michael Anjomi and Katherine Anjomi and to Modify the January 22 Injunction, Dkt. No. 65, as moot.

DATED:  August 23, 2018          **PERKINS COIE LLP**

By: */s/ Holly M. Simpkins*
    Judith B. Jennison, Bar No. 165929
    JJennison@perkinscoie.com
    Joseph P. Cutler (*pro hac vice*)
    JCutler@perkinscoie.com
    Holly M. Simpkins (*pro hac vice*)
    HSimpkins@perkinscoie.com
    Andrew N. Klein, Bar No. 300221
    AKlein@perkinscoie.com

Attorneys for Plaintiff
Twitch Interactive, Inc.

## PROOF OF SERVICE

I am employed in King County, Washington. I am over the age of 18 and not a party to the within action. My business address is 1201 Third Avenue, Suite 4900, Seattle, Washington 98101. On August 23, 2018, I served the following documents:

- Twitch Interactive, Inc.'s Notice of Withdrawal of Motion for Civil Contempt Sanctions

X   (BY ELECTRONIC MAIL) I caused a copy of the documents described above to be sent to the person(s) at the email address(es) listed below.

<u>Alex Renfrow AKA Jared Kelly</u>
sexygurl1505@gmail.com
blastgram@gmail.com
sales@famehomies.com

<u>Erik Bouchouev</u>
noxalis@hotmail.com
twitchviewerbot@gmx.ch

<u>Michael and Katherine Anjomi</u>
twitchshop.com@gmail.com
upitpromo@gmail.com
vegaskathy@yahoo.com
manjomi@gmail.com
ffenster@greenbergglusker.com

X   (BY UPS) I caused a copy of the documents described above to be sent by placing the documents listed above in a sealed envelope to be delivered to United Parcel Service for delivery to the address as set forth below.

Fred A. Fenster, Esq.
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 23, 2018, at Seattle, Washington.

*June Starr*
June Starr